Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*Pro Hac Vice pending*)
Mark S. Carlson (*Pro Hac Vice pending*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Attorneys for Plaintiff
Flatworld Interactives LLC

FILED
2012 APR 19 P 2: 14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC, a Pennsylvania limited liability company,<br><br>                Plaintiff,<br><br>   v.<br><br>APPLE INC, a California corporation,<br><br>               Defendant. | No. CV 12 1956 JSC<br><br>PLAINTIFF FLATWORLD INTERACTIVES LLC'S CIVIL L.R. 3-16 CERTIFICATE OF INTERESTED PARTIES |

005012-11 516035 V1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Slavoljub ("Slavko") Milekic, Ph.D. owns 65% of Plaintiff FlatWorld Interactives LLC, and Jennifer McAleese owns 35% of FlatWorld.

DATED: April 19, 2012

HAGENS BERMAN SOBOL SHAPIRO LLP

By _____
Steve W. Berman (*Pro Hac Vice pending*)

Mark S. Carlson (*Pro Hac Vice pending*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

*Attorneys for Plaintiff*
*Flatworld Interactives LLC*