UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FLATWORLD INTERACTIVES LLC,     CASE NO. **C 12-01956 JSW**
           Plaintiff(s),

           v.
           STIPULATION AND [PROPOSED]
           ORDER SELECTING ADR PROCESS
APPLE INC.,
           Defendant(s).
_____/

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    X    Private ADR (*please identify process and provider*)  Mediation provided by JAMS.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    X    other requested deadline <u>1/24/13 (45 days after joint claim construction statement)</u>

Dated:  July 20, 2012

           <u>/s/ Mark S. Carlson</u>
           Steven W. Berman (Pro Hac Vice)
           Mark S. Carlson (Pro Hac Vice)
           HAGENS BERMAN SOBOL SHAPIRO LLP
           1918 Eight Avenue, Ste. 3300
           Seattle, WA 98101
           Telephone:  (206) 623-7292
           Facsimile:  (206) 623-0594

steve@hbsslaw.com
markc@hbsslaw.com

Jeff D. Friedman (SBN 173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jeff@hbsslaw.com
Attorney for Plaintiff Flatworld Interactive LLC

Dated: July 20, 2012

*/s/ Michael T. Pieja*
Kenneth H. Bridges (SBN 243541)
Michael T. Pieja (SBN 250351)
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224
kbridges@bridgesmav.com
mpieja@bridgesmav.com

Aaron C. Taggart (SBN 243541)
BRIDGES & MAVRAKAKIS LLP
200 South Wacker Dr., Suite 3080
Chicago, IL 60606
Telephone: (312) 789-4936
ataggart@bridgesmav.com
Attorneys for Defendant Apple Inc.

**ATTESTATION OF CONCURRENCE**

Pursuant to Rule 5-1(i) of the Civil Local Rules for the Northern District of California, I, Michael T. Pieja, attest that Mark S. Carlson has concurred in the filing of this document, per email communications dated July 20, 2012.

*/s/ Michael T. Pieja*

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

The parties' stipulation is adopted and IT IS SO ORDERED.
The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: July 25, 2012

*Jeffrey S. White*

UNITED STATES DISTRICT JUDGE

Rev. 12/11

Page 2 of 2