1 | Jeff D. Friedman (173886)
2 | HAGENS BERMAN SOBOL SHAPIRO LLP
 | 715 Hearst Avenue, Suite 202
 | Berkeley, CA 94710
3 | Telephone: (510) 725-3000
 | Facsimile: (510) 725-3001
4 | jefff@hbsslaw.com

5 | Steve W. Berman (*Pro Hac Vice*)
 | Mark S. Carlson (*Pro Hac Vice*)
6 | HAGENS BERMAN SOBOL SHAPIRO LLP
 | 1918 Eighth Avenue
7 | Suite 3300
 | Seattle, WA 98101
8 | Telephone: (206) 623-7292
 | Facsimile: (206) 623-0594
9 | steve@hbsslaw.com
 | markc@hbsslaw.com

*Attorneys for Plaintiff*
FlatWorld Interactives LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FLATWORLD INTERACTIVES LLC, a Pennsylvania limited liability company, | ) ) ) | No. C 12-01956 JSW |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION REQUESTING LEAVE FOR FLATWORLD TO FILE ANSWER TO COUNTERCLAIM OUT OF TIME PURSUANT TO L.R. 6-1(b) AND 6-2 AND PROPOSED FORM OF ORDER** |
| v. | ) ) | |
| APPLE INC, a California corporation, | ) ) | |
| Defendant. | ) ) ) ) | JURY TRIAL REQUESTED |

STIPULATION AND ORDER RE EXTENSION OF TIME FOR
ANSWER TO COUNTERCLAIM – Case No. CV-12-1956 JSC
005012-11 545888 V1

Pursuant to Civil L.R. 6-1(b) and L.R. 6-2, Plaintiff FlatWorld Interactives LLC ("FlatWorld") and Defendant Apple, Inc. ("Apple"), hereby stipulate as follows:

1. WHEREAS, Apple served its Answer and Counterclaims on June 11, 2012;
2. WHEREAS, FlatWorld's answer to Apple's counterclaims was due on July 3, 2012;
3. WHEREAS, FlatWorld missed this deadline through an unintentional clerical scheduling error and there has been no prejudice to Apple;
4. WHEREAS, an order permitting FlatWorld to file its answer to Apple's counterclaims out of time will not alter the date of any event or any deadline already fixed by Court order; and
5. WHEREAS, Apple does not object to FlatWorld's filing its answer to Apple's counterclaims out of time;

NOW, THEREFORE, the parties, through their respective counsel-of-record, hereby request that the Court enter an order permitting FlatWorld to file its answer to Apple's counterclaims.

SO STIPULATED:

DATED: August 17, 2012          HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Steve W. Berman
    Steve W. Berman (*Pro Hac Vice*)

Mark S. Carlson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

*Attorneys for Plaintiff*
*FlatWorld Interactives LLC*

DATED: August 17, 2012

BRIDGES & MAVRAKAKIS LLP

By /s/ *Michael T. Pieja*

Kenneth H. Bridges (SBN 243541)
Michael T. Pieja (SBN 250351)
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224
kbridges@bridgesmav.com
mpieja@bridgesmav.com

Aaron Taggart (SBN 258287)
ataggart@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
200 South Wacker Dr., Suite 3080
Chicago, IL 60606
Telephone: (312) 789-4936

*Attorneys for Defendant*
*Apple Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 21 day of August, 2012.

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE