IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLATWORLD INTERACTIVES LLC,

    Plaintiff,

v.

APPLE INC.,

    Defendant.
_____/

No. C 12-01956 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court has reviewed the parties joint case management statement. In their joint statement, the parties fail to propose a date for a tutorial or for a claims construction hearing, and fail to propose deadlines for the parties to disclose infringement and invalidity contentions and to file their joint claim construction and prehearing statement and their claims construction briefs. Therefore the Court HEREBY CONTINUES the case management conference to September 21, 2012 at 1:30 p.m. By no later than September 14, 2012, the parties shall submit a revised joint case management statement in which they propose the above dates and deadlines. Moreover, the Court notes that Flatworld Interactives LLC states that this case may be suitable for reference to the Judicial Panel on Multidistrict Litigation ("MDL") but does not state

///

///

///

///

///

whether it has sought or plans to seek to transfer this action to an MDL. Flatworld shall clarify its position in the revised joint case management statement.

**IT IS SO ORDERED.**

Dated: August 29, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE