IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLATWORLD INTERACTIVES LLC,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

No. C 12-01956 JSW

**ORDER STRIKING MOTION AND REFERRING DISCOVERY DISPUTE**

In violation of this Court's Standing Order, on October 11, 2012, Plaintiff Flatworld Interactives LLC filed a motion for a protective order, and noticed it to be heard on November 16, 2012, a date which is closed to hearing dates for cases with all terminal digits except 1 and 2. Flatworld filed this motion in violation of this Court's Standing Order regarding discovery disputes, which requires that all requests for discovery relief must be summarized jointly by the parties in a letter brief in no longer than four pages. (Standing Order ¶ 7.) The joint letter brief must attest that prior to filing the request for relief counsel met and conferred *in person*, and must concisely summarize those remaining issues that counsel were unable to resolve. (*Id.*) Accordingly, the Court STRIKES Flatworld's motion for protective order.

The Court FURTHER ORDERS that pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of the current discovery dispute filed on October 11, 2012 and for resolution of all discovery matters. The parties will be advised of the date, time and place of appearance, if any, by notice from the assigned magistrate judge.

///

Flatworld is admonished to review this Court's Standing Order and procedures.

**IT IS SO ORDERED.**

Dated: October 11, 2012

[signature: Jeffrey S. White]
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Referral Clerk

United States District Court
For the Northern District of California