IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLATWORLD INTERACTIVES LLC,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

No. C 12-01956 JSW

**ORDER (1) GRANTING MOTION TO SHORTEN TIME AND (2) DENYING MOTION TO CONTINUE DATES**

    The Court HEREBY GRANTS Apple Inc.'s motion to have its motion to continue dates heard on shortened time. The Court FURTHER ORDERS that Apple's motion to continue the tutorial and claims construction hearing is DENIED.

    **IT IS SO ORDERED.**

Dated: April 12, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case3:12-cv-01956-JSW Document104 Filed04/12/13 Page2 of 2