1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    FLATWORLD INTERACTIVES LLC,

10          Plaintiff,                        No. C 12-01956 JSW

11   v.

12   APPLE INC.,                              **ORDER (1) GRANTING MOTION
                                             TO SHORTEN TIME AND (2)**
13          Defendant.                        **DENYING MOTION TO
                                             CONTINUE DATES**
14   _____/

15          The Court HEREBY GRANTS Apple Inc.'s motion to have its motion to continue dates

16   heard on shortened time.  The Court FURTHER ORDERS that Apple's motion to continue the

17   tutorial and claims construction hearing is DENIED.

18          **IT IS SO ORDERED.**

19

20   Dated: April 12, 2013

21                                           JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

United States District Court

For the Northern District of California