# EXHIBIT 1

```
Status: RO
From: "John McAleese" <j.mcaleese@att.net>
Subject: Re: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm receipt,
interested in more information
To: Jennifer McAleese
Date: Tue, 05 Apr 2011 14:07:05 +0000
```

idk.  but it definitely got someone's attention

--- On Tue, 4/5/11, Jennifer McAleese <jenmcaleese@gmail.com> wrote:

>	From: Jennifer McAleese <jenmcaleese@gmail.com>
>	Subject: Re: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm receipt, interested in more information
>	To: "John McAleese" <j.mcaleese@att.net>
>	Date: Tuesday, April 5, 2011, 9:58 AM

>	Yes, definitely
>	Why coming from cpenhagen headquarters??? It is a us patent....

>	On Apr 5, 2011, at 9:43 AM, John McAleese <j.mcaleese@att.net <http://us.mc800.mail.yahoo.com/mc/compose?to=j.mcaleese@att.net> > wrote:

Let's talk before you reply to this, okay?

--- On Tue, 4/5/11, jennifer mcaleese <jenmcaleese@gmail.com <http://us.mc800.mail.yahoo.com/mc/compose?to=jenmcaleese@gmail.com> > wrote:

>	From: jennifer mcaleese <jenmcaleese@gmail.com <http://us.mc800.mail.yahoo.com/mc/compose?to=jenmcaleese@gmail.com> >
>	Subject: Fwd: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm receipt, interested in more information
>	To: <http://us.mc800.mail.yahoo.com/mc/compose?to=j.mcaleese@att.net> j.mcaleese@att.net <http://us.mc800.mail.yahoo.com/mc/compose?to=j.mcaleese@att.net>
>	Date: Tuesday, April 5, 2011, 9:38 AM

>	See below:

>	---------- Forwarded message ----------
>	From: Kristensen Preben (Nokia-LIP/Copenhagen) < <http://us.mc800.mail.yahoo.com/mc/compose?to=Preben.Kristensen@nokia.com> Preben.Kristensen@nokia.com <http://us.mc800.mail.yahoo.com/mc/compose?to=Preben.Kristensen@nokia.com> >
>	Date: Tue, Apr 5, 2011 at 9:12 AM
>	Subject: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm receipt,

```
interested in more information
       To: <http://us.mc800.mail.yahoo.com/mc/compose?to=jenmcaleese@gmail.com>
jenmcaleese@gmail.com <http://us.mc800.mail.yahoo.com/mc/compose?
to=jenmcaleese@gmail.com>
       Cc: "Nihtila Jukka (Nokia-LIP/Espoo)" <
<http://us.mc800.mail.yahoo.com/mc/compose?to=jukka.nihtila@nokia.com>
jukka.nihtila@nokia.com <http://us.mc800.mail.yahoo.com/mc/compose?
to=jukka.nihtila@nokia.com> >, "Melin Paul (Nokia-LIP/Espoo)" <
<http://us.mc800.mail.yahoo.com/mc/compose?to=Paul.Melin@nokia.com>
Paul.Melin@nokia.com <http://us.mc800.mail.yahoo.com/mc/compose?
to=Paul.Melin@nokia.com> >


       ...



       Given your various patent litigations with Apple, I strongly encourage
you to take a look at this patent as a potential patent for your portfolio.  We
filed in 1998 and the patent was granted in 2005.


       It has also gone through reissue with a final reissue decision expected
very soon.


       *User Interface For Removing An Object From Display: *

       *Patent Number: **6,920,619*

       <http://patft1.uspto.gov/netacgi/nph-Parser?
Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-
bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619>
http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=
%2Fnetahtml%2FPTO%2Fsearch-
bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619 <
<http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=
%2Fnetahtml%2FPTO%2Fsearch-
bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619>
http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=
%2Fnetahtml%2FPTO%2Fsearch-
bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619>


       Please let me know if you are interested in discussing it.



       Hi Jennifer,

       thanks for approaching Nokia on this offer.

       Your mail has been forwarded to me. I sit in the IPR acquisition arm of our
IPR department, so I think it has ended up with the proper person.

       I will take a close look at this opportunity and may approach you for further
clarification.
```

For now, I am interested in hearing if you have a bidding deadline and a target price in mind. Also, I assume the inventor is a private inventor, but can you share more about the inventor's reasons for wanting to sell?

Thanks in advance for your help.


Best regards/Venlig hilsen

Preben Kjær Kristensen
Senior manager, IPR Strategy & Acquisitions
Mobile: +45 2092 0431

FWAPP00004779