# EXHIBIT 2

```
Status: RO
From: "jennifer mcaleese" <jenmcaleese@gmail.com>
Subject: Apple's Swiping Mechanism
To: kulpreet@google.com
Date: Tue, 09 Mar 2010 03:11:05 +0000
```

Hello Kulpreet,

The patent link below may be of interest to Google regarding Apple's swiping mechanism.  Our inventor, Slavko Milekic was granted this patent in 2005.  He filed the patent in 1998 when prior art was not evident.  In 2007, we placed the patent in reissue to tailor it more closely to iphone claims.
We have been told by many law firms that the patent is extremely valuable even without the reissue possibilities.

Here is the USPTO link:  User Interface For Removing An Object From Display

http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=2&f=G&l=50&co1=AND&d=PTXT&s1=6,920,619&OS=6,920,619&RS=6,920,619

If you are interested in discussing the patent please let me know. I think it could be an important asset for your ongoing "talks" with Apple.

Thank you.

Jennifer McAleese
FlatWorld Interactives, LLC
215.680.5750