# EXHIBIT 10

Ex. 10-John J. McAleese Entries from Flatworld's Privilege Logs February 22, 2013, February 27, 2013, and March 29,2013
NOTE:  Redline color corresponds to date of edit by Flatworld

## PRIV0017

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 08/03/11 | Email thread requesting and containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 08/03/11 | Email thread discussing ~~requesting and containing~~ legal advice from Gordon Nelson regarding prosecution FlatWorld representation for patent litigation | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 08/03/11 | Email thread discussing ~~requesting and containing~~ legal advice from Gordon Nelson regarding prosecution FlatWorld representation for patent litigation | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |

## PRIV0036

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 9/28/11 | Email thread requesting and containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 9/28/11 | Email thread discussing requesting and containing legal advice from Cecil Key regarding FlatWorld representation for patent litigation | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 9/28/11 | Email thread discussing requesting and containing legal advice from Cecil Key regarding FlatWorld representation for patent litigation | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |

## **PRIV0287**

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 4/5/11 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | REMOVED | | | | | | |
| 4/3/13 | | | | | | | |

**PRIV0291**

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | Jennifer McAleese; Joseph Shipley; Allen Hoover | 08/07/11 | Email thread containing legal advice regarding FlatWorld representation issues (with forward from John McAleese). | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | Jennifer McAleese; Joseph Shipley; Allen Hoover | 08/07/11 | Email thread containing legal advice regarding FlatWorld representation issues (with forward from John McAleese). | Drafted for purpose of litigation. | Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | Jennifer McAleese; Joseph Shipley; Allen Hoover | 08/07/11 | Email thread containing legal advice regarding FlatWorld representation issues (with forward from John McAleese). | Drafted for purpose of litigation. | Attorney-Client | Email |

## PRIV0293

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III; Jonathon Taub, Slavko Milekic; Gordon E. Nelson | 10/7/09 | Email thread regarding potential representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client; Common Interest | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III; Jonathon Taub, Slavko Milekic; Gordon E. Nelson | 10/7/09 | Email thread regarding discussion with Gordon Nelson and jonathan Taub regarding potential | Drafted for purpose of litigation. | Spousal; Attorney-Client; Common Interest | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III; Jonathon Taub, Slavko Milekic; Gordon E. Nelson | 10/7/09 | Email thread regarding discussion with Gordon Nelson and jonathan Taub regarding potential representation for patent litigation | Drafted for purpose of litigation. | Spousal; Attorney-Client; Common Interest | Email |

**PRIV0299**

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | John J. Kenney | Jennifer McAleese; Slavko Milekic; John J. McAleese, III | 10/19/09 | Email thread requesting and containing legal advice regarding potential patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | John J. Kenney | Jennifer McAleese; Slavko Milekic; John J. McAleese, III | 10/19/09 | Email thread requesting and containing legal advice from John J. Kenney regarding potential patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | John J. Kenney | Jennifer McAleese; Slavko Milekic; John J. McAleese, III | 10/19/09 | Email thread requesting and containing legal advice from John J. Kenney regarding potential patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |

**PRIV0360**

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | John J. McAleese, III | Jennifer McAleese | 10/28/10 | Email thread containing, requesting and discussing legal advice regarding FlatWorld patent reissue. | Drafted for purpose of prosecution and litigation. | Attorney-Client | Email |
| 2/27/13 | John J. McAleese, III | Jennifer McAleese | 10/28/10 | Email thread containing, requesting and discussing legal advice from Michael Bonella regarding Flatworld patent reissue. | Drafted for purpose of prosecution and litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | John J. McAleese, III | Jennifer McAleese | 10/28/10 | Email thread containing, requesting and discussing legal advice from Michael Bonella regarding Flatworld patent reissue. | Drafted for purpose of prosecution and litigation. | Spousal; Attorney-Client | Email |

## **PRIV0377**

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | John J. McAleese, III | Jennifer McAleese | 04/05/11 | Email thread regarding reissue patent and potential representation by Mike Bonella. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | REMOVED | | | | | | |
| 4/3/13 | | | | | | | |

**PRIV0389**

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 3/21/10 | Email thread regarding prosecution and litigation decisions. | Drafted for purpose of prosecution and litigation. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 3/21/10 | Email thread regarding prosecution and litigation decisions discussed with Kevin Casey | Drafted for purpose of prosecution and litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 3/21/10 | Email thread regarding prosecution and litigation decisions discussed with Kevin Casey | Drafted for purpose of prosecution and litigation. | Spousal; Attorney-Client | Email |

## PRIV0426

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 10/15/09 | Email thread regarding potential FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 10/15/09 | Email thread regarding discussions with Gordon Nelson and Jonathan Taub concerning potential Flatworld representation for patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 10/15/09 | Email thread regarding discussions with Gordon Nelson and Jonathan Taub concerning potential Flatworld representation for patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |

10

## PRIV0460

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 4/5/11 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | REMOVED | | | | | | |
| 4/3/13 | | | | | | | |

## PRIV0473

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | Slavko Milekic; Gordon E. Nelson | 10/7/09 | Email discussing legal advice (of John McAleese) regarding potential FlatWorld representation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | Slavko Milekic; Gordon E. Nelson | 10/7/09 | Email discussing legal advice (of John McAleese) regarding potential FlatWorld representation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | Slavko Milekic; Gordon E. Nelson | 10/7/09 | Email discussing legal advice ~~(of John McAleese)~~ regarding potential FlatWorld representation. | Drafted for purpose of litigation. | Attorney-Client | Email |

## PRIV0475

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Slavko Milekic | Jennifer McAleese; John J. Kenney; John J. McAleese, III | 10/19/09 | Email requesting legal advice regarding potential FlatWorld patent litigation representation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | Slavko Milekic | Jennifer McAleese; John J. Kenney; John J. McAleese, III | 10/19/09 | Email requesting legal advice from John J. Kenney regarding potential FlatWorld patent litigation representation | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | Slavko Milekic | Jennifer McAleese; John J. Kenney; John J. McAleese, III | 10/19/09 | Email requesting legal advice from John J. Kenney regarding potential FlatWorld patent litigation representation | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |

## PRIV0476

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | Slavko Milekic; John J. Kenney; John J. McAleese, III | 10/18/09 | Email requesting legal advice regarding potential FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | Slavko Milekic; John J. Kenney; John J. McAleese, III | 10/18/09 | Email requesting legal advice from John J. Kenney regarding potential FlatWorld patent litigation representation | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | Slavko Milekic; John J. Kenney; John J. McAleese, III | 10/18/09 | Email requesting legal advice from John J. Kenney regarding potential FlatWorld patent litigation representation | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |

## PRIV0499

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 05/02/11 | Email thread requesting and containing legal advice regarding FlatWorld reissue patent claims. | Drafted for purpose of prosecution and litigation. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 05/02/11 | Email thread requesting and containing legal advice from Gordon Nelson regarding FlatWorld reissue patent claims. | Drafted for purpose of prosecution and litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 05/02/11 | Email thread requesting and containing legal advice from Gordon Nelson regarding FlatWorld reissue patent claims. | Drafted for purpose of prosecution and litigation. | Spousal; Attorney-Client | Email |

**PRIV0553**

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | Slavko Milekic; John J. Kenny; John J. McAleese | 10/19/09 | Email thread requesting legal advice regarding potential FlatWorld patent litigation representation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | Slavko Milekic; John J. Kenny; John J. McAleese | 10/19/09 | Email thread requesting legal advice from John J. Kenney regarding potential FlatWorld Patent litigation representation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | Slavko Milekic; John J. Kenny; John J. McAleese | 10/19/09 | Email thread requesting legal advice from John J. Kenney regarding potential FlatWorld Patent litigation representation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |

**PRIV0554**

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | John McAleese | Jennifer McAleese | 4/5/11 | Email thread requesting and containing legal advice regarding potential FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | REMOVED | | | | | | |
| 4/3/13 | | | | | | | |

**PRIV0561**

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | John McAleese | Jennifer McAleese | 4/5/11 | Email thread requesting and containing legal advice regarding FlatWorld patent issues. | Drafted for purpose of prosecution and litigation. | Attorney-Client | Email |
| 2/27/13 | REMOVED | | | | | | |
| 4/3/13 | | | | | | | |

## PRIV0595

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 10/28/10 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 10/28/10 | Email thread discussing potential litigation matter with Michael Bonella regarding business planning | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 10/28/10 | Email thread discussing potential litigation matter with Michael Bonella regarding business planning | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney-Client | Email |

**PRIV0608**

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 04/05/11 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | REMOVED | | | | | | |
| 4/3/13 | | | | | | | |

## PRIV0665

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 3/21/10 | Email thread regarding prosecution and litigation decisions. | Drafted for purpose of prosecution and litigation. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 3/21/10 | Email thread regarding prosecution and litigation decisions with Kevin Casey | Drafted for purpose of prosecution and litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 3/21/10 | Email thread regarding prosecution and litigation decisions with Kevin Casey | Drafted for purpose of prosecution and litigation. | Spousal; Attorney-Client | Email |

## PRIV0692

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 4/28/11 | Email thread regarding patent prosecution status. | Drafted for purpose of prosecution. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 4/28/11 | Email thread discussing regarding patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 4/28/11 | Email thread discussing regarding patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |

## PRIV0710

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 10/2/11 | Email thread regarding patent prosecution decisions. | Drafted for purpose of prosecution. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 10/2/11 | Email thread discussing ~~regarding~~ patent prosection decisions with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 10/2/11 | Email thread discussing ~~regarding~~ patent prosection decisions with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |

23

## PRIV0714

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 5/1/07 | Email thread regarding prelitigation investigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 5/1/07 | Email thread regarding prelitigation investigation discussion with Gordon Nelson. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 5/1/07 | Email thread regarding prelitigation investigation discussion with Gordon Nelson. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |

## PRIV0716

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 4/28/10 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 4/28/10 | Email thread discussing ~~regarding~~ business planning and potential litigation with Gordon Nelson | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 4/28/10 | Email thread discussing ~~regarding~~ business planning and potential litigation with Gordon Nelson | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |

## PRIV0725

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 08/03/11 | Email thread requesting and containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 08/03/11 | Email thread requesting and containing legal advice from Gordon Nelson regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 08/03/11 | Email thread requesting and containing legal advice from Gordon Nelson regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |

## PRIV0761

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 3/5/10 | Email thread regarding potential patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 3/5/10 | Email thread ~~regarding~~ potential patent litigation with Gordon Nelson. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 3/5/10 | Email thread ~~regarding~~ potential patent litigation with Gordon Nelson. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |

## **PRIV0771**

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 5/13/11 | Email thread regarding potential uses of the patent. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 5/13/11 | Email thread discussing ~~regarding~~ potential uses of the patent with Gordon Nelson | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 5/13/11 | Email thread discussing ~~regarding~~ potential uses of the patent with Gordon Nelson | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney-Client | Email |

## PRIV0789

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 04/21/11 | Email thread regarding patent prosecution status. | Drafted for purpose of prosecution. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 04/21/11 | Email thread discussing ~~regarding~~ patent prosecution status with Gordon Nelson | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 04/21/11 | Email thread discussing ~~regarding~~ patent prosecution status with Gordon Nelson | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |

**PRIV0828**

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 04/28/11 | Email thread regarding patent prosecution status. | Drafted for purpose of prosecution. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 04/28/11 | Email thread discussing ~~regarding~~ patent prosecution status with Gordon Nelson | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 04/28/11 | Email thread discussing ~~regarding~~ patent prosecution status with Gordon Nelson | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |

## PRIV0860

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 10/6/11 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 10/6/11 | Email thread regarding business planning and potential litigation with Gordon Nelson and Michael Bonella. | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 10/6/11 | Email thread regarding business planning and potential litigation with Gordon Nelson and Michael Bonella. | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |

## PRIV0862

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 10/6/11 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 10/6/11 | Email thread regarding business planning and potential litigation with Gordon Nelson and Michael Bonella. | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 10/6/11 | Email thread regarding business planning and potential litigation with Gordon Nelson and Michael Bonella. | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |

**PRIV0900**

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | John J. McAleese, III | Jennifer McAleese | 12/16/10 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | John J. McAleese, III | Jennifer McAleese | 12/16/10 | Email thread discussing patent strategy and potential litigation with Gordon Nelson. regarding business planning | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |
| 4/3/13 | John J. McAleese, III | Jennifer McAleese | 12/16/10 | Email thread discussing patent strategy and potential litigation with Gordon Nelson. regarding business planning | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |

## PRIV0947

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 12/14/06 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 12/14/06 | Email thread regarding business planning with John J. Kenney | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 12/14/06 | Email thread regarding business planning with John J. Kenney | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney-Client | Email |

## PRIV0973

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | John J. McAleese, III | Jennifer McAleese | 12/16/10 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | John J. McAleese, III | Jennifer McAleese | 12/16/10 | Email thread discussing patent strategy and potential litigation with Gordon Nelson. ~~regarding business planning~~ | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |
| 4/3/13 | John J. McAleese, III | Jennifer McAleese | 12/16/10 | Email thread discussing patent strategy and potential litigation with Gordon Nelson. ~~regarding business planning~~ | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |

## PRIV0982

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 10/2/11 | Email thread regarding internal FlatWorld governance agreement. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 10/2/11 | Email thread discussing ~~regarding~~ internal flatworld governance agreement with Gordon Nelson | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 10/2/11 | Email thread discussing ~~regarding~~ internal flatworld governance agreement with Gordon Nelson | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney-Client | Email |

## PRIV1010

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 4/13/10 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 4/13/10 | Email thread regarding business planning and patent prosecution states with Gordon Nelson | Drafted for purpose of Flatworld business planning and prosecution | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 4/13/10 | Email thread regarding business planning and patent prosecution states with Gordon Nelson | Drafted for purpose of Flatworld business planning and prosecution | Spousal; Attorney-Client | Email |

## PRIV1036

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 5/1/07 | Email thread regarding patent prosecution status. | Drafted for purpose of prosecution. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 5/1/07 | Email thread regarding patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 5/1/07 | Email thread regarding patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |

## PRIV1068

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 4/28/10 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 4/28/10 | Email thread discussing regarding business planning and potential litigation with Gordon Nelson | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 4/28/10 | Email thread discussing regarding business planning and potential litigation with Gordon Nelson | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |

## PRIV1072

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 1/15/07 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 1/15/07 | Email thread discussing ~~regarding~~ business planning and potential litigation with Gordon Nelson | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 1/15/07 | Email thread discussing ~~regarding~~ business planning and potential litigation with Gordon Nelson | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |

## PRIV1080

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 12/16/10 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 12/16/10 | Email thread regarding business planning with Gordon Nelson, Paul Milcetic and Michael Bonella | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 12/16/10 | Email thread regarding business planning with Gordon Nelson, Paul Milcetic and Michael Bonella | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |

## PRIV1103

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 12/14/06 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 12/14/06 | Email thread discussing regarding business planning with John J. Kenney | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 12/14/06 | Email thread discussing regarding business planning with John J. Kenney | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney-Client | Email |

## PRIV1125

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 1/15/07 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 1/15/07 | Email thread discussing regarding business planning and potential litigation with Gordon Nelson | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 1/15/07 | Email thread discussing regarding business planning and potential litigation with Gordon Nelson | Drafted for purpose of Flatworld business planning and potential litigation | Spousal; Attorney-Client | Email |

## PRIV1134

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 4/3/10 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 4/3/10 | Email thread discussing ~~regarding~~ business planning and prosecution status with Gordon Nelson | Drafted for purpose of Flatworld business planning and prosecution | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 4/3/10 | Email thread discussing ~~regarding~~ business planning and prosecution status with Gordon Nelson | Drafted for purpose of Flatworld business planning and prosecution | Spousal; Attorney-Client | Email |

## PRIV1172

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 12/16/10 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 12/16/10 | Email thread ~~regarding business planning~~ discussing patent strategy with Gordon Nelson | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 12/16/10 | Email thread ~~regarding business planning~~ discussing patent strategy with Gordon Nelson | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney-Client | Email |

45

## PRIV1189

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | John J. McAleese, III | Jennifer McAleese | 10/6/11 | Email thread regarding potential litigation representation by Michael Bonella. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | John J. McAleese, III | Jennifer McAleese | 10/6/11 | Email thread regarding potential litigation representation by Michael Bonella. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | John J. McAleese, III | Jennifer McAleese | 10/6/11 | Email thread regarding potential litigation representation by Michael Bonella. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |

## PRIV1220

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 4/21/11 | Email thread regarding patent prosecution status. | Drafted for purpose of prosecution. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 4/21/11 | Email thread ~~regarding~~ discussing patent prosecution status with Gordon Nelson | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 4/21/11 | Email thread ~~regarding~~ discussing patent prosecution status with Gordon Nelson | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |

## PRIV1249

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John J. McAleese, III | 12/16/10 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John J. McAleese, III | 12/16/10 | Email thread discussing ~~regarding business planning~~ potential litigation with Michael Bonella. | Drafted for purpose of potential litigation. ~~Flatworld business planning~~ | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John J. McAleese, III | 12/16/10 | Email thread discussing ~~regarding business planning~~ potential litigation with Michael Bonella. | Drafted for purpose of potential litigation. ~~Flatworld business planning~~ | Spousal; Attorney-Client | Email |

## PRIV1280

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John McAleese | 4/28/11 | Email thread regarding patent prosecution status. | Drafted for purpose of prosecution. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John McAleese | 4/28/11 | Email thread ~~regarding~~ discussing patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | John McAleese | 4/28/11 | Email thread ~~regarding~~ discussing patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |

## PRIV1282

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John McAleese | 9/26/11 | Email thread regarding patent prosecution status. | Drafted for purpose of prosecution. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John McAleese | 9/26/11 | Email thread ~~regarding~~ discussing patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | Gordon E. Nelson; Slavko Milekic; ~~John McAleese~~ | 9/26/11 | Email thread ~~regarding~~ discussing patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |

## PRIV1291

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | John McAleese | 11/3/11 | Email thread regarding potential litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | John McAleese | 11/3/11 | Email thread ~~regarding~~ discussing potential litigation with Michael Bonella, Gordon Nelson, Jenna Pellecchia, and Paul Milcetic. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | Gordong E. Nelson; Slavko Milekic; Kathy Olmsted; ~~John McAleese~~ | 11/3/11 | Email thread regarding patent prosecution status. ~~Email thread regarding discussing potential litigation with Michael Bonella, Gordon Nelson, Jenna Pellecchia, and Paul Milcetic.~~ | Drafted for purpose of prosecution. ~~litigation.~~ | ~~Spousal;~~ Attorney-Client | Email |

**PRIV1292**

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | John J. McAleese, III | Jennifer McAleese; Paul Milcetic; Slavko Milekic; Jenna Pellecchia | 10/6/11 | Email thread relating to advice sought from Gene Nelson regarding patent assignments. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | ~~John J. McAleese, III~~ Jen McAleese | Jennifer McAleese; Paul Milcetic; Slavko Milekic; Jenna Pellecchia | 10/6/11 | Email thread relating to advice sought from Gene Nelson regarding patent assignments. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 4/3/13 | ~~John J. McAleese, III~~ Jen McAleese | John J. McAleese, III; ~~Jennifer McAleese; Paul Milcetic; Slavko Milekic; Jenna Pellecchia~~ | 10/6/11 | Email thread relating to advice sought from Gene Nelson regarding patent assignments. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |

## PRIV1294

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | Slavko Milekic; John McAleese | 11/12/10 | Email thread regarding business planning. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | ~~Slavko Milekic; John McAleese~~ Paul Milcetic; Michael Bonella | 11/12/10 | Email thread regarding ~~business planning~~ potential litigation | Drafted for purpose of ~~Flatworld business planning~~ potential litigation | Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | ~~Slavko Milekic; John McAleese~~ Paul Milcetic; Michael Bonella | 11/12/10 | Email thread relating to patent applications and legal advice provided by counsel in anticipation of litigation and licensing. ~~Email thread regarding business planning potential litigation~~ | Drafted for purpose of ~~Flatworld business planning~~ prosecution and potential litigation | Attorney-Client | Email |

## PRIV1297

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | Gordon E. Nelson; John McAleese | 11/27/11 | Email thread regarding patent prosecution status. | Drafted for purpose of prosecution. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | Gordon E. Nelson; ~~John McAleese~~ Slavko Milekic | 11/27/11 | Email thread regarding patent prosecution status. | Drafted for purpose of prosecution. | Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | Gordon E. Nelson; ~~John McAleese~~ Slavko Milekic | 11/27/11 | Email thread regarding patent prosecution status. | Drafted for purpose of prosecution. | Attorney-Client | Email |

## PRIV1315

| Privilege Log | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| 2/22/13 | Jennifer McAleese | Slavko Milekic | 1/15/07 | Email regarding potential infringement and communications with John McAleese. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 2/27/13 | Jennifer McAleese | Slavko Milekic | 1/15/07 | Email regarding potential infringement and communications with John McAleese. | Drafted for purpose of FlatWorld business planning. | Attorney-Client | Email |
| 4/3/13 | Jennifer McAleese | Slavko Milekic | 1/15/07 | Email regarding potential infringement investigation performed with Gordon Nelson, and communications with John McAleese. | Drafted for purpose of potential infringement and representation. FlatWorld business planning. | Work Product Attorney-Client | Email |