# EXHIBIT 16

| | |
|---|---|
| **From:** | McAleese, III, John J. </O=EXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D509689F-FAA0CBF4-85256D8B-A9509> |
| **Sent:** | Tuesday, February 26, 2013 6:04 AM |
| **To:** | Garner, Scott B. <sgarner@morganlewis.com> |
| **Cc:** | Ossip, Michael J. <mossip@morganlewis.com> |
| **Subject:** | RE: Feb. 28 |
| **Attach:** | Untitled.msg; Lawsuit Against Apple.msg; Re_ Lawsuit Against Apple.msg; Re_ Lawsuit Against Apple.msg |

Scott:

Yes, I do.  My wife started FlatWorld Interactives in 2007, and we (my wife and I) contributed capital in connection with the start-up.  I have not provided any litigation advice, but probably show up on e-mails that my wife sent me, especially in the early days of the company.  I informed the Firm (Michael Bloom) in advance of the lawsuit against Apple that FlatWorld filed in April 2012, as I was fully aware of our representation of Apple.  I also informed him when the lawsuit was filed and he indicated that he was going to let Gary Williams know about it.  I have attached the e-mails with Michael.  I am happy to talk to you about this at your convenience.

Best regards,

John

**John J. McAleese, III**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: 215.963.5094 | Mobile: 215.680.1860 | Fax: 215.963.5001
www.morganlewis.com
www.morganlewis.com/environmental
www.morganlewis.com/climatechange
Assistant: Josephine T. Antenucci | 215.963.5449 | jantenucci@morganlewis.com

**From:** Garner, Scott B.
**Sent:** Tuesday, February 26, 2013 12:48 AM
**To:** McAleese, III, John J.
**Subject:** Fwd: Feb. 28

Do you know what this is about?

Begin forwarded message:





MLB_A0000042