# EXHIBIT 19

**McAleese, III, John J.**

## REDACTED FOR PRIVILEGE

From: John J. McAleese III
Sent: 06/13/2007 06:38 PM EDT
To: Daniel Golub
Subject: Patent enforcement firm

Dan:

About 6 months ago, you told me about a firm in Bala Cynwyd that will purchase patents to enforce against infringers. I have forgotten the name of the firm, and my wife and her partner would like to talk with them. Do you remember the name?

Thanks.

Best regards,

John

JM-00000036