# EXHIBIT 20
## (PDF FILE AS SERVED BY REMBRANDT)

# FLATWORLD INTERACTIVES v. APPLE INC.
## CASE NO. 12-01956
## REMBRANDT IP MANAGEMENT, LLC PRIVILEGED AND REDACTION DOCUMENT LOG

| Begin Bates | End Bates | Author | Recipient | Subject | Date | Subject Matter Addressed in Document | Specific Basis for Claim |
|---|---|---|---|---|---|---|---|
| REM-00000746 | REM-00000746 | Brian Gordaychik' <Gordaychik@rembrandtip.com> | John Garland' <Garland@rembrandtip.com> | flatworld | 12-May-09 | Patent research performed at the direction of an attorney in anticipation of litigation | Work Product |
| REM-00000747 | REM-00000747 | Jennifer McAleese <jen@flatworldinteractives.com> | 'Paul Schneck' <Schneck@rembrandtip.com>; barron@rembrandtip.com | iPhone | 2-Jul-07 | Email with conversation regarding FlatWorld/Rembrandt litigation theories. | Work Product |
| REM-00000748 | REM-00000749 | Paul Schneck <Schneck@rembrandtip.com> | Derek Wood <Wood@rembrandtip.com>; Cc: Russ Barron <Barron@rembrandtip.com> | RE: Conflict with Morgan Lewis | 6-Jul-07 | Email discussing legal advice regarding deal structure. | Attorney-Client; Work Product |
| REM-00000750 | REM-00000751 | Derek Wood <Wood@rembrandtip.com> | Paul Schneck <Schneck@rembrandtip.com> | Re: New Business: iPhone Swiping, 6,920,619, FW: [Redacted] | 22-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000752 | REM-00000753 | Paul Schneck <Schneck@rembrandtip.com> | Jennifer McAleese <jen@flatworldinteractives.com>; Russ Barron <Barron@rembrandtip.com> | Re: iPhone [Redacted] | 22-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000754 | REM-00000755 | Jennifer McAleese <jen@flatworldinteractives.com> | Russ Barron' <Barron@rembrandtip.com> / Cc: 'slavko milekic' <kiddyface@gmail.cm> | RE: Update [Redacted] | 15-Jul-07 | Email regarding potential patent enforcement. | Work Product |
| REM-00000756 | REM-00000757 | Jennifer McAleese <jen@flatworldinteractives.com> | 'Paul Schneck' <Schneck@rembrandtip.com> | RE: iPhone | 3-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000758 | REM-00000760 | Russ Barron <Barron@rembrandtip.com> | Brian Gordaychik <Gordaychik@rembrandtip.com>; Paul Schneck <Schneck@rembrandtip.com> | RE: New Business: iPhone Swiping, 6,920,619, FW: [Redacted] | 25-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000761 | REM-00000764 | Sharon Fenick <Fenick@rembrandtip.com> | Russ Barron <Barron@rembrandtip.com>; Brian Gordaychik <Gordaychik@rembrandtip.com>; Cc: Paul Schneck <Schneck@rembrandtip.com> | Re: New Business: iPhone Swiping, 6,920,619, FW: [Redacted] | 25-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000765 | REM-00000767 | Russ Barron <Barron@rembrandtip.com> | 'Jennifer McAleese' <jen@flatworldinteractives.com>; Paul Schneck <Schneck@rembrandtip.com> | RE: iPhone | 3-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000768 | REM-00000768a | Paul Schneck <Schneck@rembrandtip.com> | Russ Barron <Barron@rembrandtip.com> | Re: iPhone [Redacted] | 21-Jun-07 | Email conversation with request for legal advice pertaining to potential FlatWorld litigation | Work Product |
| REM-00000769 | REM-00000770 | Russ Barron <Barron@rembrandtip.com> | Brian Gordaychik <Gordaychik@rembrandtip.com>; Paul Schneck <Schneck@rembrandtip.com> | Re: New Business: iPhone Swiping, 6,920,619, FW: [Redacted] | 25-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000771 | REM-00000771 | Paul Schneck <Schneck@rembrandtip.com> | Sandra Taylor <Taylor@rembrandtip.com>; Derek Wood <Wood@rembrandtip.com>; Brian Gordaychik <Gordaychik@rembrandtip.com>; Cc: Russ Barron <Barron@rembrandtip.com> | Re: New Business: iPhone Swiping, 6,920,619, FW: [Redacted] | 22-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000772 | REM-00000772 | Russ Barron <Barron@rembrandtip.com> | Brian Gordaychik <Gordaychik@rembrandtip.com>; Mark McCormick <Mccormick@rembrandtip.com> | FW: iPhone | 3-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000773 | REM-00000775 | Jennifer McAleese <jen@flatworldinteractives.com> | 'Russ Barron' <Barron@rembrandtip.com> | RE: iPhone | 8-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000776 | REM-00000776 | Paul Schneck <Schneck@rembrandtip.com> | RJBARRON@wi.rr.com; Cc: Derek Wood <Wood@rembrandtip.com> | Re: iPhone '619 patent | 22-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000777 | REM-00000779 | Russ Barron <Barron@rembrandtip.com> | Jennifer McAleese <jen@flatworldinteractives.com>; Cc: Sharon Fenick <Fenick@rembrandtip.com> | RE: iPhone | 5-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000780 | REM-00000781 | Derek Wood <Wood@rembrandtip.com> | Dan Golub <golub@rembrandtip.com>; Sandra Taylor <Taylor@rembrandtip.com>; Cc: John Garland <Garland@rembrandtip.com> | New matter - Swiping Mechanism Patent | 19-Oct-09 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000782 | REM-00000783 | Paul Schneck <Schneck@rembrandtip.com> | Russ Barron <Barron@rembrandtip.com> | RE: iPhone [Redacted] | 21-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000784 | REM-00000786 | Colman O'Murchu <comurchu@invotexgroup.com> | John Garland <garland@rembrandtip.com> | Fw: Meet with Rembrandt | 17-Mar-10 | Email conversation with discussion of ongoing FlatWorld patent prosecution. | Work Product; Attorney-Client; Redaction of non-responsive information |

| Bates Begin | Bates End | From | To | Subject | Date | Description | Privilege |
|---|---|---|---|---|---|---|---|
| REM-00000787 | REM-00000787a | Russ Barron <Barron@rembrandtip.com> | rjbarron@wi.rr.com | FW: iPhone [Redacted] | 22-Jun-07 | Email conversation with request for legal analysis regarding potential Rembrandt/FlatWorld litigation. | Work Product |
| REM-00000788 | REM-00000790 | Dan Golub <golub@rembrandtip.com> | Brian Gordaychik <Gordaychik@rembrandtip.com>; Cc: Derek Wood <Wood@rembrandtip.com>; Sandra Taylor <Taylor@rembrandtip.com>; John Garland <Garland@rembrandtip.com> | New matter - Swiping Mechanism Patent | 19-Oct-09 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000791 | REM-00000794 | Russ Barron <Barron@rembrandtip.com> | Jennifer McAleese <jen@flatworldinteractives.com> | RE: iPhone | 9-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000795 | REM-00000795a | Russ Barron <Barron@rembrandtip.com> | Jessica Mackner <Mackner@rembrandtip.com> | Fw: iPhone [Redacted] | 22-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000796 | REM-00000798 | Russ Barron <Barron@rembrandtip.com> | Brian Gordaychik <Gordaychik@rembrandtip.com>; Cc: Sharon Fenick <Fenkin@rembrandtip.com>; Paul Schneck <Schneck@rembrandtip.com> | Re: New Business: iPhone Swiping, 6,920,619, [Redacted] | 25-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000799 | REM-00000799 | jennifer mcaleese <jenmcaleese@gmail.com> | Derek Wood <wood@rembrandtip.com>; Cc: slavko milekic <kiddyface@gmail.com> | Swiping Mechanism Patent | 16-Oct-09 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000800 | REM-00000801 | Jennifer McAleese <jen@flatworldinteractives.com> | 'Paul Schneck' <Schneck@rembrandtip.com> | RE: iPhone [Redacted] | 22-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000802 | REM-00000802 | Derek Wood <Wood@rembrandtip.com> | Paul Schneck <Schneck@rembrandtip.com>; Russ Barron <Barron@rembrandtip.com> | Fw: fyi...NDA | 6-Jul-07 | Email discussing non-disclosure agreement with FlatWorld. | Attorney-Client |
| REM-00000803 | REM-00000805 | John Garland <Garland@rembrandtip.com> | Colman O'Murchu <comurchu@invotexgroup.com> | RE: Meet with Rembrandt | 17-Mar-10 | Email conversation with discussion of ongoing FlatWorld patent prosecution and unrelated matters. | Work Product; Redaction of non-responsive information |
| REM-00000806 | REM-00000806a | Paul Schneck <Schneck@rembrandtip.com> | Jennifer McAleese <jen@flatworldinteractives.com> | Re: iPhone | 3-Jul-07 | Email regarding potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000807 | REM-00000808 | Paul Schneck <Schneck@rembrandtip.com> | Derek Wood <Wood@rembrandtip.com>; Cc: Russ Barron <Barron@rembrandtip.com> | RE: fyi...NDA | 6-Jul-07 | Email discussing non-disclosure agreement with FlatWorld. | Attorney-Client |
| REM-00000809 | REM-00000812 | Russ Barron <Barron@rembrandtip.com> | Sharon Fenick <Fenick@rembrandtip.com>; Brian Gordaychik <Gordaychik@rembrandtip.com>; Cc: Paul Schneck <Schneck@rembrandtip.com> | RE: New Business: iPhone Swiping, 6,920,619, [Redacted] | 25-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000813 | REM-00000815 | Brian Gordaychik <Gordaychik@rembrandtip.com> | Russ Barron <Barron@rembrandtip.com> | RE: New Business: iPhone Swiping, 6,920,619, [Redacted] | 25-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000816 | REM-00000817 | Derek Wood <Wood@rembrandtip.com> | Paul Schneck <Schneck@rembrandtip.com>; Cc: Russ Barron <Barron@rembrandtip.com> | RE: Conflict with Morgan Lewis | 16-Jul-07 | Email regarding non-disclosure agreement with FlatWorld and legal advice regarding deal structure. | Attorney-Client; Work Product |
| REM-00000818 | REM-00000819 | Paul Schneck <Schneck@rembrandtip.com> | Derek Wood <Wood@rembrandtip.com> | RE: New Business: iPhone Swiping, 6,920,619, [Redacted] | 22-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000820 | REM-00000820 | Russ Barron <Barron@rembrandtip.com> | RJbarron@wi.rr.com | FW: iPhone [Redacted] | 22-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000821 | REM-00000821 | John Garland <Garland@rembrandtip.com> | Jea Shim <Shim@rembrandtip.com> | FW: flatworld | 12-May-09 | Patent research performed in anticipation of litigation. | Work Product |
| REM-00000822 | REM-00000822 | Jennifer McAleese <jen@flatworldinteractives.com> | Paul Schneck' <Schneck@rembrandtip.com>; Russ Barron <barron@rembrandtip.com> | iPhone [Redacted] | 22-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000823 | REM-00000824 | Brian Gordaychik <Gordaychik@rembrandtip.com> | Paul Schneck <Schneck@rembrandtip.com>; Cc: Russ Barron <Barron@rembrandtip.com> | RE: New Business: iPhone Swiping, 6,920,619, FW: [Redacted] | 25-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000825 | REM-00000825 | Jennifer McAleese <jen@flatworldinteractives.com> | Paul Schneck' <Schneck@rembrandtip.com>; Russ Barron <barron@rembrandtip.com> | Gene Nelson | 25-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000826 | REM-00000826 | Derek Wood <Wood@rembrandtip.com> | Dan Golub <golub@rembrandtip.com> | FlatWorld Interactive (McAleese) | 19-Oct-09 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000827 | REM-00000828 | Jessica Mackner <Mackner@rembrandtip.com> | Russ Barron <Barron@rembrandtip.com> | RE: iPhone [Redacted] | 22-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000829 | REM-00000830 | Jennifer McAleese <jen@flatworldinteractives.com> | Paul Schneck' <Schneck@rembrandtip.com>; Cc: Russ Barron <Barron@rembrandtip.com> | RE: iPhone | 3-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REM-00000831 | REM-00000831a | Russ Barron <Barron@rembrandtip.com> | Paul Schneck <Schneck@rembrandtip.com> | RE: iPhone [Redacted] | 21-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000832 | REM-00000832 | Russ Barron <Barron@rembrandtip.com> | Sandra Taylor <Taylor@rembrandtip.com> | Flatworld | 5-Sep-07 | Email conversation regarding Flatworld litigation opportunity | Work Product |
| REM-00000833 | REM-00000835 | Jennifer McAleese <jen@flatworldinteractives.com> | 'Russ Barron' <Barron@rembrandtip.com> | RE: iPhone | 5-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000836 | REM-00000837 | Paul Schneck <Schneck@rembrandtip.com> | Jennifer McAleese <jen@flatworldinteractives.com> | RE: iPhone | 3-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000838 | REM-00000839 | Russ Barron <Barron@rembrandtip.com> | Paul Schneck <Schneck@rembrandtip.com>; Jennifer McAleese <jen@flatworldinteractives.com> | RE: iPhone | 3-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000840 | REM-00000840 | Mark McCormick <Mccormick@rembrandtip.com> | Brian Gordaychik <Gordaychik@rembrandtip.com> | RE: iphone feature presentation | 30-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000841 | REM-00000841 | Russ Barron <rjbarron@wi.rr.com> | Paul Schneck <schneck@rembrandtip.com> | iPhone '619 patent | 22-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product; Attorney-Client |
| REM-00000842 | REM-00000842 | Brian Gordaychik <Gordaychik@rembrandtip.com> | Sandra Taylor <Taylor@rembrandtip.com> | Flatworld | 6-Aug-07 | Email conversation regarding Rembrandt portfolio management. | Work Product |
| REM-00000843 | REM-00000844 | Paul Schneck <Schneck@rembrandtip.com> | Derek Wood <Wood@rembrandtip.com> | RE: New Business: iPhone Swiping, 6,920,619, FW: [Redacted] | 22-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000845 | REM-00000845 | Jennifer McAleese <jen@flatworldinteractives.com> | 'Russ Barron' <Barron@rembrandtip.com> | Reissue… | 11-Jul-07 | Email regarding reissue status of FlatWorld's patent. | Work Product |
| REM-00000846 | REM-00000846 | Russ Barron <Barron@rembrandtip.com> | John Meli <Meli@rembrandtip.com>; Brian Gordaychik <Gordaychik@rembrandtip.com> | iPhone - Flatworld, etc. | 21-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000847 | REM-00000847 | Jennifer McAleese <jen@flatworldinteractives.com> | Russ Barron' <Barron@rembrandtip.com>; Cc: slavko milekic <kiddyface@gmail.com> | Update… | 13-Jul-07 | Email regarding potential litigation. | Work Product |
| REM-00000848 | REM-00000848 | Russ Barron <Barron@rembrandtip.com> | Paul Schneck <Schneck@rembrandtip.com>; Jennifer McAleese <jen@flatworldinteractives.com> | RE: Gene Nelson | 25-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000849 | REM-00000850 | Jennifer McAleese <jen@flatworldinteractives.com> | barron@rembrandtip.com; schneck@rembrandtip.com | iPhone… | 21-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000851 | REM-00000851 | Russ Barron <Barron@rembrandtip.com> | Brian Gordaychik <Gordaychik@rembrandtip.com> | Flatworld - Iphone | 15-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000852 | REM-00000853 | Brian Gordaychik <Gordaychik@rembrandtip.com> | Dan Golub <Golub@rembrandtip.com> | RE: New matter - Swiping Mechanism Patent | 20-Oct-09 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. | Work Product |
| REM-00000854 | REM-00000854a | Russ Barron <Barron@rembrandtip.com> | Derek Wood <wood@rembrandtip.com> | RE: Conflict with Morgan Lewis | 16-Jul-07 | Email discussing legal advice regarding deal structure. | Attorney-Client; Work Product |
| REM-00000855 | REM-00000856 | Derek Wood <Wood@rembrandtip.com> | Jennifer McAleese <jen@flatworldinteractives.com>; Cc: Kenney, John J. <jjk@hangley.com>; Joanne Dever <dever@rembrandtip.com> | RE: NDA1.DOC | 26-Jun-07 | Email regarding non-disclosure agreement with FlatWorld. | Work Product |
| REM-00000857 | REM-00000859 | Brian Gordaychik <Gordaychik@rembrandtip.com> | Russ Barron <Barron@rembrandtip.com>; Paul Schneck <Schneck@rembrandtip.com> | RE: New Business: iPhone Swiping, 6,920,619, [Redacted] | 25-Jun-07 | Email with conversation regarding Rembrandt client representation and potential FlatWorld litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000860 | REM-00000860 | Derek Wood <Wood@rembrandtip.com> | Joanne Dever <dever@rembrandtip.com> | FW: NDA | 26-Jun-07 | Email with conversation regarding FlatWorld/Rembrandt confidentiality agreement. | Redaction of non-responsive information |
| REM-00000861 | REM-00000861 | Jea Shim <shim@rembrandtip.com> | Jea Shim <Shim@rembrandtip.com> | RE: [Redacted] | 17-Jul-07 | Email with conversation regarding FlatWorld/Rembrandt litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000862 | REM-00000862 | Sandra Taylor <Taylor@rembrandtip.com> | Russ Barron <Barron@rembrandtip.com> | Inactive Items | 17-Jul-07 | Email with conversation regarding FlatWorld/Rembrandt litigation theories. | Work Product; Redaction of non-responsive information |
| REM-00000863 | REM-00000864 | Mark McCormick <Mccormick@rembrandtip.com> | Jea Shim <Shim@rembrandtip.com> | Re: | 18-Jul-07 | Email with conversation regarding FlatWorld/Rembrandt litigation theories. | Work Product; Attorney-Client; Redaction of non-responsive information |
| REM-00000865 | REM-00000866 | Mark McCormick <Mccormick@rembrandtip.com> | Jea Shim <Shim@rembrandtip.com> | Re: | 18-Jul-07 | Email with conversation regarding FlatWorld/Rembrandt litigation theories. | Work Product; Attorney-Client; Redaction of non-responsive information |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REM-00000867 | REM-00000867 | Slavko Milekic | Paul Schneck | | 25-Jun-07 | Paper letter containing confidential information regarding FlatWorld litigation matters. | Work Product |
| REMBRANDT_EML_0353 | REMBRANDT_EML_0353 | Wendy Gross | Michael Johnson | | 20-Apr-09 | Rembrandt Expense Report related to Flatworld litigation theories. | Work Product |