# EXHIBIT 21

**Rembrandt IP Privilege Log Entries with FlatWorld**

| Begin Bates | End Bates | Author | Recipient | Subject | Date | Subject Matter Addressed in Document | Claim |
|---|---|---|---|---|---|---|---|
| REM-00000849 | REM-00000850 | Jennifer McAleese jen@flatworldinteractives.com | barron@rembrantip.com schneck@rembrandtip.com | iPhone… | 6/21/07 | Email conversation with discussion of potential Rembrand/Flatworld litigation theories | WP |
| REM-00000752 | REM-00000753 | Paul Schneck schneck@rembrandtip.com | Jennifer McAleese jen@flatworldinteractives.com Russ Barron barron@rembrandtip.com | Re: iPhone [Redacted] | 6/22/07 | Email Conversation with discussion of potential Rembrandt/Flatworld litigation theories. | WP |
| REM-00000800 | REM-00000801 | Jennifer McAleese jen@flatworldinteractives.com | Paul Schneck schneck@rembrandtip.com | Re: iPhone [Redacted] | 6/22/07 | Email conversation with discussion of potential Rembrand/Flatworld litigation theories | WP |
| REM-00000822 | REM-00000822 | Jennifer McAleese jen@flatworldinteractives.com | Paul Schneck schneck@rembrandtip.com barron@rembrandtip.com | iPhone [Redacted] | 6/22/07 | Email conversation with discussion of potential Rembrand/Flatworld litigaiton theories | WP |
| REM-00000825 | REM-00000825 | Jennifer McAleese jen@flatworldinteractives.com | Paul Schneck schneck@rembrandtip.com barron@rembrandtip.com | Gene Nelson | 6/25/07 | Email conversation with discussion of potential Rembrand/Flatworld litigation theories | WP |
| REM-00000848 | REM-00000848 | Russ Barron barron@rembrandtip.com | Paul Schneck schneck@rembrantip.com jennifer McAleese ken@flatworldinteractives.com | Re: Gene Nelson | 6/25/07 | Email conversation with discussion of potential Rembrand/Flatworld litigation theories | WP |
| REM-00000867 | REM-00000867 | Slavko Milekic | Paul Schneck | | 6/25/07 | Paper letter regarding confidential information regarding flatworld litigaiton matters | WP |
| REM-00000855 | REM-00000856 | Derek Wood Wood@rembrandtip.com | Jennifer McAleese jen@flatworldinteractives.com John Kenney jjk@hangley.com Joanne Dever dever@rembrandtip.com | RE: NDA1.Doc | 6/26/07 | Email regarding non-disclosure agreement with Flatworld | WP |

1

**Rembrandt IP Privilege Log Entries with FlatWorld**

| Begin Bates | End Bates | Author | Recipient | Subject | Date | Subject Matter Addressed in Document | Claim |
|---|---|---|---|---|---|---|---|
| REM-00000747 | REM-00000747 | Jennifer McAleese jen@flatworldinteractives.com | Paul Schneck schneck@rembrandtip.com barron@rembrandtip.com | iPhone | 7/2/07 | Email with conversation regarding Flatworld/Rembrandt litigaiton theories. | WP |
| REM-00000756 | REM-00000757 | Jennifer McAleese jen@flatworldinteractives.com | Paul Schneck schneck@rembrandtip.com | Re: iPhone | 7/3/07 | Email conversation with discussion of potential Rembrandt/Flatworld litigaiton theories | WP |
| REM-00000765 | REM-00000767 | Russ Barron barron@rembrandtip.com | Jennifer McAleese jen@flatworldinteractives.com Paul Schneck schneck@flatworldinteractives.com | Re: iPhone | 7/3/07 | Email conversation with discussion of potential Rembrand/Flatworld litigation theories | WP |
| REM-00000806 | REM-00000806 | Paul Schneck schneck@rembrandtip.com | Jennifer McAleese jen@flatworldinteractives.com | Re: iPhone | 7/3/07 | Email regarding potential Rembrandt/Flatworld litigation theories | WP |
| REM-00000829 | REM-00000830 | Jennifer McAleese jen@flatworldinteractives.com | Paul Schneck schneck@rembrandtip.com barron@rembrandtip.com | Re: iPhone | 7/3/07 | Email conversation with discussion of potential Rembrandt/Flatworld litigaiton theories | WP |
| REM-00000836 | REM-00000837 | Paul Schneck schneck@rembrandtip.com | Jennifer McAleese jen@flatworldinteractives.com | Re: iPhone | 7/3/07 | Email conversation with discussion of potential Rembrandt/Flatworld litigaiton theories | WP |
| REM-00000838 | REM-00000839 | Russ Barron barron@rembrandtip.com | Paul Schneck schneck@rembrantip.com jennifer McAleese ken@flatworldinteractives.com | Re: iPhone | 7/3/07 | Email conversation with discussion of potential Rembrandt/Flatworld litigaiton theories | WP |
| REM-00000777 | REM-00000779 | Russ Barron barron@rembrandtip.com | Jennifer McAleese jen@flatworldinteractives.com Sharon Fenick Fenick@rembrandtip.com | Re: iPhone | 7/5/07 | Email conversation with discussion of potential Rembrand/Flatworld litigation theories | WP |

**Rembrandt IP Privilege Log Entries with FlatWorld**

| Begin Bates | End Bates | Author | Recipient | Subject | Date | Subject Matter Addressed in Document | Claim |
|---|---|---|---|---|---|---|---|
| REM-00000833 | REM-00000835 | Jennifer McAleese jen@flatworldinteractives.com | Russ Barron barron@rembrandtip.com | Re: iPhone | 7/5/07 | Email conversation with discussion of potential Rembrandt/Flatworld litigaiton theories | WP |
| REM-00000773 | REM-00000775 | Jennifer McAleese jen@flatworldinteractives.com | Russ Barron barron@rembrandtip.com | Re: iPhone | 7/8/07 | Email conversation with discussion of potential Rembrandt/Flatworld litigaiton theories | WP |
| REM-00000791 | REM-00000794 | Russ Barron barron@rembrandtip.com | Jennifer McAleese jen@flatworldinteractives.com | Re: iPhone | 7/9/07 | Email conversation with discussion of potential Rembrand/Flatworld litigation theories | WP |
| REM-00000845 | REM-00000845 | Jennifer McAleese jen@flatworldinteractives.com | Russ Barron barron@rembrandtip.com | Reissue… | 7/11/07 | Email regarding reissue status of Flatworld's patent. | WP |
| REM-00000847 | REM-00000847 | Jennifer McAleese jen@flatworldinteractives.com | Russ Barron barron@rembrandtip.com Slavko Milekic kiddyface@gmail.com | Update… | 7/13/07 | Email regarding potential litigation | WP |
| REM-00000754 | REM-00000755 | Jennifer McAleese jen@flatworldinteractives.com | Russ Barron barron@rembrandip.com Slavko Milekic kiddyface@gmail.com | Re: Update [Redacted] | 7/15/07 | Email regarding potential patent enforcement. | WP |
| REM-00000799 | REM-00000799 | Jennifer McAleese jenmcaleese@gmail.com | Derek Wood wood@rembrandtip.com Slavko Milekic kiddyface@gmail.com | Swiping Mechanism Patent | 10/19/09 | Email conversation with discussion of potential Rembrand/Flatworld litigation theories | WP |