# EXHIBIT 22

Dear Michael:

Paul Jaskot has told me about your background and experience with Microsoft. Paul has indicated that you may be willing to talk with me about FlatWorld Interactives, a company I started 18 months ago with Dr. Slavko Milekic, an accomplished professor and software inventor who has been designing intuitive software for the past 12 years.

FlatWorld Interactives is a software development company focused primarily on interactive user interface. We have developed proprietary technology that allows an individual to interact with a computer simply by touching a computer-generated image on a touch sensitive media. This same technology is at the core of Apple's highly-acclaimed iPhone and other competing telephone/personal entertainment devices.

We are currently in development of interactive presentation tool using our technology for use in computer-based presentations such as PowerPoint. It is a downloadable application which allows a presenter to manipulate text and images in real time. Although we will sell it as a stand alone application, we believe that the most successful market will be individual who use PowerPoint. As a plug in to PowerPoint, our application will add a dynamic/active element to presentations while allowing the presenter the capability of planning a presentation in advance. Our application, when used on interactive touch sensitive surfaces such as Smart Boards, transforms a static PowerPoint presentation to a living presentation that captures and maintains the audience's attention.

Our business is also based on the marketing and enforcement of our "throwing mechanism" software patent. This patent, first issued in 200_, and currently going through re-issue, is being used by Apple in the "swiping" mechanism utilized in its iPhone and iPod touch products. According to legal counsel and troll patent companies, we have an excellent position against Apple if we decide to take that course. We are also interested in licensing our patented technology to those companies who want to acquire the swiping technology used by Apple.

We also have developed technology, in conjunction with the University of the Arts in Philadelphia, utilizing gesturing and eye gazing computer inputs. Patents for this revolutionary technology are currently pending with the USPTO.

Finally, we have a custom designed interactive software business for institutions and companies. For example, we are presently working with The Philadelphia Zoo on an interactive application which will present a unique and fun way for people at the Zoo to learn about the Zoo and its animals. We will also have two touch sensitive interactive applications on the floor of the Philadelphia Flower Show next week.

Here is a link which explains a bit more of who we are as a company and individuals. http://www.runrev.com/newsletter/march/issue22/newsletter2.php



I would appreciate any time you may have to discuss with me your insight and perspective regarding our business lines and the markets we are serving.

Best regards.

Jennifer McAleese
Managing Director
FlatWorld Interactives
Flatworldinteractives.com (under construction)
jen@flatworldinteractives.com
215.680.5750

**Deleted:** ¶
If you are interested in meeting, given your knowledge about various aspects of the software industry I would truly appreciate

**Deleted:** ¶
Thank you

**Formatted:** Font color: Black, Highlight

**Formatted:** Font color: Black, Highlight

MLB_A0000014

| Page 1: [1] Deleted | MCAL5094 | 2/24/2008 8:02:00 PM |
|---|---|---|

Hello

| Page 1: [1] Deleted | MCAL5094 | 2/24/2008 8:02:00 PM |
|---|---|---|

Hello

| Page 1: [2] Deleted | MCAL5094 | 2/24/2008 8:02:00 PM |
|---|---|---|

It was very kind of

| Page 1: [2] Deleted | MCAL5094 | 2/24/2008 8:02:00 PM |
|---|---|---|

It was very kind of

| Page 1: [3] Deleted | MCAL5094 | 2/24/2008 8:05:00 PM |
|---|---|---|

We are a young start up interactive

| Page 1: [3] Deleted | MCAL5094 | 2/24/2008 8:05:00 PM |
|---|---|---|

We are a young start up interactive

| Page 1: [3] Deleted | MCAL5094 | 2/24/2008 8:05:00 PM |
|---|---|---|

We are a young start up interactive

| Page 1: [4] Deleted | MCAL5094 | 2/24/2008 8:12:00 PM |
|---|---|---|

developing an

| Page 1: [4] Deleted | MCAL5094 | 2/24/2008 8:12:00 PM |
|---|---|---|

developing an

| Page 1: [4] Deleted | MCAL5094 | 2/24/2008 8:12:00 PM |
|---|---|---|

developing an

| Page 1: [4] Deleted | MCAL5094 | 2/24/2008 8:12:00 PM |
|---|---|---|

developing an

| Page 1: [4] Deleted | MCAL5094 | 2/24/2008 8:12:00 PM |
|---|---|---|

developing an

| Page 1: [4] Deleted | MCAL5094 | 2/24/2008 8:12:00 PM |
|---|---|---|

developing an

| Page 1: [4] Deleted | MCAL5094 | 2/24/2008 8:12:00 PM |
|---|---|---|

developing an

| Page 1: [4] Deleted | MCAL5094 | 2/24/2008 8:12:00 PM |
|---|---|---|

developing an

| Page 1: [4] Deleted | MCAL5094 | 2/24/2008 8:12:00 PM |
|---|---|---|

developing an

| Page 1: [4] Deleted | MCAL5094 | 2/24/2008 8:12:00 PM |
|---|---|---|

developing an

| Page 1: [4] Deleted | MCAL5094 | 2/24/2008 8:12:00 PM |
|---|---|---|

MLB_A0000015

developing an

| Page 1: [4] Deleted | MCAL5094 | 2/24/2008 8:12:00 PM |

developing an

| Page 1: [4] Deleted | MCAL5094 | 2/24/2008 8:12:00 PM |

developing an

| Page 1: [4] Deleted | MCAL5094 | 2/24/2008 8:12:00 PM |

developing an

| Page 1: [5] Deleted | MCAL5094 | 2/24/2008 8:23:00 PM |

The second leg of o

| Page 1: [5] Deleted | MCAL5094 | 2/24/2008 8:23:00 PM |

The second leg of o

| Page 1: [5] Deleted | MCAL5094 | 2/24/2008 8:23:00 PM |

The second leg of o

| Page 1: [5] Deleted | MCAL5094 | 2/24/2008 8:23:00 PM |

The second leg of o

| Page 1: [5] Deleted | MCAL5094 | 2/24/2008 8:23:00 PM |

The second leg of o

| Page 1: [5] Deleted | MCAL5094 | 2/24/2008 8:23:00 PM |

The second leg of o

| Page 1: [5] Deleted | MCAL5094 | 2/24/2008 8:23:00 PM |

The second leg of o

| Page 1: [5] Deleted | MCAL5094 | 2/24/2008 8:23:00 PM |

The second leg of o

| Page 1: [5] Deleted | MCAL5094 | 2/24/2008 8:23:00 PM |

The second leg of o

| Page 1: [6] Deleted | MCAL5094 | 2/24/2008 8:27:00 PM |

Our second patent is

| Page 1: [6] Deleted | MCAL5094 | 2/24/2008 8:27:00 PM |

Our second patent is

| Page 1: [6] Deleted | MCAL5094 | 2/24/2008 8:27:00 PM |

Our second patent is

| Page 1: [6] Deleted | MCAL5094 | 2/24/2008 8:27:00 PM |

Our second patent is

| Page 1: [7] Deleted | MCAL5094 | 2/24/2008 8:29:00 PM |

Our third patent is for our "plug in" technology which is in the earliest of stages as a provisional application with the USPTO.

The third business segment is our

| Page 1: [7] Deleted | MCAL5094 | 2/24/2008 8:29:00 PM |

Our third patent is for our "plug in" technology which is in the earliest of stages as a provisional application with the USPTO.

The third business segment is our

| Page 1: [7] Deleted | MCAL5094 | 2/24/2008 8:29:00 PM |

Our third patent is for our "plug in" technology which is in the earliest of stages as a provisional application with the USPTO.

The third business segment is our

| Page 1: [8] Formatted | Morgan, Lewis & Bockius User | 3/24/2013 4:38:00 PM |

Font color: Black, Highlight

| Page 1: [8] Formatted | Morgan, Lewis & Bockius User | 3/24/2013 4:38:00 PM |

Font color: Black, Highlight