# EXHIBIT 23

**Ex. 23 Log of Documents Collected by Morgan Lewis re John J. McAleese III**

| Document Date | Document Type | Email From | Email To | Email CC | Email BCC | PRODBEG | PRODEND |
|---|---|---|---|---|---|---|---|
| 06/06/2006 21:06 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000001 | MLB_F0000002 |
| 06/06/2006 21:06 EDT | Attachment | | | | | MLB_F0000003 | MLB_F0000006 |
| 07/05/2006 13:19 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000007 | MLB_F0000007 |
| 07/10/2006 15:05 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000008 | MLB_F0000008 |
| 07/14/2006 15:13 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000009 | MLB_F0000009 |
| 07/19/2006 06:17 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000010 | MLB_F0000010 |
| 07/19/2006 06:21 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000011 | MLB_F0000011 |
| 07/19/2006 08:08 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000012 | MLB_F0000013 |
| 07/19/2006 08:57 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000014 | MLB_F0000015 |

**Ex. 23 Log of Documents Collected by Morgan Lewis re John J. McAleese III**

| Document Date | Document Type | Email From | Email To | Email CC | Email BCC | PRODBEG | PRODEND |
|---|---|---|---|---|---|---|---|
| 07/21/2006 14:12 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000016 | MLB_F0000016 |
| 07/24/2006 12:01 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000017 | MLB_F0000017 |
| 07/24/2006 13:30 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000018 | MLB_F0000020 |
| 08/01/2006 15:55 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000021 | MLB_F0000021 |
| 08/01/2006 18:18 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000022 | MLB_F0000023 |
| 08/04/2006 15:43 EDT | eMail;eMail with attachment | jenmcaleese@gmail.com | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | | | MLB_F0000024 | MLB_F0000026 |
| 08/04/2006 15:43 EDT | Attachment | | | | | MLB_F0000027 | MLB_F0000037 |
| 09/12/2006 10:51 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | kiddyface@gmail.com | | | MLB_F0000038 | MLB_F0000038 |
| 11/10/2006 07:11 EST | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000039 | MLB_F0000040 |

**Ex. 23 Log of Documents Collected by Morgan Lewis re John J. McAleese III**

| Document Date | Document Type | Email From | Email To | Email CC | Email BCC | PRODBEG | PRODEND |
|---|---|---|---|---|---|---|---|
| 12/14/2006 10:44 EST | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000041 | MLB_F0000043 |
| 12/14/2006 10:49 EST | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000044 | MLB_F0000044 |
| 01/09/2007 09:29 EST | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000045 | MLB_F0000046 |
| 01/09/2007 09:29 EST | Attachment | "kenney, | jenmcaleese@comcast.net | | | MLB_F0000047 | MLB_F0000047 |
| 04/19/2007 10:26 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | ldubinski@fi.edu | | jenmcaleese@comcast.net | MLB_F0000048 | MLB_F0000048 |
| 04/19/2007 11:35 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | ldubinski@fi.edu | | jenmcaleese@comcast.net | MLB_F0000049 | MLB_F0000049 |
| 05/03/2007 10:16 EDT | eMail;eMail without attachment | jen@flatworldinteractives.com | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | | | MLB_F0000050 | MLB_F0000056 |
| 06/12/2007 17:20 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000057 | MLB_F0000058 |
| 06/14/2007 07:58 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@comcast.net | | | MLB_F0000059 | MLB_F0000059 |

**Ex. 23 Log of Documents Collected by Morgan Lewis re John J. McAleese III**

| Document Date | Document Type | Email From | Email To | Email CC | Email BCC | PRODBEG | PRODEND |
|---|---|---|---|---|---|---|---|
| 08/11/2007 08:45 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | genelson@comcast.net | kiddyface@gmail.com | | MLB_F0000060 | MLB_F0000060 |
| 08/12/2007 08:12 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | genelson@comcast.net | | | MLB_F0000061 | MLB_F0000062 |
| 08/17/2007 16:13 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | kiddyface@gmail.com | | | MLB_F0000063 | MLB_F0000063 |
| 09/17/2007 17:14 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000064 | MLB_F0000065 |
| 09/17/2007 17:14 EDT | Attachment | | | | | MLB_F0000066 | MLB_F0000066 |
| 09/17/2007 17:14 EDT | Attachment | | | | | MLB_F0000067 | MLB_F0000067 |
| 03/06/2008 15:11 EST | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000068 | MLB_F0000068 |
| 03/11/2008 14:34 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000069 | MLB_F0000069 |
| 08/13/2008 08:23 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000070 | MLB_F0000070 |

**Ex. 23 Log of Documents Collected by Morgan Lewis re John J. McAleese III**

| Document Date | Document Type | Email From | Email To | Email CC | Email BCC | PRODBEG | PRODEND |
|---|---|---|---|---|---|---|---|
| 08/13/2008 08:23 EDT | Attachment | | | | | MLB_F0000071 | MLB_F0000082 |
| 08/14/2008 08:16 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000083 | MLB_F0000083 |
| 08/14/2008 08:16 EDT | Attachment | | | | | MLB_F0000084 | MLB_F0000097 |
| 08/14/2008 16:47 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000098 | MLB_F0000098 |
| 08/14/2008 16:47 EDT | Attachment | | | | | MLB_F0000099 | MLB_F0000112 |
| 08/14/2008 17:13 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000113 | MLB_F0000113 |
| 08/14/2008 17:13 EDT | Attachment | | | | | MLB_F0000114 | MLB_F0000127 |
| 08/15/2008 08:36 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000128 | MLB_F0000131 |
| 08/15/2008 08:36 EDT | Attachment | | | | | MLB_F0000132 | MLB_F0000145 |

**Ex. 23 Log of Documents Collected by Morgan Lewis re John J. McAleese III**

| Document Date | Document Type | Email From | Email To | Email CC | Email BCC | PRODBEG | PRODEND |
|---|---|---|---|---|---|---|---|
| 08/15/2008 08:59 EDT | eMail;eMail eVault Stub | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000146 | MLB_F0000149 |
| 08/29/2008 09:17 EDT | eMail;eMail eVault Stub | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000150 | MLB_F0000151 |
| 09/04/2008 07:37 EDT | eMail;eMail eVault Stub | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000152 | MLB_F0000153 |
| 09/24/2008 13:41 EDT | eMail;eMail eVault Stub | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000154 | MLB_F0000154 |
| 01/22/2009 12:01 EST | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000155 | MLB_F0000156 |
| 01/22/2009 12:01 EST | Attachment | | | | | MLB_F0000157 | MLB_F0000161 |
| 02/03/2009 17:51 EST | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000162 | MLB_F0000163 |
| 02/03/2009 17:51 EST | Attachment | | | | | MLB_F0000164 | MLB_F0000164 |
| 02/26/2009 19:58 EST | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000165 | MLB_F0000166 |
| 02/26/2009 19:58 EST | Attachment | | | | | MLB_F0000167 | MLB_F0000167 |

**Ex. 23 Log of Documents Collected by Morgan Lewis re John J. McAleese III**

| Document Date | Document Type | Email From | Email To | Email CC | Email BCC | PRODBEG | PRODEND |
|---|---|---|---|---|---|---|---|
| 04/07/2009 11:30 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000168 | MLB_F0000169 |
| 04/07/2009 11:30 EDT | Attachment | | | | | MLB_F0000170 | MLB_F0000171 |
| 04/09/2009 16:18 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000172 | MLB_F0000172 |
| 04/30/2009 08:57 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000173 | MLB_F0000173 |
| 04/30/2009 08:57 EDT | Attachment | | | | | MLB_F0000174 | MLB_F0000177 |
| 05/05/2009 20:41 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000178 | MLB_F0000179 |
| 05/05/2009 20:41 EDT | Attachment | | | | | MLB_F0000180 | MLB_F0000183 |
| 06/10/2009 06:21 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000184 | MLB_F0000186 |
| 06/14/2009 21:15 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000187 | MLB_F0000188 |
| 06/14/2009 21:15 EDT | Attachment | | | | | MLB_F0000189 | MLB_F0000189 |
| 06/15/2009 11:48 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000190 | MLB_F0000191 |
| 06/15/2009 11:48 EDT | eMail;eMail eVault Stub | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000192 | MLB_F0000193 |

**Ex. 23 Log of Documents Collected by Morgan Lewis re John J. McAleese III**

| Document Date | Document Type | Email From | Email To | Email CC | Email BCC | PRODBEG | PRODEND |
|---|---|---|---|---|---|---|---|
| 06/16/2009 07:20 EDT | eMail;eMail with attachment | jennifer mcaleese <jenmcaleese@gmail.com> | "alex gilbert" <alex@punkave.com> | "mcaleese, iii, john j." <jmcaleese@morganlewis.com> | | MLB_F0000194 | MLB_F0000194 |
| 06/16/2009 07:20 EDT | Attachment | | | | | MLB_F0000195 | MLB_F0000195 |
| 06/16/2009 07:32 EDT | eMail;eMail eVault Stub | jenmcaleese@gmail.com | alex@punkave.com | jmcaleese@morganlewis.com | | MLB_F0000196 | MLB_F0000196 |
| 07/28/2009 14:14 EDT | eMail;eMail without attachment | jen mcaleese <jenmcaleese@gmail.com> | "partner john - husband mcaleese" <jmcaleese@morganlewis.com> | | | MLB_F0000197 | MLB_F0000209 |
| 10/07/2009 05:25 EDT | eMail;eMail with attachment | jennifer mcaleese <jenmcaleese@gmail.com> | "mcaleese, iii, john j." <jmcaleese@morganlewis.com> | | | MLB_F0000210 | MLB_F0000215 |
| 10/07/2009 05:25 EDT | Attachment | | | | | MLB_F0000216 | MLB_F0000216 |
| 10/07/2009 05:25 EDT | Attachment | | | | | MLB_F0000217 | MLB_F0000217 |
| 10/07/2009 05:25 EDT | Attachment | | | | | MLB_F0000218 | MLB_F0000229 |
| 10/19/2009 18:13 EDT | eMail;eMail eVault Stub | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000230 | MLB_F0000230 |
| 12/29/2009 16:55 EST | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000231 | MLB_F0000233 |
| 12/29/2009 16:55 EST | Attachment | | | | | MLB_F0000234 | MLB_F0000257 |
| 03/05/2010 09:45 EST | eMail;eMail without attachment | jennifer mcaleese <jenmcaleese@gmail.com> | "mcaleese, iii, john j." <jmcaleese@morganlewis.com> | | | MLB_F0000258 | MLB_F0000261 |

8

**Ex. 23 Log of Documents Collected by Morgan Lewis re John J. McAleese III**

| Document Date | Document Type | Email From | Email To | Email CC | Email BCC | PRODBEG | PRODEND |
|---|---|---|---|---|---|---|---|
| 04/13/2010 17:16 EDT | eMail;eMail without attachment | jen mcaleese <jenmcaleese@gmail.com> | "john mcaleese" <jmcaleese@morganlewis.com> | | | MLB_F0000262 | MLB_F0000267 |
| 10/28/2010 11:36 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000268 | MLB_F0000279 |
| 12/16/2010 12:44 EST | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000280 | MLB_F0000281 |
| 01/06/2011 09:01 EST | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000282 | MLB_F0000285 |
| 01/06/2011 10:04 EST | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000286 | MLB_F0000291 |
| 01/18/2011 18:33 EST | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000292 | MLB_F0000293 |
| 04/02/2011 11:45 EDT | eMail;eMail eVault Stub | david@cypresstax.com | jmcaleese@morganlewis.com | | | MLB_F0000294 | MLB_F0000294 |
| 04/03/2011 09:26 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | david@cypresstax.com | | | MLB_F0000295 | MLB_F0000295 |
| 04/03/2011 09:26 EDT | Attachment | | | | | MLB_F0000296 | MLB_F0000296 |
| 04/03/2011 09:26 EDT | Attachment | | | | | MLB_F0000297 | MLB_F0000305 |
| 04/03/2011 13:33 EDT | eMail;eMail without attachment | david c smith <david@cypresstax.com> | "mcaleese, iii, john j." <jmcaleese@morganlewis.com> | | | MLB_F0000306 | MLB_F0000307 |
| 04/03/2011 19:57 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | david@cypresstax.com | | | MLB_F0000308 | MLB_F0000310 |

**Ex. 23 Log of Documents Collected by Morgan Lewis re John J. McAleese III**

| Document Date | Document Type | Email From | Email To | Email CC | Email BCC | PRODBEG | PRODEND |
|---|---|---|---|---|---|---|---|
| 04/03/2011 19:57 EDT | Attachment | | | | | MLB_F0000311 | MLB_F0000311 |
| 04/04/2011 08:11 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000312 | MLB_F0000314 |
| 04/04/2011 08:11 EDT | Attachment | | | | | MLB_F0000315 | MLB_F0000315 |
| 04/04/2011 22:09 EDT | eMail;eMail eVault Stub | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000316 | MLB_F0000317 |
| 04/04/2011 22:09 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000318 | MLB_F0000318 |
| 04/05/2011 09:38 EDT | eMail;eMail eVault Stub | david@cypresstax.com | jenmcaleese@gmail.com | jmcaleese@morganlewis.com | | MLB_F0000319 | MLB_F0000320 |
| 04/05/2011 10:09 EDT | eMail;eMail eVault Stub | jenmcaleese@gmail.com | jmcaleese@morganlewis.com | | | MLB_F0000321 | MLB_F0000321 |
| 04/05/2011 10:10 EDT | eMail;eMail eVault Stub | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000322 | MLB_F0000322 |
| 04/05/2011 10:23 EDT | eMail;eMail eVault Stub | jenmcaleese@gmail.com | david@cypresstax.com | jmcaleese@morganlewis.com | | MLB_F0000323 | MLB_F0000324 |
| 04/08/2011 13:07 EDT | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000325 | MLB_F0000326 |
| 04/08/2011 13:07 EDT | Attachment | | | | | MLB_F0000327 | MLB_F0000328 |

| Document Date | Document Type | Email From | Email To | Email CC | Email BCC | PRODBEG | PRODEND |
|---|---|---|---|---|---|---|---|
| 10/06/2011 08:01 EDT | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000329 | MLB_F0000335 |
| 10/06/2011 09:36 EDT | eMail;eMail without attachment | jmcaleese@morganlewis.com | jennifer mcaleese <jenmcaleese@gmail.com> | | | MLB_F0000336 | MLB_F0000343 |
| 11/07/2011 08:16 EST | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000344 | MLB_F0000345 |
| 11/07/2011 09:14 EST | eMail;eMail without attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000346 | MLB_F0000349 |
| 05/21/2012 07:19 EDT | eMail;eMail without attachment | jmcaleese@morganlewis.com | jennifer mcaleese <jenmcaleese@gmail.com> | | | MLB_F0000350 | MLB_F0000350 |
| 02/25/2013 11:49 EST | eMail;eMail with attachment | "mcaleese, iii, john j." <d509689f-faa0cbf4-85256d8b-a9509@exchange.com> | jenmcaleese@gmail.com | | | MLB_F0000351 | MLB_F0000351 |
| 02/25/2013 11:49 EST | Attachment | | | | | MLB_F0000352 | MLB_F0000352 |
| 02/25/2013 11:49 EST | Attachment | | | | | MLB_F0000353 | MLB_F0000353 |
| 02/25/2013 11:49 EST | Attachment | | | | | MLB_F0000354 | MLB_F0000354 |