# EXHIBIT 24



MLB_F0000216