# EXHIBIT 25



ACACIA TECHNOLOGIES CONFIDENTIAL