# EXHIBIT 27

| | |
|---|---|
| From: | Vanja Buvac(vanja.buvac@gmail.com) |
| To: | Thomas Reilly |
| CC: | |
| BCC: | |
| Subject: | Re: P patent |
| Sent: | 07/02/2010 03:13:15 PM 0000 (GMT) |
| Attachments: | |

Tom, I talked to Slavko yesterday. Jennifer's husband is reviewing the docs.

They probably won't go for the ▓▓▓ buy-now price. And, they are still thinking about the reservation price. What are your thoughts on this?

I'll see Slavko tomorrow at a party. Anything else we can offer them to close the deal?
Best, Vanja.

On Fri, Jul 2, 2010 at 10:05 AM, Thomas Reilly <Thomas.Reilly@us.icap.com> wrote:

> Jennifer, Slavko:
>
> Any decision on whether to post you IP in our upcoming auction. Paul Greco knows this market well.
>
> Any questions, let me know.
>
> Enjoy your holiday weekend.
>
> Tom
>
> Thomas M. Reilly, PhD, MBA
>
> ICAP Ocean Tomo LLC
>
> 2413 Landon Drive
>
> Wilmington, DE 19810
>
> 302-528▓▓▓
>
> thomas.reilly@us.icap.com
>
> www.icapoceantomo.com
>
> ............................................................

ICAP00003367

This communication and all information (including, but not limited to, market prices/levels and data) contained therein (the "Information") is for informational purposes only, is confidential, may be legally privileged and is the intellectual property of ICAP plc and its affiliates ("ICAP") or third parties. No confidentiality or privilege is waived or lost by any mistransmission. The Information is not, and should not be construed as, an offer, bid or solicitation in relation to any financial instrument or as an official confirmation of any transaction. The Information is not warranted, including, but not limited, as to completeness, timeliness or accuracy and is subject to change without notice. ICAP assumes no liability for use or misuse of the Information. All representations and warranties are expressly disclaimed. The Information does not necessarily reflect the views of ICAP. Access to the Information by anyone else other than the recipient is unauthorized and any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender.
**********************************************************

--
Vanja Buvac 1-267-687█

ICAP00003368