# EXHIBIT 28

```
Subject: Re: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm
 receipt, interested in more information
From: Jennifer McAleese <jenmcaleese@gmail.com>
In-Reply-To: <76997.99733.qm@web80004.mail.sp1.yahoo.com>
Date: Tue, 5 Apr 2011 09:53:19 -0400
To: John McAleese <j.mcaleese@att.net>
Status: RO
```

Call me when u r driving home so we can discuss response


On Apr 5, 2011, at 9:42 AM, John McAleese <j.mcaleese@att.net> wrote:


Interesting

--- On Tue, 4/5/11, jennifer mcaleese <jenmcaleese@gmail.com> wrote:


>       From: jennifer mcaleese <jenmcaleese@gmail.com>
>       Subject: Fwd: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm receipt, interested in more information
>       To: <mailto:j.mcaleese@att.net> j.mcaleese@att.net
>       Date: Tuesday, April 5, 2011, 9:38 AM


>       See below:


>       ---------- Forwarded message ----------
>       From: Kristensen Preben (Nokia-LIP/Copenhagen) < <http://us.mc800.mail.yahoo.com/mc/compose?to=Preben.Kristensen@nokia.com> Preben.Kristensen@nokia.com>
>       Date: Tue, Apr 5, 2011 at 9:12 AM
>       Subject: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm receipt, interested in more information
>       To: <http://us.mc800.mail.yahoo.com/mc/compose?to=jenmcaleese@gmail.com> jenmcaleese@gmail.com
>       Cc: "Nihtila Jukka (Nokia-LIP/Espoo)" < <http://us.mc800.mail.yahoo.com/mc/compose?to=jukka.nihtila@nokia.com> jukka.nihtila@nokia.com>, "Melin Paul (Nokia-LIP/Espoo)" < <http://us.mc800.mail.yahoo.com/mc/compose?to=Paul.Melin@nokia.com> Paul.Melin@nokia.com>


>       ...



>               Given your various patent litigations with Apple, I strongly encourage you to take a look at this patent as a potential patent for your portfolio.  We filed in 1998 and the patent was granted in 2005.

It has also gone through reissue with a final reissue decision expected very soon.

*User Interface For Removing An Object From Display: *

*Patent Number: **6,920,619*

<http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619>
http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619 <
<http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619>
http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619>

Please let me know if you are interested in discussing it.



Hi Jennifer,

thanks for approaching Nokia on this offer.

Your mail has been forwarded to me. I sit in the IPR acquisition arm of our IPR department, so I think it has ended up with the proper person.

I will take a close look at this opportunity and may approach you for further clarification.

For now, I am interested in hearing if you have a bidding deadline and a target price in mind. Also, I assume the inventor is a private inventor, but can you share more about the inventor's reasons for wanting to sell?

Thanks in advance for your help.


Best regards/Venlig hilsen

Preben Kjær Kristensen
Senior manager, IPR Strategy & Acquisitions
Mobile: +45 2092 0431