# EXHIBIT 30

**Subject:** RE: Morgan Lewis & Bockius Privilege Log
**Date:** Wednesday, April 10, 2013 9:28:36 AM Pacific Daylight Time
**From:** Ryan Meyer
**To:** James Shimota
**CC:** Mark Carlson, Ken Bridges, Michael Pieja, Jaime Smith

James,

As stated in the MLB privilege log produced on Friday, MLB_F0000351B is an email from Jennifer McAleese to John McAleese.  Jennifer's email contains a cut and pasted section from a communication with Mark Carlson (including the Facebook, Twitter, and Hagens Berman Logos), though no one from Hagens Berman otherwise participated in that email thread.  The privilege log will be updated to state the underlying attorney client privilege.

Best regards,

Ryan


Ryan Meyer | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9366

---

**From:** James Shimota [mailto:jshimota@bridgesmav.com]
**Sent:** Wednesday, April 10, 2013 9:15 AM
**To:** Ryan Meyer
**Cc:** Mark Carlson; Ken Bridges; Michael Pieja; Jaime Smith
**Subject:** Re: Morgan Lewis & Bockius Privilege Log

Ryan:

Morgan Lewis & Bockius indicated on its list that MLB_F 352-354 are attachments to the email thread MLB_F 351.  The Facebook log, Twitter logo and Hagens Berman logo typically appear in emails sent from your firm.  Please advise whether any email(s) sent to or received from your firm is/are part of the email thread MLB_F 351.

Best regards,

Jim
On Apr 10, 2013, at 11:10 AM, Ryan Meyer wrote:


James,

These are email artifacts and represent the images that sometimes appear at the bottom of an email in the signature line.  One is a Facebook logo, one is a Twitter log, and one is the Hagens Berman logo.  We didn't produce or log them because they aren't responsive.

Best regards,

Ryan

Ryan Meyer | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9366

---

**From:** James Shimota [mailto:jshimota@bridgesmav.com]
**Sent:** Wednesday, April 10, 2013 9:04 AM
**To:** Mark Carlson; Ryan Meyer
**Cc:** Ken Bridges; Michael Pieja; Jaime Smith
**Subject:** Morgan Lewis & Bockius Privilege Log

Mark/Ryan:

We write regarding the MLB_F production and corresponding Morgan Lewis & Bockius privilege log.

You did not log or produce MLB_F 352-354.  Could you please identify what those documents are?

Thank you,

Jim

James A. Shimota
180 North LaSalle, Suite 2215
Chicago, IL  60601
Email jshimota@bridgesmav.com
Direct 312-216-1624
Main 312-216-1620
Fax 312-216-1621


James A. Shimota
180 North LaSalle, Suite 2215
Chicago, IL  60601
Email jshimota@bridgesmav.com
Direct 312-216-1624
Main 312-216-1620
Fax 312-216-1621