# EXHIBIT 33

## Exhibit 33 – Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation

**Key for Shading**

| |
|---|
| From Morgan Lewis & Bockius LLP Privilege Log (Ex. 4) |
| From John J. McAleese III Privilege Log (Ex. 5) |
| From FlatWorld Privilege Log (Ex. 3) |

**Key for Redlines**

1. For changes made from 2/22/13 to 2/27/13 to FlatWorld's Privilege Log or changes made from 4/5/13 to 4/16/13 to John McAleese's or Morgan Lewis' Privilege Logs - Changes are indicated in RED and if something is removed the strikethrough is in red, *e.g.*, ~~EDIT.~~

2. Changes made from 2/27/13 to 3/29/13 to FlatWorld's Privilege Log - Changes are indicated in BLUE and if something was removed from previous log the strikethrough will be in blue, *e.g.*, ~~EDIT~~

3. If changes were made from 2/22/13 to 2/27/13 to FlatWorld's Privilege and the same entry was changed again from 2/27/13 to 3/29/13, to show it was edited twice that edit will be in PURPLE.

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| JM | JMPriv048D | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/25/01 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000041A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 12/14/06 | Email regarding FlatWorld litigation preparation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000044 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 12/14/06 | Email regarding FlatWorld litigation preparation. | Drafted for purpose of litigation. | Spousal | Email |
| FW | PRIV1072 | Jennifer McAleese | John J. McAleese, III | 01/15/07 | Email thread ~~regarding~~ discussing business planning and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV1125 | Jennifer McAleese | John J. McAleese, III | 01/15/07 | Email thread ~~regarding~~ discussing business planning and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |
| JM | JMPriv139C | Jennifer McAleese (jen@flatworldinteractives.com) | Gene Nelson (genelson@comcast.net); Slavko Milekic (kiddyface@gmail.com) | 5/2/07 | Email with discussion regarding potential patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000050C | Jennifer McAleese (jen@flatworldinteractives.com) | Gene Nelson (genelson@comcast.net); Slavko Milecik | 5/2/07 | Email with discussion regarding Gene Nelson advice pertaining to potential litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv139A | Jennifer McAleese (jen@flatworldinteractives.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 5/3/07 | Email with discussion regarding potential patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv139B | Gene Nelson (genelson@comcast.net) | Jennifer McAleese (jen@flatworldinteractives.com) | 5/3/07 | Email with discussion regarding potential patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000050A | Jennifer McAleese (jen@flatworldinteractives.com) | John McAleese (jmcaleese@morganlewis.com) | 5/3/07 | Email with discussion regarding Gene Nelson advice pertaining to potential litigation. | Drafted for purpose of litigation. | Spousal | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| MLB | MLB_F0000050B | Gene Nelson (genelson@comcast.net) | Jennifer McAleese (jen@flatworldinteractives.com) | 5/3/07 | Email with discussion regarding Gene Nelson advice pertaining to potential litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000057A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 6/12/07 | Email with discussion regarding potential representation for IP litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000057B | Jennifer McAleese (jenmcaleese@comcast.net) | John McAleese (jmcaleese@morganlewis.com) | 6/12/07 | Email with discussion regarding potential representation for IP litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv141A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 6/14/07 | Email with discussion regarding potent representation for FlatWorld litigation. A redacted version was produced at JM-00000036. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000059A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 6/14/07 | Email with discussion regarding potential representation for IP litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000060 | Jennifer McAleese (jmcaleese@morganlewis.com) | Gene Nelson (genelson@comcast.net); Slavko Milecik (kiddyface@gmail.com) | 8/11/07 | Email with request for legal advice regarding FlatWorld litigation preparation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000061B | Gene Nelson (genelson@comcast.net) | Jennifer McAleese (jmcaleese@morganlewis.com); Slavko Milecik (kiddyface@gmail.com) | 8/11/07 | Email with a request for legal advice regarding FlatWorld litigation preparation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000061C | Jennifer McAleese (jmcaleese@morganlewis.com) | Gene Nelson (genelson@comcast.net); Slavko Milecik (kiddyface@gmail.com) | 8/11/07 | Email with a request for legal advice regarding FlatWorld litigation preparation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000061A | Jennifer McAleese (jmcaleese@morganlewis.com) | Gene Nelson (genelson@comcast.net); Slavko Milecik (kiddyface@gmail.com) | 8/12/07 | Email with a request for legal advice regarding FlatWorld litigation preparation. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| JM | JMPriv151C | Jonathan Taub (jtaub@acaciares.com) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net) | 9/15/09 | Email with discussion regarding potential representation for FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client, Common Interest | Email |
| JM | JMPriv151D | Slavko Milekic (kiddyface@gmail.com) | Jennifer McAleese (jenmcaleese@gmail.com); Gene Nelson (genelson@comcast.net); Jonathan Taub (jtaub@acaciares.com) | 9/15/09 | Email with discussion regarding potential representation for FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client, Common Interest | Email |
| JM | JMPriv151B | Jonathan Taub (jtaub@acaciares.com) | Slavko Milekic (kiddyface@gmail.com); Jennifer McAleese (jenmcaleese@gmail.com); Gene Nelson (genelson@comcast.net) | 10/4/09 | Email with discussion regarding potential representation for FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client, Common Interest | Email |
| FW | PRIV0293 | Jennifer McAleese | John J. McAleese, III; Jonathon Taub, Slavko Milekic; Gordon E. Nelson | 10/07/09 | Email thread regarding discussion with Gordon Nelson and Jonathan Taub regarding potential representation for patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney- Client; ~~Common Interest~~ | Email |
| JM | JMPriv151A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/7/09 | Email with discussion regarding potential representation for FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv155 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 10/7/09 | License agreement pertaining to potential representation for FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | License Agreement |
| FW | PRIV0426 | Jennifer McAleese | John J. McAleese, III | 10/15/09 | Email thread regarding discussions with Gordon Nelson and Jonathan Taub concerning potential FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| FW | PRIV0476 | Jennifer McAleese | Slavko Milekic; John J. Kenney; John J. McAleese, III | 10/18/09 | Email requesting legal advice from John J. Kenney regarding potential FlatWorld patent litigation representation. | Drafted for purpose of litigation. | Attorney-Client; Spousal | Email |
| FW | PRIV0299 | John J. Kenney | Jennifer McAleese; Slavko Milekic; John J. McAleese, III | 10/19/09 | Email thread requesting and containing legal advice from John J. Kenney regarding potential patent litigation. | Drafted for purpose of litigation. | Attorney-Client; Spousal | Email |
| FW | PRIV0475 | Slavko Milekic | Jennifer McAleese; John J. Kenney; John J. McAleese, III | 10/19/09 | Email requesting legal advice from John J. Kenney regarding potential FlatWorld patent litigation representation. | Drafted for purpose of litigation. | Attorney-Client; Spousal | Email |
| FW | PRIV0553 | Jennifer McAleese | Slavko Milekic; John J. Kenny; John J. McAleese, III | 10/19/09 | Email thread requesting legal advice from John J. Kenney regarding potential FlatWorld patent litigation representation. | Drafted for purpose of litigation. | Attorney-Client; Spousal | Email |
| JM | JMPriv192C | Gene Nelson (genelson@comcast.net) | Slavko Milekic (kiddyface@gmail.com) | 3/4/10 | Email with discussion regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| FW | PRIV0761 | Jennifer McAleese | John J. McAleese, III | 03/05/10 | Email thread regarding potential patent litigation with Gordon Nelson. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV0389 | Jennifer McAleese | John J. McAleese, III | 03/21/10 | Email thread regarding prosecution and litigation decisions discussed with Kevin Casey. | Drafted for purpose of prosecution and litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV0665 | Jennifer McAleese | John J. McAleese, III | 03/21/10 | Email thread regarding prosecution and litigation decisions with Kevin Casey. | Drafted for purpose of prosecution and litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV0716 | Jennifer McAleese | John J. McAleese, III | 04/28/10 | Email thread regarding discussing business planning and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV1068 | Jennifer McAleese | John J. McAleese, III | 04/28/10 | Email thread regarding discussing business planning and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |

4

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv195D | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Gene Nelson (genelson@comcast.net); Slavko Milekic (kiddyface@gmail.com); Paul Milcetic (pmilcetic@ktmc.com) | 10/27/10 | Email with discussion regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv195E | Michael Bonella (mbonella@ktmc.com) | Gene Nelson (genelson@comcast.net); Jennifer McAleese (jenmcaleese@gmail.com) | 10/27/10 | Email with discussion regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv195F | Gene Nelson (genelson@comcast.net) | Jennifer McAleese (jenmcaleese@gmail.com); Michael Bonella (mbonella@ktmc.com); Slavko Milekic (kiddyface@gmail.com) | 10/27/10 | Email with discussion regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000268D | Jennifer McAleese (jenmcaleese@gmail.com) | Michael J. Bonella (mbonella@btkmc.com); Gordon E. Nelson (genelson@comcast.net); Slavko Milekic (kiddyface@gmail.com); Paul Milcetic (pmilcetic@btkmc.com) | 10/27/10 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000268E | Michael J. Bonella (mbonella@btkmc.com) | Gordon E. Nelson (genelson@comcast.net); Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com) | 10/27/10 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000268F | Gordon E. Nelson (genelson@comcast.net) | Michael J. Bonella (mbonella@btkmc.com); Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com) | 10/27/10 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| FW | PRIV0595 | Jennifer McAleese | John J. McAleese, III | 10/28/10 | Email thread ~~regarding business planning~~ discussing potential litigation matter with Michael Bonella. | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney- Client | Email |
| JM | JMPriv195A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 10/28/10 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv195B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/28/10 | Email with discussion regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv195C | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com); Gene Nelson (genelson@comcast.net); Slavko Milekic (kiddyface@gmail.com); Paul Milcetic (pmilcetic@ktmc.com) | 10/28/10 | Email with discussion regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000268A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 10/28/10 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000268B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 10/28/10 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000268C | Michael J. Bonella (mbonella@btkmc.com) | Jennifer McAleese (jenmcaleese@gmail.com); Gordon E. Nelson (genelson@comcast.net); Slavko Milekic (kiddyface@gmail.com); Paul Milcetic (pmilcetic@btkmc.com) | 10/28/10 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| FW | PRIV1294 | Jennifer McAleese | ~~Slavko Milekic; John McAleese;~~ Paul Milcetic; Michael Bonella | 11/12/10 | Email thread ~~regarding business planning~~ potential litigation relating to patent applications and legal advice provided by counsel in anticipation of litigation and licensing. | Drafted for purpose of ~~Flatworld business planning~~ prosecution and ~~potential~~ litigation. | Attorney-Client | Email |
| JM | JMPriv201B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 12/15/10 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| FW | PRIV0900 | John J. McAleese, III | Jennifer McAleese | 12/16/10 | Email thread ~~regarding business planning~~ discussing patent strategy and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV0973 | John J. McAleese, III | Jennifer McAleese | 12/16/10 | Email thread ~~regarding business planning~~ discussing patent strategy and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigaton. | Spousal; Attorney- Client | Email |
| FW | PRIV1249 | Jennifer McAleese | John J. McAleese, III | 12/16/10 | Email thread ~~regarding business planning~~ discussing potential litigation with Michael Bonella. | Drafted for purpose of ~~Flatworld business planning~~ potential litigation. | Spousal; Attorney- Client | Email |
| JM | JMPriv201A | John J. McAleese, III (jenmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 12/16/10 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv201C | Slavko Milekic (kiddyface@gmail.com) | Jennifer McAleese (jenmcaleese@gmail.com); Gene Nelson (genelson@comcast.net) | 12/16/10 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv201D | Jennifer McAleese (jenmcaleese@gmail.com) | Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net) | 12/16/10 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv203 | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 1/6/11 | Email with discussion regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv205A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 1/6/11 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv205B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 1/6/11 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv205C | Slavko Milekic (kiddyface@gmail.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 1/6/11 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv205D | Jennifer McAleese (jenmcaleese@gmail.com) | Slavko Milekic (kiddyface@gmail.com) | 1/6/11 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000286A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 1/6/11 | Email regarding potential FlatWorld litigation and representation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000286B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 1/6/11 | Email regarding potential FlatWorld litigation and representation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000286C | Slavko Milekic (kiddyface@gmail.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 1/6/11 | Emails discussing potential litigation representation by and communications with Barroway firm. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000286D | Jennifer McAleese (jenmcaleese@gmail.com) | Slavko Milekic (kiddyface@gmail.com) | 1/6/11 | Emails discussing potential litigation representation by and communications with Barroway firm. | Drafted for purpose of litigation. | Attorney-Client | Email |
| ~~FW~~ | ~~PRIV0554~~ | ~~John McAleese~~ | ~~Jennifer McAleese~~ | ~~04/05/11~~ | ~~Email thread requesting and containing legal advice reegarding potential FlatWorld patent litigation.~~ | ~~Drafted for purpose of litigation.~~ | ~~Attorney-Client~~ | ~~Email~~ |
| FW | PRIV0017 | Jennifer McAleese | John J. McAleese, III | 08/03/11 | Email thread discussing ~~requesting and containing~~ legal advice from Gordon Nelson regarding prosecution FlatWorld representation for patent litigation | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| FW | PRIV0725 | Jennifer McAleese | John J. McAleese, III | 08/03/11 | Email thread requesting and containing legal advice from Gordon Nelson regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| JM | JMPRIV049H | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/22/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv052I | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/22/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv057G | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv062G | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv065F | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv072A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv072B | Gene Nelson (genelson@comcast.net) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv072C | Jennifer McAleese (jenmcaleese@gmail.com) | Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv075A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv075B | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Melzer (jmeltzer@ktmc.com) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv075C | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv049G | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/24/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv052H | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/24/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv057F | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/24/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv062F | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/24/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv065E | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/24/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv070A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 8/24/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv048E | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/25/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv049F | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 8/25/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv052E | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/25/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv052F | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/25/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv052G | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 8/25/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv057C | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv057D | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv057E | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv062C | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv062D | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv062E | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| JM | JMPriv065B | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv065C | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv065D | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv068A | Jennifer McAleese (jenmcaleese@gmail.com) | Allen Hoover (ahoover@fitcheven.com); Gene Nelson (genelson@comcast.net); Slavko Milcetic; Joseph Shipley (jeship@fitcheven.com); | 9/1/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv068B | Allen Hoover (ahoover@fitcheven.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 9/1/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv048B | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 9/2/11 | Email requesting legal advice pertaining to FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv048C | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com); | 9/2/11 | Email requesting legal advice pertaining to FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv052A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 9/2/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv052B | Jennifer McAleese (jenmcaleese@gmail.com) | Gene Nelson (genelson@comcast.net); Slavko Milekic (kiddyface@gmail.com) | 9/2/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv052C | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 9/2/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv052D | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 9/2/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv057A | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com); John J. McAleese, III (j.mcaleese@att.net) | 9/2/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| JM | JMPriv057B | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 9/2/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv062A | Michael Bonella (mbonella@ktmc.com) | Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com); John J. McAleese, III (j.mcaleese@att.net); Jennifer McAleese (jenmcaleese@gmail.com) | 9/2/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| JM | JMPriv062B | Jennifer McAleese (jenmcaleese@gmail.com) | Paul Milcetic (pmilcetic@ktmc.com); Michael Bonella (mbonella@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com); John McAleese | 9/2/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv065A | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com); John J. McAleese, III (j.mcaleese@att.net) | 9/2/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |
| JM | JMPriv048A | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) (mbonella@ktmc.com); Paul Milcetic ~~maleic~~ (pmilcetic@ktmc.com); John J. McAleese, III (j.mcaleese@att.net);  Joseph Meltzer (jmeltzer@ktmc.com) | 9/7/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| JM | JMPriv045 | Jennifer McAleese (jenmcaleese@gmail.com) | Gene Nelson (genelson@comcast.net); Slavko Milekic (kiddyface@gmail.com); John J. McAleese, III (j.mcaleese@att.net) | 9/20/11 | Email with discussion regarding potential FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| FW | PRIV0036 | Jennifer McAleese | John J. McAleese, III | 09/28/11 | Email thread discussing ~~requesting and containing~~ legal advice from Cecil Key regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| JM | JMPriv042A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 9/28/11 | Email with discussion regarding potential FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv042B | Cecil Key (Ckey@dickinson-wright.com) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net) | 9/28/11 | Email with discussion regarding potential FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv042C | Jennifer McAleese (jenmcaleese@gmail.com) | Cecil Key (Ckey@dickinson-wright.com); Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net) | 9/28/11 | Email requesting legal advice pertaining to FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv046A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 9/28/11 | Email with discussion regarding potential FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv046B | Cecil Key (Ckey@dickinson-wright.com) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net) | 9/28/11 | Email with discussion regarding potential FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv046C | Jennifer McAleese (jenmcaleese@gmail.com) | Cecil Key (Ckey@dickinson-wright.com); Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net) | 9/28/11 | Email requesting legal advice pertaining to FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| FW | PRIV0860 | Jennifer McAleese | John J. McAleese, III | 10/06/11 | Email thread regarding business planning and potential litigation with Gordon Nelson and Michael Bonella. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV0862 | Jennifer McAleese | John J. McAleese, III | 10/06/11 | Email thread regarding business planning and potential litigation with Gordon Nelson and Michael Bonella. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV1189 | John J. McAleese, III | Jennifer McAleese | 10/06/11 | Email thread regarding potential litigation representation by Michael Bonella. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV1291 | Jennifer McAleese | John J. McAleese, III Gordon E. Nelson; Slavko Milekic; Kathy Olmsted | 11/03/11 | Email thread regarding discussing potential litigation with Michael Bonella, Gordon Nelson, Jenna Pellecchia, and Paul Milcetic regarding patent prosecution status. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| JM | JMPriv222 | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 11/7/11 | Email with discussion regarding material related to FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv223A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 11/7/11 | Email with discussion regarding material related to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv223B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 11/7/11 | Email with discussion regarding material related to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000344 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 11/7/11 | Email regarding information related to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000346A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 11/7/11 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000346B | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 11/7/11 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000346C | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 11/7/11 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv041 | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Jenna Pellecchia (jpellecchia@ktmc.com); Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net); John J. McAleese, III (j.mcaleese@att.net) | 11/27/11 | Email requesting legal advice pertaining to FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| JM | JMPriv039A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 1/9/12 | Email containing Michael Bonella (mbonella@ktmc.com) legal advice regarding potential FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv036 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/3/12 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv037 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net); Jennifer McAleese (jenmcaleese@gmail.com) | 2/3/12 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv038 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/3/12 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv032A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/15/12 | Email containing Gene Nelson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv032B | Gene Nelson (genelson@comcast.net) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com) | 2/15/12 | Email containing Gene Nelson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv035 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/15/12 | Email containing Gene Nelson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv028D | Steve Berman (steve@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com | 2/21/12 | Email containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv028E | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 2/21/12 | Email requesting legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv028F | Jennifer McAleese | Mark Carlson (markc@hbsslaw.com); Steve Berman (steve@hbsslaw.com); Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net) | 2/21/12 | Email requesting legal advice regarding FlatWorld representation for patent litigation. | Drafted for puropose of litigation | Attorney-Client | Email |

17

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv030 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/21/12 | Email containing Gene Nelson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv028A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/22/12 | Email containing Mark Carlson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv028B | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com); Steve Berman (steve@hbsslaw.com) | 2/22/12 | Email containing Mark Carlson (markc@hbsslaw.com) legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv028C | Jennifer McAleese (jenmcaleese@gmail.com | Mark Carlson (markc@hbsslaw.com); Steve Berman (steve@hbsslaw.com); Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net) | 2/22/12 | Email requesting legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv023B | Gene Nelson (genelson@comcast.net) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com) | 2/23/12 | Email containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv023C | Jennifer McAleese | Slavko Milekic (kiddyface@gmail.com), Gene Nelson (genelson@comcast.net) | 2/23/12 | Email containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv023D | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com | 2/23/12 | Email requesting legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv026A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/23/12 | Email containing Mark Carlson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv026B | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 2/23/12 | Email containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| JM | JMPriv027A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/23/12 | Email containing Mark Carlson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv027B | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com | 2/23/12 | Email containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv021A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/24/12 | Email containing Michael Bonella (mbonella@ktmc.com) legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv021B | Michael Bonella (mbonella@ktmc.com) | Gene Nelson (genelson@comcast.net); Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com); Jenna Pellecchia (jpellecchia@ktmc.com) (jpellecchia@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com) | 2/24/12 | Email containing Michael Bonella (mbonella@ktmc.com) legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv023A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/24/12 | Email containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv011C | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com); Steve Berman (steve@hbsslaw.com) | 3/26/12 | Email containing Mark Carlson and Steve Berman legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv013B | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com); Steve Berman (steve@hbsslaw.com) | 3/26/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv018C | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com); Steve Berman (steve@hbsslaw.com) | 3/26/12 | Email containing Steve Berman and Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv020 | Jennifer McAleese (jenmcaleese@gmail.com) | Slavko Milekic (kiddyface@gmail.com), Gene Nelson (genelson@comcast.net), John J. McAleese, III (j.mcaleese@att.net) | 4/25/12 | Email to Gene Nelson (genelson@comcast.net) discussing litigation concerning FlatWorld. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| JM | JMPriv011B | Steve Berman (steve@hbsslaw.com) | Mark Carlson (markc@hbsslaw.com); Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com) | 4/26/12 | Email containing Mark Carlson and Steve Berman legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv018A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 4/26/12 | Email containing Steve Berman and Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv018B | Steve Berman (steve@hbsslaw.com) | Mark Carlson (markc@hbsslaw.com); Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com) | 4/26/12 | Email containing Steve Berman and Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv226 | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 5/21/12 | Email with discussion regarding material related to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000350 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 5/21/12 | Email with discussion related to potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv017A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 6/11/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv017B | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com); Steve Berman (steve@hbsslaw.com) | 6/11/12 | Email  containing legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation | Attorney-Client | Email |
| JM | JMPriv014E | Jennifer McAleese (jenmcaleese@gmail.com); | Gene Nelson (genelson@comcast.net); Slavko Milekic (kiddyface@gmail.com); Steve Berman (steve@hbsslaw.com); Mark Carlson (markc@hbsslaw.com) | 7/4/12 | Email  containing legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv014F | Gene Nelson (genelson@comcast.net) | Jennifer McAleese (jenmcaleese@gmail.com); | 7/4/12 | Email  containing legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv014B | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com); Steve Berman (steve@hbsslaw.com); Gene Nelson (genelson@comcast.net) | 7/5/12 | Email  containing Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv014C | J.D. Scholten (jds@hbsslaw.com) | Mark Carlson (markc@hbsslaw.com) | 7/5/12 | Correspondence regarding FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client; Work Product | Email |
| JM | JMPriv014D | Mark Carlson (markc@hbsslaw.com) | J.D. Scholten  (jds@hbsslaw.com) | 7/5/12 | Correspondence regarding FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client; Work Product | Email |
| JM | JMPriv009 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 7/7/12 | Email regarding potential FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv010 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 7/7/12 | Email discussing legal advice from Hagens Berman pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv011A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 7/7/12 | Email  containing Mark Carlson  and Steve Berman  legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv013A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 7/7/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv014A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 7/7/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv039B | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com); Jenna Pellecchia (jpellecchia@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com) | 9/1/12 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv007A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 11/9/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. A redacted version was produced at JM-00000003 | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv007B | Mark Carlson (markc@hbsslaw.com) | Slavko Milekic (kiddyface@gmail.com); Jennifer McAleese (jenmcaleese@gmail.com | 11/9/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. A redacted version was produced at JM-00000003 | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv005A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 12/3/12 | Email containing legal advice pertaining to FlatWorld litigation. A redacted version was produced at JM-00000001 | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv005B | Mark Carlson (markc@hbsslaw.com) | Slavko Milekic (kiddyface@gmail.com); Jennifer McAleese (jenmcaleese@gmail.com); Gene Nelson (genelson@comcast.net); Steve Berman (steve@hbsslaw.com) | 12/3/12 | Email containing legal advice pertaining to FlatWorld litigation. A redacted version was produced at JM-00000001 | Drafted for purpose of litigation. | Attorney-Client | Email |

**Privilege Log Entries Relating to John J. McAleese III that Relate to FlatWorld Litigation**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv004A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 12/6/12 | Email containing Gene Nelson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv004B | Gene Nelson (genelson@comcast.net) | Ryan Meyer (ryanm@hbsslaw.com); Mark Carlson (markc@hbsslaw.com); Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com) (kiddyface@gmail.com) | 12/6/12 | Email containing Gene Nelson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv225A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 2/25/13 | Email with discussion regarding FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv225B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 2/25/13 | Email with discussion regarding FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000351A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 2/25/13 | Email regarding FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000351B | Jennifer McAleese; Mark Carlson (markc@hbsslaw.com) (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 2/25/13 | Email regarding FlatWorld litigation and correspondence with Mark Carlson. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |