# EXHIBIT 34

| | |
|---|---|
| **From:** | McAleese, III, John J. </O=EXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D509689F-FAA0CBF4-85256D8B-A9509> |
| **Sent:** | Wednesday, April 11, 2012 2:58 PM |
| **To:** | Bloom, Michael A. <mbloom@morganlewis.com> |
| **Subject:** | |

PRIVILEGED AND CONFIDENTIAL

Michael:

As we discussed, my wife, Jennifer, is a principal and the Executive Director of a small company called FlatWorld Interactives, LLC.  FlatWorld owns a patent for an invention by the other principal in the company, Slavko Milekic, and FlatWorld believes that the patent is being infringed upon by various Apple products, including the iPhone, the iPod Touch and the iPad.  FlatWorld has retained a law firm based in Seattle (Hagens Berman) to bring suit against Apple.  It is highly likely that suit will be filed within the next two weeks.

I have only disclosed this information to you as a precaution because of Morgan Lewis' existing representation of Apple.  While I am not at liberty to allow you to disclose this potential lawsuit now, once the lawsuit is filed, I will let you know and you can then feel free to let the Apple RA know about the lawsuit and my relationship to the plaintiff.

Thanks for your help, and let me know if you have any questions.

Best regards,

John

**John J. McAleese, III**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: 215.963.5094 | Mobile: 215.680.1860 | Fax: 215.963.5001
www.morganlewis.com
www.morganlewis.com/environmental
www.morganlewis.com/climatechange
Assistant: Josephine T. Antenucci | 215.963.5449 | jantenucci@morganlewis.com

MLB_A0000028