# EXHIBIT 36

**Exhibit 36 - Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld AND**
**Documents That Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

**Key for Shading**

| |
|---|
| From Morgan Lewis & Bockius LLP Privilege Log (Ex. 4) |
| From John J. McAleese III Privilege Log (Ex. 5) |
| From FlatWorld Privilege Log (Ex. 3) |

**Key for Redlines**
1.  For changes made from 2/22/13 to 2/27/13 to FlatWorld's Privilege Log or changes made from 4/5/13 to 4/16/13 to John McAleese's or Morgan Lewis' Privilege Logs - Changes are indicated in RED and if something is removed the strikethrough is in red, *e.g.*, ~~EDIT.~~

2.  Changes made from 2/27/13 to 3/29/13 to FlatWorld's Privilege Log - Changes are indicated in BLUE and if something was removed from previous log the strikethrough will be in blue, *e.g.*, ~~EDIT~~

3.  If changes were made from 2/22/13 to 2/27/13 to FlatWorld's Privilege and the same entry was changed again from 2/27/13 to 3/29/13, to show it was edited twice that edit will be in PURPLE.

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| FW | PRIV1072 | Jennifer McAleese | John J. McAleese, III | 01/15/07 | Email thread ~~regarding~~ discussing business planning and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV1125 | Jennifer McAleese | John J. McAleese, III | 01/15/07 | Email thread ~~regarding~~ discussing business planning and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV0714 | Jennifer McAleese | John J. McAleese, III | 05/01/07 | Email thread regarding prelitigation investigation discussion with Gordon Nelson. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV1036 | Jennifer McAleese | John J. McAleese, III | 05/01/07 | Email thread ~~regarding~~ discussing patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney- Client | Email |
| FW | PRIV0426 | Jennifer McAleese | John J. McAleese, III | 10/15/09 | Email thread regarding discussions with Gordon Nelson and Jonathan Taub concerning potential FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV0476 | Jennifer McAleese | Slavko Milekic; John J. Kenney; John J. McAleese, III | 10/18/09 | Email requesting legal advice from John J. Kenney regarding potential FlatWorld patent litigation representation. | Drafted for purpose of litigation. | Attorney-Client; Spousal | Email |
| FW | PRIV0299 | John J. Kenney | Jennifer McAleese; Slavko Milekic; John J. McAleese, III | 10/19/09 | Email thread requesting and containing legal advice from John J. Kenney regarding potential patent litigation. | Drafted for purpose of litigation. | Attorney-Client; Spousal | Email |
| FW | PRIV0475 | Slavko Milekic | Jennifer McAleese; John J. Kenney; John J. McAleese, III | 10/19/09 | Email requesting legal advice from John J. Kenney regarding potential FlatWorld patent litigation representation. | Drafted for purpose of litigation. | Attorney-Client; Spousal | Email |
| FW | PRIV0389 | Jennifer McAleese | John J. McAleese, III | 03/21/10 | Email thread regarding prosecution and litigation decisions discussed with Kevin Casey. | Drafted for purpose of prosecution and litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV0665 | Jennifer McAleese | John J. McAleese, III | 03/21/10 | Email thread regarding prosecution and litigation decisions with Kevin Casey. | Drafted for purpose of prosecution and litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV0716 | Jennifer McAleese | John J. McAleese, III | 04/28/10 | Email thread ~~regarding~~ discussing business planning and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV1068 | Jennifer McAleese | John J. McAleese, III | 04/28/10 | Email thread ~~regarding~~ discussing business planning and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| FW | PRIV0789 | Jennifer McAleese | John J. McAleese, III | 04/21/11 | Email thread ~~regarding~~ discussing patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney- Client | Email |
| FW | PRIV1220 | Jennifer McAleese | John J. McAleese, III | 04/21/11 | Email thread ~~regarding~~ discussing patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney- Client | Email |
| FW | PRIV0692 | Jennifer McAleese | John J. McAleese, III | 04/28/11 | Email thread ~~regarding~~ discussing patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney- Client | Email |
| FW | PRIV0828 | Jennifer McAleese | John J. McAleese, III | 04/28/11 | Email thread ~~regarding~~ discussing patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney- Client | Email |
| FW | PRIV1280 | Jennifer McAleese | John J. McAleese, III | 04/28/11 | Email thread ~~regarding~~ discussing patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney- Client | Email |
| FW | PRIV0499 | Jennifer McAleese | John J. McAleese, III | 05/02/11 | Email thread requesting and containing legal advice from Gordon Nelson regarding FlatWorld reissue patent claims. | Drafted for purpose of prosecution and litigation. | Spousal; Attorney- Client | Email |
| FW | PRIV1282 | Jennifer McAleese | ~~John J. McAleese, III~~ Gordon E. Nelson; Slavko Milekic | 09/26/11 | Email thread ~~regarding~~ discussing patent prosecution status with Gordon Nelson. | Spousal; Attorney- Client | Spousal; Attorney- Client | Email |
| FW | PRIV1291 | Jennifer McAleese | ~~John J. McAleese, III~~ Gordon E. Nelson; Slavko Milekic; Kathy Olmsted | 11/03/11 | Email thread ~~regarding discussing potential litigation with Michael Bonella, Gordon Nelson, Jenna Pelecchia, and Paul Milcetic~~ regarding patent prosecution status. | Drafted for purpose of litigation. | ~~Spousal;~~ Attorney- Client | Email |
| JM | JMPriv139C | Jennifer McAleese (jen@flatworldinteractives.com) | Gene Nelson (genelson@comcast.net); Slavko Milekic (kiddyface@gmail.com) | 5/2/07 | Email with discussion regarding potential patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv139B | Gene Nelson (genelson@comcast.net) | Jennifer McAleese (jen@flatworldinteractives.com) | 5/3/07 | Email with discussion regarding potential patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv139A | Jennifer McAleese (jen@flatworldinteractives.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 5/3/07 | Email with discussion regarding potential patent litigation. | Drafted for purpose of litigation. | Spousal | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| JM | JMPriv141A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 6/14/07 | Email with discussion regarding potential representation for FlatWorld litigation. A redacted version was produced at JM-00000036. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv143A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 9/17/07 | Email regarding FlatWorld buisiness administration. A redacted version was produced at JM-0000038. | Drafted for purpose of business operation. | Spousal | Email |
| JM | JMPriv147B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 3/11/08 | Email regarding FlatWorld buisiness administration | Drafted for purpose of business planning. | Spousal | Email |
| JM | JMPriv147A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 3/11/08 | Email regarding FlatWorld buisiness administration | Drafted for purpose of business planning. | Spousal | Email |
| JM | JMPriv155 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 10/7/09 | License agreement pertaining to potential representation for FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | License Agreement |
| JM | JMPriv167B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 12/29/09 | Email with discussion regarding material related to FlatWorld technology. A redacted version was produced at JM00000046. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv167A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 12/29/09 | Email with discussion regarding material related to FlatWorld technology. A redacted version was produced at JM00000046. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv192A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 3/5/10 | Email with discussion regarding legal advice pertaining to potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv194 | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net), | 9/27/10 | Email with discussion regarding legal advice pertaining to FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| JM | JMPriv205D | Jennifer McAleese (jenmcaleese@gmail.com) | Slavko Milekic (kiddyface@gmail.com) | 1/6/11 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv205C | Slavko Milekic (kiddyface@gmail.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 1/6/11 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| JM | JMPriv205B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 1/6/11 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv203 | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 1/6/11 | Email with discussion regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv205A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 1/6/11 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv206A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 4/4/11 | Email conversation concerning administration of FlatWorld business. A redactes version was produced at JM-00000071. | Drafted for business planning. | Spousal | Email |
| JM | JMPriv212A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 4/4/11 | Email conversation concerning administration of FlatWorld business. A redactes version was produced at JM-00000076. | Drafted for business planning. | Spousal | Email |
| JM | JMPriv083A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 7/18/11 | Email with discussion regarding potential representation for FlatWorld patent prosecution. | Drafted for purpose of prosecution. | Spousal | Email |
| JM | JMPriv077A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 8/7/11 | Email with discussion regarding potential representation for FlatWorld patent prosecution. | Drafted for purpose of prosecution. | Spousal | Email |
| JM | JMPriv072B | Gene Nelson (genelson@comcast.net) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv072C | Jennifer McAleese (jenmcaleese@gmail.com) | Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv075B | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPRIV049H | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/22/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation | Attorney-Client | Email |
| JM | JMPriv052I | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/22/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv057G | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv062G | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv065F | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv070B | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv075C | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv072A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| JM | JMPriv075A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 8/22/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv049G | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/24/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv052H | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/24/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv057F | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/24/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv062F | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/24/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv065E | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/24/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv070A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 8/24/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv049F | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 8/25/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv052E | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/25/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv052G | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 8/25/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|---|---|---|---|---|---|---|---|---|
| JM | JMPriv057C | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv057E | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv062C | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv062E | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv065B | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv065D | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv048E | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/25/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv052F | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/25/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv057D | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|----------------|--------|-----------|------|---------|---------|-------|------|
| JM | JMPriv062D | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv065C | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/25/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv048C | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com); | 9/2/11 | Email requesting legal advice pertaining to FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv052B | Jennifer McAleese (jenmcaleese@gmail.com) | Gene Nelson (genelson@comcast.net); Slavko Milekic (kiddyface@gmail.com) | 9/2/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv052D | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 9/2/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv057B | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 9/2/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv048B | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 9/2/11 | Email requesting legal advice pertaining to FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| JM | JMPriv052C | Michael Bonella (mbonella@ktmc.com) | Jennifer McAleese (jenmcaleese@gmail.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 9/2/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv052A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 9/2/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv057A | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com); John J. McAleese, III (j.mcaleese@att.net) | 9/2/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| JM | JMPriv062B | Jennifer McAleese (jenmcaleese@gmail.com) | Paul Milcetic (pmilcetic@ktmc.com); Michael Bonella (mbonella@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com); John McAleese | 9/2/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| JM | JMPriv065A | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com); John J. McAleese, III (j.mcaleese@att.net) | 9/2/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |
| JM | JMPriv062A | Michael Bonella (mbonella@ktmc.com) | Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com); John J. McAleese, III (j.mcaleese@att.net); Jennifer McAleese (jenmcaleese@gmail.com) | 9/2/11 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |

9

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| JM | JMPriv048A | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) (mbonella@ktmc.com); Paul Milcetic ~~malcic~~ (pmilcetic@ktmc.com); John J. McAleese, III (j.mcaleese@att.net);  Joseph Meltzer (jmeltzer@ktmc.com) | 9/7/11 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| JM | JMPriv045 | Jennifer McAleese (jenmcaleese@gmail.com) | Gene Nelson (genelson@comcast.net); Slavko Milekic (kiddyface@gmail.com); John J. McAleese, III (j.mcaleese@att.net) | 9/20/11 | Email with discussion regarding potential FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| JM | JMPriv223B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 11/7/11 | Email with discussion regarding material related to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv222 | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 11/7/11 | Email with discussion regarding material related to FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv223A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 11/7/11 | Email with discussion regarding material related to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv041 | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Jenna Pellecchia (jpellecchia@ktmc.com); Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net); John J. McAleese, III (j.mcaleese@att.net) | 11/27/11 | Email requesting legal advice pertaining to FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| JM | JMPriv039A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 1/9/12 | Email containing Michael Bonella (mbonella@ktmc.com) legal advice regarding potential FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| JM | JMPriv036 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/3/12 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv037 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net); Jennifer McAleese (jenmcaleese@gmail.com) | 2/3/12 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv038 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/3/12 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv032B | Gene Nelson (genelson@comcast.net) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com) | 2/15/12 | Email containing Gene Nelson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv032A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/15/12 | Email containing Gene Nelson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv035 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/15/12 | Email containing Gene Nelson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv028F | Jennifer McAleese | Mark Carlson (markc@hbsslaw.com); Steve Berman (steve@hbsslaw.com); Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net) | 2/21/12 | Email requesting legal advice regarding FlatWorld representation for patent litigation. | Drafted for puropose of litigation | Attorney-Client | Email |
| JM | JMPriv028E | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 2/21/12 | Email requesting legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv028D | Steve Berman (steve@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com | 2/21/12 | Email containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |

11

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| JM | JMPriv030 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/21/12 | Email containing Gene Nelson  legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv028C | Jennifer McAleese (jenmcaleese@gmail.com | Mark Carlson (markc@hbsslaw.com); Steve Berman (steve@hbsslaw.com); Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net) | 2/22/12 | Email requesting legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv028B | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com); Steve Berman (steve@hbsslaw.com) | 2/22/12 | Email containing Mark Carlson (markc@hbsslaw.com) legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv028A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/22/12 | Email containing Mark Carlson  legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv023B | Gene Nelson (genelson@comcast.net) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com) | 2/23/12 | Email containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv023C | Jennifer McAleese | Slavko Milekic (kiddyface@gmail.com), Gene Nelson (genelson@comcast.net) | 2/23/12 | Email containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv023D | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com | 2/23/12 | Email requesting legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv026B | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 2/23/12 | Email containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| JM | JMPriv027B | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com | 2/23/12 | Email containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv026A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/23/12 | Email containing Mark Carlson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv027A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/23/12 | Email containing Mark Carlson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv023A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 2/24/12 | Email containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv011C | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com); Steve Berman (steve@hbsslaw.com) | 3/26/12 | Email containing Mark Carlson and Steve Berman legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv013B | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com); Steve Berman (steve@hbsslaw.com) | 3/26/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv018C | Mark Carlson (markc@hbsslaw.com) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com); Steve Berman (steve@hbsslaw.com) | 3/26/12 | Email containing Steve Berman and Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| JM | JMPriv020 | Jennifer McAleese (jenmcaleese@gmail.com) | Slavko Milekic (kiddyface@gmail.com), Gene Nelson (genelson@comcast.net), John J. McAleese, III (j.mcaleese@att.net) | 4/25/12 | Email to Gene Nelson (genelson@comcast.net) discussing litigation concerning FlatWorld. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| JM | JMPriv018A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 4/26/12 | Email containing Steve Berman and Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| JM | JMPriv226 | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 5/21/12 | Email with discussion regarding material related to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv017A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 6/11/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv009 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 7/7/12 | Email regarding potential FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv010 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 7/7/12 | Email discussing legal advice from Hagens Berman pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv011A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 7/7/12 | Email containing Mark Carlson and Steve Berman legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv013A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 7/7/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv014A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 7/7/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv007A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 11/9/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. A redacted version was produced at JM-00000003 | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv005A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 12/3/12 | Email containing legal advice pertaining to FlatWorld litigation. A redacted version was produced at JM-00000001 | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv004A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 12/6/12 | Email containing Gene Nelson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv225B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 2/25/13 | Email with discussion regarding FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JM | JMPriv225A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 2/25/13 | Email with discussion regarding FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000050C | Jennifer McAleese (jen@flatworldinteractives.com) | Gene Nelson (genelson@comcast.net); Slavko Milecik | 5/2/07 | Email with discussion regarding Gene Nelson advice pertaining to potential litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| MLB | MLB_F0000050B | Gene Nelson (genelson@comcast.net) | Jennifer McAleese (jen@flatworldinteractives.com) | 5/3/07 | Email with discussion regarding Gene Nelson advice pertaining to potential litigation. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000050A | Jennifer McAleese (jen@flatworldinteractives.com) | John McAleese (jmcaleese@morganlewis.com) | 5/3/07 | Email with discussion regarding Gene Nelson advice pertaining to potential litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000057B | Jennifer McAleese (jenmcaleese@comcast.net) | John McAleese (jmcaleese@morganlewis.com) | 6/12/07 | Email with discussion regarding potential representation for IP litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000057A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 6/12/07 | Email with discussion regarding potential representation for IP litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000059A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 6/14/07 | Email with discussion regarding potential representation for IP litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000064B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 9/17/07 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000064A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 9/17/07 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000069B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 3/11/08 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000069A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 3/11/08 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000070B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 8/13/08 | Email regarding FlatWorld technology. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000070A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/13/08 | Email regarding FlatWorld technology. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000113B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 8/14/08 | Email regarding FlatWorld technology. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000128D | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 8/14/08 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000146F | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 8/14/08 | Email regarding FlatWorld IP management. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000083 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/14/08 | Email regarding FlatWorld technology. | Drafted for purpose of business planning. | Spousal | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| MLB | MLB_F0000098 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/14/08 | Email regarding FlatWorld technology. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000113A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/14/08 | Email regarding FlatWorld technology. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000128C | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/14/08 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000128E | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/14/08 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000146E | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/14/08 | Email regarding FlatWorld IP management. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000146G | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/14/08 | Email regarding FlatWorld IP management. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000128B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 8/15/08 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000146B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 8/15/08 | Email regarding FlatWorld IP management. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000146D | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 8/15/08 | Email regarding FlatWorld IP management. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000128A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/15/08 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000146A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/15/08 | Email regarding FlatWorld IP management. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000146C | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/15/08 | Email regarding FlatWorld IP management. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000150B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 8/29/08 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000150A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 8/29/08 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000152B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 9/4/08 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000152A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 9/4/08 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| MLB | MLB_F0000154* | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 9/24/08 | Email regarding technology related to FlatWorld patents. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000154* | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 9/24/08 | Email regarding technology related to FlatWorld patents. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000155A | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 1/22/09 | Email regarding confidentiality of FlatWorld information. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000155B | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 1/22/09 | Email regarding confidentiality of FlatWorld information. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000157 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 1/22/09 | Draft non-disclosure agreement. | Drafted for purpose of business planning. | Spousal | NDA |
| MLB | MLB_F0000162B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 2/3/09 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000162A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 2/3/09 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000165B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 2/26/09 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000165A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 2/26/09 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000168B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 4/7/09 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000168A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 4/7/09 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000170 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 4/7/09 | Correspondence regarding FlatWorld business organization. | Drafted for purpose of client engagement. | Spousal | Engagement Letter |
| MLB | MLB_F0000172B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 4/9/09 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000172A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 4/9/09 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000173B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 4/30/09 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000173A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 4/30/09 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| MLB | MLB_F0000178B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 5/5/09 | Email regarding confidentiality of FlatWorld information. | Drafted for purpose of preserving confidential nature of business information. | Spousal | Email |
| MLB | MLB_F0000180 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 5/5/09 | Draft confidentiality agreement. | Drafted for purpose of preserving confidential nature of business information | Spousal | Confidentiality Agreement |
| MLB | MLB_F0000178A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 5/5/09 | Email regarding confidentiality of FlatWorld information. | Drafted for purpose of preserving confidential nature of business information. | Spousal | Email |
| MLB | MLB_F0000231C | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 6/7/09 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000184B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 6/9/09 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000184A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 6/10/09 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000187B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 6/14/09 | Email regarding FlatWorld business administration. | Drafted for purpose of business administration. | Spousal | Email |
| MLB | MLB_F0000187A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 6/14/09 | Email regarding FlatWorld business administration. | Drafted for purpose of business administration. | Spousal | Email |
| MLB | MLB_F0000190B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 6/15/09 | Email regarding FlatWorld business organization. | Drafted for purpose of business administration. | Spousal | Email |
| MLB | MLB_F0000190A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 6/15/09 | Email regarding FlatWorld business organization. | Drafted for purpose of business administration. | Spousal | Email |
| MLB | MLB_F0000192A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 6/15/09 | Email regarding FlatWorld business organization. | Drafted for purpose of business administration. | Spousal | Email |
| MLB | MLB_F0000197A | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 7/28/09 | Email regarding FlatWorld media and marketing. | Drafted for purpose of business administration. | Spousal | Email |
| MLB | MLB_F0000230B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 10/19/09 | Email regarding FlatWorld initiatives. | Drafted for purpose of business administration. | Spousal | Email |
| MLB | MLB_F0000230A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 10/19/09 | Email regarding FlatWorld initiatives. | Drafted for purpose of business administration. | Spousal | Email |
| MLB | MLB_F0000231B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 12/29/09 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000231A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 12/29/09 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| MLB | MLB_F0000258A | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 3/5/10 | Email regarding prosecution of FlatWorld intellectual property. | Drafted for purpose of obtaining a patent. | Spousal | Email |
| MLB | MLB_F0000047 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 9/27/10 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB | MLB_F0000286D | Jennifer McAleese (jenmcaleese@gmail.com) | Slavko Milekic (kiddyface@gmail.com) | 1/6/11 | Emails discussing potential litigation representation by and communications with Barroway firm. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000286C | Slavko Milekic (kiddyface@gmail.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 1/6/11 | Emails discussing potential litigation representation by and communications with Barroway firm. | Drafted for purpose of litigation. | Attorney-Client | Email |
| MLB | MLB_F0000286B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 1/6/11 | Email regarding potential FlatWorld litigation and representation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000282 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 1/6/11 | Email regarding technology related to FlatWorld patents. | Drafted for purpose of market knowledge. | Spousal | Email |
| MLB | MLB_F0000286A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 1/6/11 | Email regarding potential FlatWorld litigation and representation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000292 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 1/18/11 | Email regarding technology related to FlatWorld patents. | Drafted for purpose of market knowledge. | Spousal | Email |
| MLB | MLB_F0000312A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 4/4/11 | Email regarding FlatWorld taxation. | Drafted for purpose of business administration. | Spousal | Email |
| MLB | MLB_F0000316A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 4/4/11 | Email regarding FlatWorld taxation. | Drafted for purpose of business administration. | Spousal | Email |
| MLB | MLB_F0000318A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 4/4/11 | Email regarding FlatWorld taxation. | Drafted for purpose of business administration. | Spousal | Email |
| MLB | MLB_F0000321 | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 4/5/11 | Email regarding FlatWorld taxation. | Drafted for purpose of business administration. | Spousal | Email |
| MLB | MLB_F0000322B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 4/5/11 | Email regarding FlatWorld taxation. | Drafted for purpose of business administration. | Spousal | Email |
| MLB | MLB_F0000322A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 4/5/11 | Email regarding FlatWorld taxation. | Drafted for purpose of business administration. | Spousal | Email |
| MLB | MLB_F0000325 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 4/8/11 | Email regarding enforcement options. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000344 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 11/7/11 | Email regarding information related to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |

**Ex. 36-Documents that Appear on the Privilege Logs of Morgan Lewis or John J. McAleese III BUT NOT FlatWorld**
**AND**
**Documents that Appear on the Privilege Logs of FlatWorld BUT NOT Morgan Lewis or John J. McAleese III**

| Log | Document Number | Author | Recipient | Date | Subject | Purpose | Claim | Type |
|-----|-----------------|--------|-----------|------|---------|---------|-------|------|
| MLB | MLB_F0000346A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 11/7/11 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000346B | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 11/7/11 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000346C | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 11/7/11 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000350 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 5/21/12 | Email with discussion related to potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB | MLB_F0000351B | Jennifer McAleese; Mark Carlson (markc@hbsslaw.com) (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 2/25/13 | Email regarding FlatWorld litigation and correspondence with Mark Carlson. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| MLB | MLB_F0000351A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 2/25/13 | Email regarding FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |