# EXHIBIT 37

# John J. McAleese III Was Investor In FlatWorld

| From: | McAleese, III, John J. </O=EXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D509689F-FAA0CBF4-85256D8B-A9509> |
|---|---|
| Sent: | Tuesday, February 26, 2013 6:04 AM |
| To: | Garner, Scott B. <sgarner@morganlewis.com> |
| Cc: | Ossip, Michael J. <mossip@morganlewis.com> |
| Subject: | RE: Feb. 28 |
| Attach: | Untitled.msg; Lawsuit Against Apple.msg; Re_ Lawsuit Against Apple.msg; Re_ Lawsuit Against Apple.msg |

Scott:

Yes, I do. My wife started FlatWorld Interactives in 2007, and we (my wife and I) contributed capital in connection with the start-up. I have not provided any litigation advice, but probably show up on e-mails that my wife sent me, especially in the early days of the company. I informed the Firm (Michael Bloom) in advance of the lawsuit against Apple that FlatWorld filed in April 2012, as I was fully aware of our representation of Apple. I also informed him when the lawsuit was filed and he indicated that he was going to let Gary Williams know about it. I have attached the e-mails with Michael. I am happy to talk to you about this at your convenience.

Best regards,

John

**John J. McAleese, III**
Morgan, Lewis & Bockius LLP

Pieja Decl., Ex. 16, MLB_A0000041

1

# Mr. McAleese Received Draft Operating Agmt.

From privilege log of documents produced by
Mr. McAleese in response to personal subpoena:



| JMPriv126 | John Kenney (jkk@hangley.com) | Slavko Milekic (kiddyface@gmail.com); Jennifer McAleese (jenmcaleese@gmail.com) | | |
|---|---|---|---|---|
| 8.4.2006 | Business organization document for FlatWorld . | Drafted for purpose of FlatWorld business planning. | Work Product | Operating Agreement |

Pieja Decl., Ex. 5 or Ex. 6, entry JMPriv126

# Mr. McAleese Drafted NDAs For FlatWorld

## From FlatWorld's privilege log covering documents provided by Morgan Lewis in response to subpoena:

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| MLB_F0000155B | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 1.22.2009 | Email regarding confidentiality of FlatWorld information. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000157 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 1.22.2009 | Draft non-disclosure agreement. | Drafted for purpose of business planning. | Spousal | NDA |

| | | | | |
|---|---|---|---|---|
| 1.22.2009 | Email regarding confidentiality of FlatWorld information. | Drafted for purpose of litigation. | Spousal | Email |
| 1.22.2009 | Draft non-disclosure agreement. | Drafted for purpose of business planning. | Spousal | NDA |

Pieja Decl., Ex. 4 or Ex. 6, entries MLB_F0000155B and 157

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| MLB_F0000180 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 5.5.2009 | Draft confidentiality agreement. | Drafted for purpose of preserving confidential nature of business information. | Spousal | Confidentiality Agreement |

| | | | | |
|---|---|---|---|---|
| 5.5.2009 | Draft confidentiality agreement. | Drafted for purpose of preserving confidential nature of business information | Spousal | Confidentiality Agreement |

Pieja Decl., Ex. 4 or Ex. 6, entry MLB_F0000180

3

# Mr. McAleese Discussed Infringement & Prosecution

## PRIV1072, PRIV 1125, PRIV1315 (from FlatWorld's Privilege Log):

### Apple's iPhone released on January 9, 2007

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIV1072 | Jennifer McAleese | John J. McAleese, III | 01/15/07 | Email thread discussing business planning and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney-Client | Email |
| PRIV1125 | Jennifer McAleese | John J. McAleese, III | 01/15/07 | Email thread discussing business planning and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney-Client | Email |
| PRIV1315 | Jennifer McAleese | Slavko Milekic | 01/15/07 | Email regarding potential infringement investigation performed with Gordon Nelson, and communications with John McAleese. | Drafted for purpose of potential infringement and representation. | Work Product | Email |

## PRIV1036, PRIV0714, JMPriv139A (from FlatWorld & Mr. McAleese's Privilege Log):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIV1036 | Jennifer McAleese | John J. McAleese, III | 05/01/07 | Email thread discussing patent prosecution status with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney-Client | Email |
| PRIV0714 | Jennifer McAleese | John J. McAleese, III | 05/01/07 | Email thread regarding prelitigation investigation discussion with Gordon Nelson. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| JMPriv139A | Jennifer McAleese (jen@flatworldinteractives.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 5.3.2007 | Email with discussion regarding potential patent litigation. | Drafted for purpose of litigation. | Spousal | Email |

Pieja Decl., Ex. 3 or Ex. 6; Ex. 4 or Ex. 6

4

# FlatWorld Filed Reissue On July 18, 2007

Patent-in-suit

# FlatWorld's Reissue Target Was Apple

```
Status: RO
From: "jennifer mcaleese" <jenmcaleese@gmail.com>
Subject: Apple's Swiping Mechanism
To: kulpreet@google.com
Date: Tue, 09 Mar 2010 03:11:05 +0000

Hello Kulpreet,

The patent link below may be of interest to Google regarding Apple's swiping
mechanism.  Our inventor, Slavko Milekic was granted this patent in 2005.  He filed
the patent in 1998 when prior art was not evident.  In 2007, we placed the patent
in reissue to tailor it more closely to iphone claims.
We have been told by many law firms that the patent is extremely valuable even
without the reissue possibilities.

Here is the USPTO link:  User Interface For Removing An Object From Display

http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml
%2FPTO%2Fsearch-
bool.html&r=2&f=G&l=50&co1=AND&d=PTXT&s1=6,920,619&OS=6,920,619&RS=6,920,619

If you are interested in discussing the patent please let me know. I think it could
be an important asset for your ongoing "talks" with Apple.

Thank you.

Jennifer McAleese
FlatWorld Interactives, LLC
215.680.5750
```

Pieja Decl., Ex. 2, FWAPP00006343

# Mr. McAleese Investigated Patent Enforcement Options

**From:** John J. McAleese III
**Sent:** 06/13/2007 06:38 PM EDT
**To:** Daniel Golub
**Subject:** Patent enforcement firm

Dan:

About 6 months ago, you told me about a firm in Bala Cynwyd that will purchase patents to enforce against infringers. I have forgotten the name of the firm, and my wife and her partner would like to talk with them. Do you remember the name?

Thanks.

Best regards,

John

Pieja Decl., Ex. 19, JM00000036

# FlatWorld & Rembrandt Discussed Suing Apple

## REM-00000849

| Jennifer McAleese <jen@flatworldinteractives.com> | barron@rembrandtip.com; schneck@rembrandtip.com | iPhone... | 21-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. |
|---|---|---|---|---|

## REM-00000822

| Jennifer McAleese <jen@flatworldinteractives.com> | Paul Schneck <Schneck@rembrandtip.com>; Russ Barron <barron@rembrandtip.com> | iPhone [Redacted] | 22-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. |
|---|---|---|---|---|

## REM-00000800

| Jennifer McAleese <jen@flatworldinteractives.com> | 'Paul Schneck' <Schneck@rembrandtip.com> | RE: iPhone [Redacted] | 22-Jun-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. |
|---|---|---|---|---|

## REM-00000747

| Jennifer McAleese <jen@flatworldinteractives.com> | 'Paul Schneck' <Schneck@rembrandtip.com>; barron@rembrandtip.com | iPhone | 2-Jul-07 | Email with conversation regarding FlatWorld/Rembrandt litigation theories. |
|---|---|---|---|---|

## REM-00000833, REM-000008336, REM-000008338

| Jennifer McAleese <jen@flatworldinteractives.com> | 'Russ Barron' <Barron@rembrandtip.com> | RE: iPhone | 5-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. |
|---|---|---|---|---|
| Paul Schneck <Schneck@rembrandtip.com> | Jennifer McAleese <jen@flatworldinteractives.com> | RE: iPhone | 3-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. |
| Russ Barron <Barron@rembrandtip.com> | Paul Schneck <Schneck@rembrandtip.com>; Jennifer McAleese <jen@flatworldinteractives.com> | RE: iPhone | 3-Jul-07 | Email conversation with discussion of potential Rembrandt/FlatWorld litigation theories. |

Exemplary entries from Pieja Decl. Ex. 20 or Ex. 21 (Rembrandt Privilege Log)

# Mr. McAleese Edited Letters Re Patent Assertion



**February 2008**

**John McAleese's Morgan Lewis credential**

Pieja Decl., Ex. 22,
MLB_A0000013-17,
¶25

Dear Michael,

Paul Jaskot has told me about your background and experience with Microsoft. Paul has indicated that you may be willing to talk with me about FlatWorld Interactives, a company I started 18 months ago with Dr. Slavko Milekic, an accomplished professor and software inventor who has been designing intuitive software for the past 12 years.

FlatWorld Interactives is a software development company focused primarily on interactive user interface. We have developed proprietary technology that allows an individual to interact with a computer simply by touching a computer-generated image on a touch sensitive media. This same technology is at the core of Apple's highly-acclaimed iPhone and other competing telephone/personal entertainment devices.

We are currently in development of interactive presentation tool using our technology for use in computer-based presentations such as PowerPoint. It is a downloadable application which allows a presenter to manipulate text and images in real time. Although we will sell it as a stand alone application, we believe that the most successful market will be individual who use PowerPoint. As a plug in to PowerPoint, our application will add a dynamic/active element to presentations while allowing the presenter the capability of planning a presentation in advance. Our application, when used on interactive touch sensitive surfaces such as Smart Boards, transforms a static PowerPoint presentation to a living presentation that captures and maintains the audience's attention.

Our business is also based on the marketing and enforcement of our "throwing mechanism" software patent. This patent, first issued in 200_, and currently through re-issue, is being used by Apple in the "swiping" mechanism utilized in its iPhone and iPod touch products. According to legal counsel and troll patent companies, we have an excellent position against Apple if we decide to take that course. We are also interested in licensing our patented technology to those companies who want to acquire the swiping technology used by Apple.

Best regards,

Jennifer McAleese
Managing Director
FlatWorld Interactives
Flatworldinteractives.com (under construction)
jen@flatworldinteractives.com
215.680.5750

Formatted: Font color: Black, Highlight
Deleted: Hello...Michael ... [1]
Deleted: It was very kind of ... aul Jaskot h... [2]
Deleted: We are a young start up interactive ... [3]
Deleted: developing an ... interactive presen ... [4]
Deleted: The second leg of o... ur business ... [5]
Deleted: ¶
Thank you
Formatted: Font color: Black, Highlight
Formatted: Font color: Black, Highlight

Pieja Decl., Ex. 22,
MLB_A0000013-14

Dear, Michael,

Paul Jaskot has told me about your background and experience with Microsoft. Paul has indicated that you may be willing to talk with me about FlatWorld Interactives, a

**Formatted:** Font color: Black, Highlight

**Deleted:** Hello...Michael:   ...[1]

**Deleted:** It was very kind of...aul Jaskot h...[2]

interactive user interface. We have developed proprietary technology that allows an individual to interact with a computer simply by touching a computer-generated image on a touch sensitive media. ==This same technology is at the core of Apple's highly-acclaimed iPhone== and other competing telephone/personal entertainment devices.

==Our business is also based on the marketing and enforcement of our "throwing mechanism" software patent.== This patent, first issued in 200__, and currently going through re-issue, ==is being used by Apple in the "swiping" mechanism utilized in its iPhone and iPod touch products.== According to legal counsel and troll patent companies, ==we have an excellent position against Apple== if we decide to take that course. We are also interested in licensing our patented technology to those companies who want to acquire the swiping technology used by Apple.

we have an excellent position against Apple if we decide to take that course. We are also interested in licensing our patented technology to those companies who want to acquire the swiping technology ==used by Apple==.

Pieja Decl., Ex. 22,
MLB_A0000013-14

11

# FlatWorld Discussed Patent Litigation With Acacia

## FlatWorld sent John McAleese this e-mail thread (MLB_F0000210):

| | | | | | | |
|---|---|---|---|---|---|---|
| MLB_F0000210A | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 10.7.2009 | Email with discussion regarding potential FlatWorld representation. | Drafted for purpose of litigation. | Spousal |
| MLB_F0000210B | Jonathan Taub (jtaub@acaciares.com) | Slavko Milekic (kiddyface@gmail.com); Jennifer McAleese (jenmcaleese@gmail.com); Gordon E. Nelson (genelson@comcast.net) | 10.4.2009 | Email with discussion regarding potential FlatWorld representation. | Drafted for purpose of litigation. | Attorney-Client; Common Interest |
| MLB_F0000210C | Jonathan Taub (jtaub@acaciares.com) | Slavko Milekic (kiddyface@gmail.com); Jennifer McAleese (jenmcaleese@gmail.com); Gordon E. Nelson (genelson@comcast.net) | 9.15.2009 | Email with discussion regarding potential FlatWorld representation. | Drafted for purpose of litigation. | Attorney-Client; Common Interest |
| MLB_F0000210D | Slavko Milekic (kiddyface@gmail.com) | Jonathan Taub (jtaub@acaciares.com); Jennifer McAleese (jenmcaleese@gmail.com); Gordon E. Nelson (genelson@comcast.net) | 9.15.2009 | Email with discussion regarding potential FlatWorld representation. | Drafted for purpose of litigation. | Attorney-Client; Common Interest |

Pieja Decl., Ex. 4 or Ex. 6, entries MLB_F0000210A-D

**Note:** In the logs provided for documents collected by Morgan Lewis and John McAleese (personally), email threads are indicated with the same Bates number. Individual emails within the thread are indicated as separate entries with alphabetical designations. Apple has requested FlatWorld log its own emails in the same way, but has thus far not received a log treating the FlatWorld-collected emails in the same way.

# FlatWorld Sent Mr. McAleese Acacia Documents

## MLB_F0000210 contained three attachments:

| Document Date | Document Type | Email From | Email To | Email CC | Email BCC | PRODBEG | PRODEND |
|---|---|---|---|---|---|---|---|
| 10/07/2009 05:25 EDT | eMail;eMail with attachment | jennifer mcaleese <jenmcaleese@gmail.com> | "mcaleese, iii, john j." <jmcaleese@morganlewis.com> | | | MLB_F0000210 | MLB_F0000215 |
| 10/07/2009 05:25 EDT | Attachment | | | | | MLB_F0000216 | MLB_F0000216 |
| 10/07/2009 05:25 EDT | Attachment | | | | | MLB_F0000217 | MLB_F0000217 |
| 10/07/2009 05:25 EDT | Attachment | | | | | MLB_F0000218 | MLB_F0000229 |

(Pieja Decl., Ex. 23)

MLB_F0000216          MLB_F0000217          MLB_F0000218-229

# Mr. McAleese Received Acacia Documents

## Documents Produced From Mr. McAleese's Morgan Lewis Computer



Pieja Decl., Ex. 24, MLB_F0000216

Pieja Decl., Ex. 25, MLB_F0000217

# Mr. McAleese Received Acacia Documents

## Document Produced From Mr. McAleese's Morgan Lewis Computer

Pieja Decl., Ex. 26,
MLB_F0000218-229

15

# Mr. McAleese Reviewed ICAP Docs For FlatWorld

**Third party**

**John McAleese is reviewing the documents**

**Ocean Tomo to FlatWorld re Auction of "IP"**



Pieja Decl., Ex. 27, ICAP00003367-3368

16

# FlatWorld Offered Nokia Patent For Use Against Apple

```
Status: RO
From: "jennifer mcaleese" <jenmcaleese@gmail.com>
Subject: 1998/2005 Existing Swiping Patent - NO PRIOR ART
To: paul.melin@nokia.com
Cc: slavko milekic
Date: Mon, 04 Apr 2011 10:41:46 +0000

Hello Paul,

Given your various patent litigations with Apple, I strongly encourage you to take
a look at this patent as a potential patent for your portfolio.  We filed in 1998
and the patent was granted in 2005.

It has also gone through reissue with a final reissue decision expected very soon.

User Interface For Removing An Object From Display:
Patent Number: 6,920,619
http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=
%2Fnetahtml%2FPTO%2Fsearch-
bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619

Please let me know if you are interested in discussing it.

Sincerely,

Jennifer McAleese
jenmcaleese@gmail.com
215.680.5750
```

**FlatWorld to Nokia**

**Offering patent for use against Apple**

Pieja Decl., Ex. 38, FWAPP00005248

# Nokia Replied To FlatWorld's Offer

Hi Jennifer,

thanks for approaching Nokia on this offer.

Your mail has been forwarded to me. I sit in the IPR acquisition arm of our IPR department, so I think it has ended up with the proper person.

I will take a close look at this opportunity and may approach you for further clarification.

For now, I am interested in hearing if you have a bidding deadline and a target price in mind. Also, I assume the inventor is a private inventor, but can you share more about the inventor's reasons for wanting to sell?

Thanks in advance for your help.


Best regards/Venlig hilsen

Preben Kjær Kristensen
Senior manager, IPR Strategy & Acquisitions
Mobile: +45 2092 0431

**FlatWorld email forwarded to Kristen Preben of Nokia, who replies**

Pieja Decl., Ex. 28, FWAPP00004700

18

# Mr. McAleese Advised FlatWorld Re Nokia

```
Subject: Re: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm
 receipt, interested in more information
From: Jennifer McAleese <jenmcaleese@gmail.com>
In-Reply-To: <76997.99733.qm@web80004.mail.spl.yahoo.com>
Date: Tue, 5 Apr 2011 09:53:19 -0400
To: John McAleese <j.mcaleese@att.net>
Status: RO

Call me when u r driving home so we can discuss response




On Apr 5, 2011, at 9:42 AM, John McAleese <j.mcaleese@att.net> wrote:




Interesting

--- On Tue, 4/5/11, jennifer mcaleese <jenmcaleese@gmail.com> wrote:


    From: jennifer mcaleese <jenmcaleese@gmail.com>
    Subject: Fwd: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm
receipt, interested in more information
    To: <mailto:j.mcaleese@att.net> j.mcaleese@att.net
    Date: Tuesday, April 5, 2011, 9:38 AM


    See below:
```

**FlatWorld/Jennifer McAleese asks John McAleese to discuss by phone**

**John McAleese replies, "Interesting"**

**FlatWorld/Jennifer McAleese forwards Nokia's Reply to John McAleese**

Time

Pieja Decl., Ex. 28, FWAPP00004699

19

# Mr. McAleese Advised FlatWorld Re Nokia

Email chain begins as same thread as prior page, but timestamps indicate crossing emails

```
--- On Tue, 4/5/11, Jennifer McAleese <jenmcaleese@gmail.com> wrote:


    From: Jennifer McAleese <jenmcaleese@gmail.com>
    Subject: Re: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm
receipt, interested in more information
    To: "John McAleese" <j.mcaleese@att.net>
    Date: Tuesday, April 5, 2011, 9:58 AM


    Yes, definitely
    Why coming from cpenhagen headquarters??? It is a us patent....



    On Apr 5, 2011, at 9:43 AM, John McAleese <j.mcaleese@att.net
<http://us.mc800.mail.yahoo.com/mc/compose?to=j.mcaleese@att.net> > wrote:


Let's talk before you reply to this, okay?


        Given your various patent litigations with Apple, I strongly encourage
you to take a look at this patent as a potential patent for your portfolio.  We
filed in 1998 and the patent was granted in 2005.
```

**FlatWorld/Jennifer McAleese replies, "Yes, definitely" (5 minutes after sending her own independent email asking for a phone call in the other thread at FWAPP00004699)**

**One minute after replying "Interesting" in the other thread, John McAleese suggests a phone call to discuss responsive strategy**

Time

Pieja Decl., Ex. 1, FWAPP00004777-4778

20

# Mr. McAleese Provided Advice On Forum (ITC)

Mr. McAleese sent FlatWorld an unsolicited email regarding enforcement
options and downloaded an article regarding the ITC on the same day:

| MLB_F0000325 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 4.8.2011 | Email regarding enforcement options. | Drafted for purpose of litigation. |



Making Their Move at the ITC                                    Page 1 of 2

CORPORATE
counsel

Select 'Print' in your browser menu to print this document.

Copyright 2011. ALM Media Properties, LLC. All rights reserved. *Corporate Counsel* Online

Page printed from: http://www.corpcounsel.com

Back to Article

─────────────────────────────────────────────────

Making Their Move at the ITC
Joseph Rosenbloom
The American Lawyer
April 11, 2011

When it comes to patent disputes, last year proved that the International Trade Commission and the booming smartphone sector make for a near-perfect pairing. And, observers say, the connection between the two is unlikely to fade anytime soon.

Pieja Decl., Ex. 29; Ex. 4, MLB_F0000325

21

# Mr. McAleese Attended A FlatWorld Meeting In 2012

## From MLB calendar:

**From:**        McAleese, III, John J.
**Sent:**        Sun 1/15/2012 5:44:00 PM
**Importance:**        Normal
**Subject:**    Meeting on Flatworld

Pieja Decl., Ex. 39, MLB_A0000027