# EXHIBIT 38

```
Status: RO
From: "jennifer mcaleese" <jenmcaleese@gmail.com>
Subject: 1998/2005 Existing Swiping Patent - NO PRIOR ART
To: paul.melin@nokia.com
Cc: slavko milekic
Date: Mon, 04 Apr 2011 10:41:46 +0000
```

Hello Paul,

Given your various patent litigations with Apple, I strongly encourage you to take a look at this patent as a potential patent for your portfolio.  We filed in 1998 and the patent was granted in 2005.

It has also gone through reissue with a final reissue decision expected very soon.

User Interface For Removing An Object From Display:
Patent Number: 6,920,619
http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=
%2Fnetahtml%2FPTO%2Fsearch-
bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619

Please let me know if you are interested in discussing it.

Sincerely,

Jennifer McAleese
jenmcaleese@gmail.com
215.680.5750

FWAPP00005248