# EXHIBIT 39

**From:** McAleese, III, John J.
**Sent:** Sun 1/15/2012 5:44:00 PM
**Importance:** Normal
**Subject:** Meeting on Flatworld

MLB_A0000027