| | |
|---|---|
| Kenneth H. Bridges (SBN 243541) | John Steele (SBN 122872) |
| kbridges@bridgesmav.com | john.steele@johnsteelelaw.com |
| Michael T. Pieja (SBN 250351) | JOHN STEELE, ATTORNEYS AT LAW |
| mpieja@bridgesmav.com | 2225 E. Bayshore Rd., Suite 200 |
| Lawrence Lien (SBN 265851) | Palo Alto, CA 94303 |
| llien@bridgesmav.com | Telephone: (650) 320-7662 |
| BRIDGES & MAVRAKAKIS LLP | |
| 3000 El Camino Real | |
| One Palo Alto Square, 2nd Floor | |
| Palo Alto, CA 94306 | |
| Telephone: (650) 804-7800 | |
| Facsimile: (650) 852-9224 | |

James Shimota (*pro hac vice*)
jshimota@bridgesmav.com
Aaron Taggart (SBN 258287)
ataggart@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
180 N LaSalle, Suite 2215
Chicago, IL 60601
Telephone: (312) 216-1620
Facsimile: (312) 216-1621

ATTORNEYS FOR DEFENDANT
APPLE INC.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC | Case No. 3:12-01956-JSW (EDL) |
| Plaintiff, | **DECLARATION OF JEFF RISHER** |
| v. | |
| APPLE INC. | |
| Defendant. | |

I, Jeff Risher, declare and state as follows:

1. I am a Director at Apple Inc., with responsibility for oversight of various litigation matters involving Apple, including this case. The matters referred to in this declaration are based on personal knowledge and if called as a witness I could, and would, testify competently to these matters.

2. Below I have identified certain topics I discussed with Apple's outside lawyers, but due to the privileged nature of these communications, I have not disclosed the contents or substance of the communications themselves.

3. The law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis") has represented Apple Inc. since 2003.

4. On February 25, 2013 I learned that FlatWorld Interactives LLC ("FlatWorld") had listed a lawyer named John J. McAleese III, a partner at Morgan Lewis, on its privilege log. Mr. McAleese was listed numerous times as sender or recipient of communications with FlatWorld, and these communications were claimed to be subject to the attorney-client privilege. FlatWorld listed Mr. McAleese in a "key" to the persons appearing on the privilege log as an "Attorney at Morgan Lewis & Bockius LLP."

5. On February 25, 2013, I sent an attorney-client communication to Scott Garner, a partner at Morgan Lewis, in the form of an email, regarding FlatWorld's claims of privilege over communications with Mr. McAleese.

6. I had every expectation that my communication to Morgan Lewis would be treated as a client confidence. Morgan Lewis has had a ten-year attorney-client relationship with Apple, and the subject matter of my email implicated Apple's knowledge, interpretation, concerns and strategy regarding an active litigation. Under such circumstances, I fully expected that Apple's attorneys at Morgan Lewis would treat such a communication confidentially.

\* \* \*

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct to the best of my knowledge and belief.

5  Executed on May 7, 2013 at Honolulu, Hawaii.

          */s/ Jeff Risher*
          Jeff Risher