Kenneth H. Bridges (SBN 243541)
kbridges@bridgesmav.com
Michael T. Pieja (SBN 250351)
mpieja@bridgesmav.com
Lawrence Lien (SBN 265851)
llien@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

James Shimota (*pro hac vice*)
jshimota@bridgesmav.com
Aaron Taggart (SBN 258287)
ataggart@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
180 N LaSalle, Suite 2215
Chicago, IL 60601
Telephone: (312) 216-1620
Facsimile: (312) 216-1621

John Steele (SBN 122872)
john.steele@johnsteelelaw.com
JOHN STEELE, ATTORNEYS AT LAW
2225 E. Bayshore Rd., Suite 200
Palo Alto, CA 94303
Telephone: (650) 320-7662

ATTORNEYS FOR DEFENDANT
APPLE INC.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | Case No. 3:12-01956-JSW (EDL)<br><br>**DECLARATION OF CYNDI WHEELER** |

I, Cyndi Wheeler, declare and state as follows:

1. I am Senior Patent Litigation Counsel at Apple Inc. The matters referred to in this declaration are based on personal knowledge and if called as a witness I could, and would, testify competently to these matters.

2. The law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis") has continuously represented Apple Inc. since 2003.

3. Morgan Lewis has handled some of Apple's most sensitive legal matters relating to its new products and the patents intended to protect them.

4. Specifically, as Apple's counsel, Morgan Lewis has prosecuted hundreds of patent applications relating to, among other things, the touch-based user interface of Apple's iPhone and other iOS devices, including numerous patent applications filed before the iPhone was publicly demonstrated.

5. During the course of its representation of Apple, Morgan Lewis has received Apple confidential information relating to, among other things, Apple's touch-based user interfaces for the iPhone and other iOS devices, Apple's litigation strategy, and considerable confidential information relating to Apple, its products, personnel and business. This confidential information was provided to Morgan Lewis pursuant to its representation of Apple.

6. As a result of Morgan Lewis' work for Apple over the past ten years, Apple has paid Morgan Lewis millions of dollars in legal fees.

7. At this time, Morgan Lewis continues to serve as Apple's counsel in a variety of matters, including patent matters relating to the touch-based user interface used in the iPhone and other iOS devices.

*   *   *

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct to the best of my knowledge and belief.

4   Executed on May 7, 2013 at Sunnyvale, California.

*/s/ Cyndi Wheeler*
Cyndi Wheeler