Kenneth H. Bridges (SBN 243541)
kbridges@bridgesmav.com
Michael T. Pieja (SBN 250351)
mpieja@bridgesmav.com
Lawrence Lien (SBN 265851)
llien@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

James Shimota (*pro hac vice)*
jshimota@bridgesmav.com
Aaron Taggart (SBN 258287)
ataggart@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
180 N LaSalle, Suite 2215
Chicago, IL 60601
Telephone: (312) 216-1620
Facsimile: (312) 216-1621

John Steele (SBN 122872)
john.steele@johnsteelelaw.com
JOHN STEELE, ATTORNEYS AT LAW
2225 E. Bayshore Rd., Suite 200
Palo Alto, CA 94303
Telephone: (650) 320-7662

ATTORNEYS FOR DEFENDANT
APPLE INC.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

FLATWORLD INTERACTIVES LLC

Plaintiff,

v.

APPLE INC.

Defendant.

Case No. 3:12-01956-JSW (EDL)

**APPLE INC.'S WITHDRAWAL OF APPLE'S MOTION FOR LEAVE TO FILE PORTIONS OF ITS MOTION TO DISQUALIFY HAGENS BERMAN SOBOL SHAPIRO LLP OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS, AND EXHIBITS THERETO, UNDER SEAL (DKT. NO. 124)**

Pursuant to Civil Local Rule 7-7(e), Apple respectfully withdraws its Motion for Leave to File Portions of its Motion to Disqualify Hagens Berman Sobol Shaprio LLP Under Seal (Dkt. No. 124).[1] That motion, filed on May 8, 2013, sought leave to file certain portions of Apple's motion to disqualify under seal due to the inclusion of information designated confidential by a third party. Apple respectfully submits that its May 8 sealing motion is now moot, because Apple has removed all reference to any information designated as confidential from its motion to disqualify and supporting exhibits, and yesterday filed a public version of its motion to disqualify with the Court. (Dkt. Nos. 134-138.)

Because Apple's motion is now moot, Apple respectfully submits that withdrawal of its motion to seal is appropriate, and requests that the Court consider Apple's motion to seal (Dkt. No. 124) to be withdrawn.

Dated: May 29, 2013

_*/s/ Michael T. Pieja*__________

Kenneth H. Bridges (SBN 243541)
kbridges@bridgesmav.com
Michael T. Pieja (SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

James Shimota (*pro hac vice)*
jshimota@bridgesmav.com
Aaron Taggart (SBN 258287)
ataggart@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
180 N LaSalle, Suite 2215
Chicago, IL 60601

---

[1] Civil Local Rule 7-7(e) permits a notice of withdrawal to be filed within 7 days after the receipt of any opposition to the motion in question. No opposition to Apple's motion to seal has been filed; however, the present withdrawal is being filed within 7 days of the time when an opposition would have been due under Civil Local Rule 7-3(a) if that rule applied to motions to seal.

Telephone: (312) 216-1620
Facsimile: (312) 216-1621

John Steele (SBN 122872)
john.steele@johnsteelelaw.com
JOHN STEELE, ATTORNEYS AT LAW
2225 E. Bayshore Rd., Suite 200
Palo Alto, CA 94303
Telephone: (650) 320-7662

Attorneys for
DEFENDANT APPLE INC.

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 29, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1(h). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Michael T. Pieja*

Michael T. Pieja