Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Mark S. Carlson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

*Attorneys for Plaintiff*
FlatWorld Interactives LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC, a California corporation,<br><br>Defendant. | No. C 12-01956 JSW<br><br>**DECLARATION OF RYAN MEYER IN SUPPORT FLATWORLD'S ADMINISTRATIVE MOTION FOR *IN CAMERA* REVIEW OF CERTAIN PRIVILEGED DOCUMENTS**<br><br>**JURY TRIAL REQUESTED**<br><br>**DATE ACTION FILED:**<br>April 19, 2012 |

DECLARATION OF RYAN MEYER
No. C 12-01956 JSW

I, Ryan Meyer, declare:

1. I am an attorney at Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), attorneys of record for FlatWorld Interactives LLC ("FlatWorld") in this matter. I make this declaration based upon my personal knowledge and am competent to testify as to the matters stated herein.

2. FlatWorld engaged Hagens Berman as counsel for enforcing US Patent No. RE43318 in early March 2012.

3. On May 29, 2013, I asked Apple's counsel, Michael Pieja, if Apple would stipulate to *in camera* review of documents identified in the concurrently filed administrative motion. Mr. Pieja replied that Apple declined to take a position as to the motion at the time of filing, but reserved its right to oppose FlatWorld's administrative motion.

4. Attached as Exhibit A are true and correct excerpts of the amended privilege log for John McAleese and the amended privilege log for FlatWorld. These excerpts include only the documents that are dated between January 2012 and the present, and that are relied upon by Apple in its motion to disqualify Hagens Berman. They have been de-duplicated, so if the same document was logged by another party, the duplicative log entries are not included.

I declare under penalty of perjury that the foregoing is true and correct.

Signed in Seattle, Washington, this 11th day of June, 2013.

_____
Ryan Meyer

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.  Any non-CM/ECF participants will be served by electronic mail, facsimile and/or overnight delivery.

          /s/ Steve W. Berman  
          STEVE W. BERMAN

*Exhibit A*

# EXHIBIT A to the Declaration of Ryan Meyer

| EXCERPTS FROM THE AMENDED JOHN J. MCALEESE, III PRIVILEGED AND REDACTION DOCUMENT LOG FOR IN CAMERA REVIEW ||||||||
|---|---|---|---|---|---|---|---|
| **Document Number** | **Author** | **Recipient** | **Date** | **Subject Matter Addressed in Document** | **Purpose** | **Specific Basis for Claim** | **Title and/or Description of Document** |
| JMPriv004A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 12/06/12 | Email containing Gene Nelson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv005A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 12/03/12 | Email containing legal advice pertaining to FlatWorld litigation. A redacted version was produced at JM-00000001. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv007A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 11/09/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. A redacted version was produced at JM-00000003. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv009 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 07/07/12 | Email regarding potential FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv010 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 07/07/12 | Email discussing legal advice from Hagens Berman pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv011A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 07/07/12 | Email containing Mark Carlson and Steve Berman legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv013A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 07/07/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv014A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 07/07/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv017A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 06/11/12 | Email containing Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv018A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 04/26/12 | Email containing Steve Berman and Mark Carlson legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv020 | Jennifer McAleese (jenmcaleese@gmail.com) | Slavko Milekic (kiddyface@gmail.com), Gene Nelson (genelson@comcast.net), John J. McAleese, III (j.mcaleese@att.net) | 04/25/12 | Email to Gene Nelson (genelson@comcast.net) discussing litigation concerning FlatWorld. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| JMPriv023A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 02/24/12 | Email containing legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv026A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 02/23/12 | Email containing Mark Carlson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |

# EXHIBIT A to the Declaration of Ryan Meyer

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| JMPriv027A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 02/23/12 | Email containing Mark Carlson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv028A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 02/22/12 | Email containing Mark Carlson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv030 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 02/21/12 | Email containing Gene Nelson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv032A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 02/15/12 | Email containing Gene Nelson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv035 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 02/15/12 | Email containing Gene Nelson legal advice regarding FlatWorld representation for patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv036 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 02/03/12 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv037 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net); Jennifer McAleese (jenmcaleese@gmail.com) | 02/03/12 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv038 | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 02/03/12 | Email with discussion regarding potential representation for FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv225A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 02/25/13 | Email with discussion regarding FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv225B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 02/25/13 | Email with discussion regarding FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv226 | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 05/21/12 | Email with discussion regarding material related to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv021A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 02/24/12 | Email containing Michael Bonella (mbonella@ktmc.com) legal advice pertaining to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv039A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 01/09/12 | Email containing Michael Bonella (mbonella@ktmc.com) legal advice regarding potential FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |

**EXHIBIT A to the Declaration of Ryan Meyer**

| | |
|---|---|
| **EXCERPT FROM THE THIRD AMENDED FLATWORLD PRIVILEGED AND REDACTION DOCUMENT LOG FOR IN CAMERA REVIEW** | |

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| PRIV0407 | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (j.mcaleese@att.net) | 02/24/12 | Email containing legal advice regarding FlatWorld patent reissue. | Drafted for purpose of prosecution and business planning. | Spousal; Attorney-Client | Email |