Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Mark S. Carlson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

*Attorneys for Plaintiff*
FlatWorld Interactives LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | No. C 12-01956 JSW<br><br>**FLATWORLD'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS MEMORANDUM AND ASSOCIATED DOCUMENTS IN OPPOSITION TO THE MOTION TO DISQUALIFY**<br><br>**NOTED FOR DECISION ON JUNE 19, 2013**<br><br>**JURY TRIAL REQUESTED**<br><br>**DATE ACTION FILED:** April 19, 2012 |

1    Plaintiff FlatWorld Interactives LLC ("FlatWorld") respectfully moves for leave to file portions of its Memorandum in Opposition to Apple's Motion to Disqualify Hagens Berman and Exhibit 4 to the Declaration of Mark Carlson under seal.  FlatWorld moves to seal because Exhibit 4 contains excerpts of the transcript of the May 28, 2013 deposition of Michael Ossip, general counsel for Morgan Lewis & Bockius, which Apple Inc. ("Apple") has designated as CONFIDENTIAL-ATTORNEYS' EYES ONLY in its entirety, and FlatWorld's Memorandum contains references to that transcript.  FlatWorld does not regard this material as confidential and therefore does not believe that these documents should be filed under seal.

As required by Local Civil Rules 7-11 and 79-5(d), FlatWorld will electronically file a redacted version of its Memorandum in Opposition to the Motion to Disqualify and will lodge unredacted versions of the Memorandum and Exhibit 4 with the Court.

Within seven days, Local Civil Rule 79-5(d) requires Apple, as the designating party, to serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality.  If no responsive declaration is filed, the designated material becomes part of the public record.

DATED:  June 11, 2013            HAGENS BERMAN SOBOL SHAPIRO LLP

By      /s/ *Steve W. Berman*
       Steve W. Berman (*Pro Hac Vice*)

Mark S. Carlson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

ADMINISTRATION MOTION FOR LEAVE TO FILE UNDER SEAL - 2 -
Case No. 3:12-01956-JSW

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I hereby certify that on June 11, 2013, I electronically filed the foregoing document and a |
| 3 | PROPOSED ORDER using the CM/ECF system which will send notification of such filing to the |
| 4 | email addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List. |
| 5 | Any non-CM/ECF participants will be served by electronic mail, facsimile and/or overnight |
| 6 | delivery. |

                                                              /s/ *Steve W. Berman*
                                                                Steve W. Berman