| | |
|---|---|
| Kenneth H. Bridges (SBN 243541) | John Steele (SBN 122872) |
| kbridges@bridgesmav.com | john.steele@johnsteelelaw.com |
| Michael T. Pieja (SBN 250351) | JOHN STEELE, ATTORNEYS AT LAW |
| mpieja@bridgesmav.com | 2225 E. Bayshore Rd., Suite 200 |
| Lawrence Lien (SBN 265851) | Palo Alto, CA 94303 |
| llien@bridgesmav.com | Telephone: (650) 320-7662 |

BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

James Shimota (Admitted *pro hac vice*)
jshimota@bridgesmav.com
Aaron Taggart (SBN 258287)
ataggart@bridgesmav.com
Adam Brausa (Admitted *pro hac vice*)
abrausa@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
180 N LaSalle, Suite 2215
Chicago, IL 60601
Telephone: (312) 216-1620
Facsimile: (312) 216-1621

ATTORNEYS FOR DEFENDANT
APPLE INC.

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | Case No. 3:12-01956-JSW (EDL)<br><br>**DECLARATION OF AARON C. TAGGART IN SUPPORT OF APPLE INC.'S REPLY MOTION TO DISQUALIFY HAGENS BERMAN SOBOL SHAPIRO LLP OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS** |

I, Aaron C. Taggart, declare and state as follows:

1. I am an attorney at Bridges & Mavrakakis LLP, counsel of record for Defendant Apple Inc. in the above-captioned matter. The matters referred to in this declaration are based on personal knowledge and if called as a witness I could, and would, testify competently to these matters.

2. Attached hereto as **Exhibit 40** is a true and correct copy of Docket 25, Transcript of Proceedings, from Case No. 10-04647 *Teraphase Engineering Inc.* v. *Arcadis, U.S., Inc.*

3. Attached hereto as **Exhibit 41** is a true and correct copy of Flatworld's Responses to Apple's Third Set of Interrogatories, dated May 3, 2013.

4. Attached hereto as **Exhibit 42** is a is a true and correct copy of a July 6, 2007 email from Jennifer McAleese of FlatWorld to Derek Wood of Rembrandt IP, Bates labeled REM-00000432 and designated Confidential by Rembrandt IP.

5. Attached hereto as **Exhibit 43** is a true and correct copy of a July 6, 2007 email chain including an email from Jennifer McAleese of FlatWorld to Derek Wood of Rembrandt IP, and an email from Derek Wood of Rembrandt IP to Paul Schneck and Russ Barron of Rembrandt IP, Bates labeled REM-00000370 and designated Confidential by Rembrandt IP.

6. Attached hereto as **Exhibit 44** is a true and correct copy of a December 13, 2011 email chain from Jennifer McAleese to Slavko Milekic, Bates labeled FWAPP00006341-FWAPP00006342.

7. Attached hereto as **Exhibit 45** is a true and correct copy of an August 24, 2009 email forwarded from Slavko Milekic to Jen McAleese, Bates labeled FWAPP-00007052-FWAPP-00007054.

8. Attached hereto as **Exhibit 46** is a true and correct copy of a June 20, 2013 email from Mark Carlson of Hagens Berman to Michael Pieja.

9. Attached hereto as **Exhibit 47** is a true and correct copy of a set of demonstratives that present portions of the exhibits to this declaration and to the May 25, 2013 declaration of

Michael T. Pieja in summary form.

10. Attached hereto as **Exhibit 48** is a copy of an excerpt from FlatWorld's Corrected Second Amended Privileged and Redaction Document Log, served on April 3, 2013, sorted to show only those entries with "litigation" as part or all of the purpose, and dated before November 2008.

11. Attached hereto as **Exhibit 49** is a true and correct copy of FlatWorld's Third Amended Privileged and Redaction Document Log, served on May 31, 2013.

12. Attached hereto as **Exhibit 50** is a true and correct copy of an email dated May 30, 2013, from Ryan Meyer to Aaron Taggart.

13. Attached hereto as **Exhibit 51** is a true and correct copy of excerpted pages from the May 28, 2013 Deposition of Michael J. Ossip.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 25, 2013 at Chicago, Illinois.

*/s/ Aaron Taggart*
Aaron C. Taggart