# EXHIBIT 42

# CONFIDENTIAL EXHIBIT