# EXHIBIT 44

```
Subject: Re: The New Assignment
From: Jennifer McAleese <jenmcaleese@gmail.com>
In-Reply-To: <CAPGaa8q2+Osz+rygY9UnASSzm8VF5GYMPxPjg3aJJ7_bMHLbog@mail.gmail.com>
Date: Tue, 13 Dec 2011 16:34:57 -0500
To: slavko milekic <kiddyface@gmail.com>
Status: RO
```

Hi!

I agree.....
That sounds good but i do not have the money to pay an attorney to do that for us. I still have to pay the close to $500 issuance fee. Plus we have FWI taxes to do and pay for David Smith to do.

Can we do the clean up of all in the first quarter of 2012 when my cash flow is better? John should be seeing an inflow of funds then.

For now, is it ok if we sign the Assignment first then try to figure out a way to make it a part of the operating agreement? We need to get this finalized to Gene before he leaves on January 2nd. No need to hold up the finalization of the assignment while we figure out the other piece.

In the meantime, please ask your attorney how much he/she would charge us to clean all up and make it straightforward. We can work on this while Gene is gone.

Jen


On Dec 13, 2011, at 3:37 PM, slavko milekic <kiddyface@gmail.com> wrote:

> Hi Jen,
>
> I would like this assignment to be the part of our Operating Agreement - we have a number of contradicting agreements and things can get very messy.  As Gene has suggested before, why don't we make a single agreement that will deal with everything:
>
>     - our relationship in FWI
>     - our relationship with Gene
>     - assignment of the patent
>
> in this way, everything will be straightforward and clean.  I think that this is very important and don't mind engaging legal counsel or sharing the cost (actually I already have a draft of our operating agreement but it is only in paper form, so I have to either scan or xerox it).
>
> Slavko
>
>
> On Tue, Dec 13, 2011 at 2:57 PM, Jennifer McAcaleese <jenmcaleese@gmail.com> wrote:
>
>     Hi Slavko,

How do you want to go about having both of us sign the new Assignment? How about I print it, sign it, mail to you to sign, make 2 copies then send one to Gene and one to me? Or am I doing it the old fashion way? Can we do electronic signatures?
Jen

FWAPP00006342