# EXHIBIT 45

# CONFIDENTIAL EXHIBIT