# EXHIBIT 47

# FlatWorld's PRIV0215D Omits John McAleese As A Recipient



Pieja Decl. Ex. 5 at 4; Taggart Decl. Ex. 49 at 36.

# FlatWorld's PRIV0386 Omits John McAleese As A Recipient

| | | | | |
|---|---|---|---|---|
| PRIV0386A | Jennifer McAleese | Jennifer McAleese | 08/25/11 | Email discussing FlatWorld representation agreement prepared by counsel. |
| PRIV0386B | Jennifer McAleese | Jennifer McAleese; Michael J. Bonella; Paul Milcetic; Joseph H. Meltzer | 08/25/11 | Email discussing FlatWorld representation agreement prepared by counsel. |
| PRIV0386C | Jennifer McAleese | Michael J. Bonella; Paul Milcetic; Joseph H. Meltzer | 08/24/11 | Email discussing FlatWorld representation agreement prepared by counsel. |
| PRIV0386D | Michael J. Bonella | Jennifer McAleese; Paul Milcetic; Joseph H. Meltzer | 08/22/11 | Email discussing FlatWorld representation agreement prepared by counsel. |

| | | | | |
|---|---|---|---|---|
| JMPriv052A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (j.mcaleese@att.net) | 9.2.2011 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. |
| JMPriv052B | Jennifer McAleese (jenmcaleese@gmail.com) | Gene Nelson (genelson@comcast.net); Slavko Milekic (kiddyface@gmail.com) | 9.2.2011 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. |
| JMPriv052G | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com); Paul Milcetic (pmilcetic@ktmc.com); Joseph Meltzer (jmeltzer@ktmc.com) | 8.25.2011 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. |
| JMPriv052H | Jennifer McAleese (jenmcaleese@gmail.com) | Michael Bonella (mbonella@ktmc.com) | 8.24.2011 | Email with discussion regarding potential FlatWorld patent litigation and patent prosecution. |

Pieja Decl. Ex. 5 at 6; Taggart Decl. Ex. 49 at 96-97.