# EXHIBIT 50

**Subject:** RE: FlatWorld v. Apple: Subpoena to Gordon Nelson
**Date:** Thursday, May 30, 2013 5:09:26 PM Pacific Daylight Time
**From:** Ryan Meyer
**To:** Aaron Taggart, Mark Carlson
**CC:** Flatworld NDCA

Aaron,

I will follow up with you tomorrow, after I speak with Gene in the morning.  I know that he has some other commitments in the next couple weeks and will likely need some extra time to produce responsive documents.  Are you available any time after 12 PM for a conference call?

- Ryan

Ryan Meyer | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9366

---

**From:** Aaron Taggart [mailto:ataggart@bridgesmav.com]
**Sent:** Thursday, May 30, 2013 5:04 PM
**To:** Mark Carlson; Ryan Meyer
**Cc:** Flatworld NDCA
**Subject:** Re: FlatWorld v. Apple: Subpoena to Gordon Nelson

Mark,

Please let us know if your firm is representing Mr. Nelson for the purposes of responding to Apple's subpoenas to him.  We would like to discuss deposition scheduling, and would like to know if we should direct our correspondence to you or if we may contact him directly.

Regards,
Aaron

---

**From:** Mark Carlson <markc@hbsslaw.com>
**Date:** Tuesday, May 21, 2013 2:14 PM
**To:** Aaron Taggart <ataggart@bridgesmav.com>, Ryan Meyer <ryanm@hbsslaw.com>
**Cc:** Flatworld NDCA <flatworldndca@bridgesmav.com>
**Subject:** RE: FlatWorld v. Apple: Subpoena to Gordon Nelson

Aaron, we are awaiting a response from our client.

Mark Carlson | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9346

---

**From:** Aaron Taggart [mailto:ataggart@bridgesmav.com]
**Sent:** Tuesday, May 21, 2013 11:03 AM
**To:** Aaron Taggart; Mark Carlson; Ryan Meyer
**Cc:** Flatworld NDCA
**Subject:** Re: FlatWorld v. Apple: Subpoena to Gordon Nelson

Mark and Ryan,

Having not received a response to my email below, we are proceeding with serving the attached subpoenas upon Mr. Nelson.  If Hagens Berman is able to accept service on behalf of Mr. Nelson, please let me know as soon as possible.

Regards,
Aaron

---

**From:** Aaron Taggart <ataggart@bridgesmav.com>
**Date:** Friday, May 17, 2013 7:30 PM
**To:** Mark Carlson <markc@hbsslaw.com>, Ryan Meyer <ryanm@hbsslaw.com>
**Cc:** Flatworld NDCA <flatworldndca@bridgesmav.com>
**Subject:** FlatWorld v. Apple: Subpoena to Gordon Nelson

Mark and Ryan,

Please advise if you will accept service of the attached subpoenas to Gordon Nelson.

Regards,

Aaron C. Taggart
Bridges & Mavrakakis LLP
180 N LaSalle
Suite 2215
Chicago, IL 60601
(312) 216-1627
ataggart@bridgesmav.com