| | |
|---|---|
| Kenneth H. Bridges (SBN 243541)<br>kbridges@bridgesmav.com<br>Michael T. Pieja (SBN 250351)<br>mpieja@bridgesmav.com<br>Lawrence Lien (SBN 265851)<br>llien@bridgesmav.com<br>BRIDGES & MAVRAKAKIS LLP<br>3000 El Camino Real<br>One Palo Alto Square, 2nd Floor<br>Palo Alto, CA 94306<br>Telephone: (650) 804-7800<br>Facsimile: (650) 852-9224 | John J. Steele (SBN 122872)<br>john.steele@johnsteelelaw.com<br>JOHN STEELE, ATTORNEY AT LAW<br>2225 East Bayshore Road, Suite 200<br>Palo Alto, CA 94303<br>Tel: (650) 320-7662 |

James A. Shimota (admitted *pro hac vice*)
jshimota@bridgesmav.com
Aaron Taggart (SBN 258287)
ataggart@bridgesmav.com
Adam R. Brausa (admitted *pro hac vice*)
abrausa@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
180 N LaSalle, Suite 2215
Chicago, IL 60601
Telephone: (312) 216-1620
Facsimile: (312) 216-1621

ATTORNEYS FOR DEFENDANT
APPLE INC.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC<br><br>   Plaintiff,<br>v.<br><br>APPLE INC.<br><br>   Defendant. | Case No. 3:12-01956-WHO (EDL)<br><br>**APPLE INC.'S NOTICE OF JULY 31, 2013, HEARING DATE FOR ITS MOTION TO DISQUALIFY HAGENS BERMAN SOBOL SHAPIRO LLP (DOCKET NO. 134)**<br><br>**Amended Noticed Hearing Date and Time:**<br>July 31, 2013, 2:00 pm, Courtroom 2 |

APPLE'S NOTICE OF HEARING DATE                                        Case No. 12-1956 WHO

1  Apple's Motion to Disqualify Hagens Berman Sobol Shapiro, LLP, or in the Alternative, to Stay Proceedings and for Referral to a Special Master (Docket No. 134), was originally noticed for hearing on July 26, 2013, before Judge White.  Pursuant to the June 27, 2013, Reassignment Order and Order Requiring Submission of Case Management Conference, this case was reassigned to Judge Orrick, and the parties were directed to renotice pending hearings for 2:00pm on Wednesdays on or after July 31.

Accordingly, Apple respectfully renotices its Motion to Disqualify Hagens Berman Sobol Shapiro LLP (Docket No. 134) for hearing on July 31, 2013, at 2:00pm.

Dated: June 27, 2013

 /s/ Michael T. Pieja
Kenneth H. Bridges (SBN 243541)
kbridges@bridgesmav.com
Michael T. Pieja (SBN 250351)
mpieja@bridgesmav.com
Lawrence Lien (SBN 265851)
llien@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone:  (650) 804-7800
Facsimile: (650) 852-9224

James A. Shimota (admitted *pro hac vice*)
jshimota@bridgesmav.com
Aaron Taggart (SBN 258287)
ataggart@bridgesmav.com
Adam R. Brausa (admitted *pro hac vice*)
abrausa@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
180 N LaSalle, Suite 2215
Chicago, IL 60601
Telephone:  (312) 216-1620
Facsimile: (312) 216-1621

John J. Steele (SBN 122872)
john.steele@johnsteelelaw.com
JOHN STEELE, ATTORNEY AT LAW
2225 East Bayshore Road, Suite 200
Palo Alto, CA 94303

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel: (650) 320-7662

Attorneys for Defendant Apple Inc.

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 27, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1(h). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Michael T. Pieja*
Michael T. Pieja