# **EXHIBIT 42**

From: Jennifer McAleese <jen@flatworldinteractives.com>
To: "'Derek Wood'" <Wood@rembrandtip.com>
Subject: fyi...NDA
Date: Fri, 6 Jul 2007 06:45:28 -0400
Status: RO

Derek –

My husband, John McAleese will be contacting you today to further discuss the NDA. There are a few issues he would like to clarify. He is a partner with Morgan Lewis & Bockius.

Jennifer McAleese

FlatWorld Interactives

jen@flatworldinteractives.com

215.680.5750

**Confidential**

**REM-00000432**