# **EXHIBIT 43**

**From**: Derek Wood <Wood@rembrandtip.com>
**To**: Paul Schneck <Schneck@rembrandtip.com>, Russ Barron <Barron@rembrandtip.com>
**Date**: Fri, 6 Jul 2007 14:50:44 -0400
**Subject**: Fw: Conflict with Morgan Lewis
**Thread-Topic**: Conflict with Morgan Lewis
**Content-Language**: en-US
**Status**: RO

I meant to forward this email...

-----Original Message-----
From: Jennifer McAleese
To: Derek Wood
Sent: Fri Jul 06 10:51:48 2007
Subject: Conflict with Morgan Lewis

Derek –


Given a conflict of interest check this morning, my husband, John McAleese is unable to speak with you as his law firm, Morgan Lewis & Bockius represents Rembrandt.


I have a few questions for you regarding the NDA:


1. Will my husband's association with Morgan Lewis pose a problem?
2. Can we shorten the 60 day do not shop provision to 30 days?
3. Does the do not shop provision preclude us from continuing present discussions with various law firms?
4. Does the provision preclude the initiation of new law firm discussions or does it just apply to the selling of the patent to another party similar to Rembrandt?


As you can tell from my questions, I am concerned about being "tied up" for a fairly long period of time. However, if the do not shop provision only applies to the marketing of the patent to other parties similar to your company and not to law firms then I may be fine with the 60 day lock up period.


Thank you.



Jennifer McAleese


**Confidential**

REM-00000370