# **EXHIBIT 45**

```
Status: RO
From: "slavko milekic" <kiddyface@gmail.com>
Subject: Fwd: patent question
To: jen
Date: Mon, 24 Aug 2009 20:38:05 +0000
```

Another 'troll' company interested in the patent (I thought it was about eye-tracking, but it is about the 'swipe' on touchscreen...
May be you should ask John to look at the materials that they have sent?
Slavko


```
---------- Forwarded message ----------
From: Jonathan Taub <jtaub@acaciares.com>
Date: Sat, Aug 22, 2009 at 6:36 PM
Subject: RE: patent question
To: slavko milekic <kiddyface@gmail.com>
```



Hi – it was actually your prior patent (below) that prompted my call.  Do you own this patent?  If not, can you tell me who does?  If so, are you interested in monetizing this patent?  Some information below and attached about us.




Hope to do business with you.  Cheers, Jon



February 2 '09 edition of BusinessWeek (click on link):  Marcial: Acacia Research Finds Ways to Make Patents Pay
<http://us.rd.yahoo.com/finance/editorial/xbizwk/SIG=12c5qseh5/*http:/www.businessweek.com/investor/content/jan2009/pi20090130_276048.htm?campaign_id=yhoo>

Acacia Technologies (NASDAQ: ACTG) partners with patent holders to turn their patents into revenue.  We do this by licensing their patents.  We currently own or control over 100 patent portfolios and have established a long track record of success with more than 550 licenses.  Our team includes market analysts, in-house patent attorneys, licensing executives and engineers.

Our partners primarily are individual inventors and companies/organizations of various sizes that are looking to turn their idle patents into revenue but have limited resources to deal with unauthorized users.  In a typical arrangement, we become the owner or exclusive licensee of the patent(s), and our partner receives a percentage of our net recoveries from licensing and enforcement and/or up-front cash.  Under all of these models, our partner incurs zero ($0) costs: Acacia bears these.  It's all upside for our partners.

Further detail about Acacia attached and at www.acaciatechnologies.com.

Jonathan Taub

**CONFIDENTIAL**                                                    **FWAPP-00007052**

Vice President, Acacia Technologies LLC

500 Newport Center Drive, 7th Floor, Newport Beach, CA 92660

phone: (949) 480-8356          mobile: (617) 877-1772          fax: (949) 480-8379

jtaub@acaciares.com          www.acaciatechnologies.com
<http://www.acaciatechnologies.com/>

cid:image001.jpg@01C99DEC.423B1220

From: slavko milekic [mailto:kiddyface@gmail.com]
Sent: Saturday, August 22, 2009 2:47 PM
To: Jonathan Taub
Subject: patent question

Dear Mr. Taub,

I have received your voicemail (rather late, since I was away on a trip), regarding "Using gaze actions to interact with a display" US Patent 7561143.

Please, use this email address (my private one), for further communication.

Looking forward to hearing from you,

Slavoljub Milekic, M.D., PhD

Professor of Cognitive Science & Digital Design

University of the Arts, Philadelphia

www.uarts.edu/faculty/smilekic

CONFIDENTIAL                                                                 FWAPP-00007053

CONFIDENTIAL

FWAPP-00007054