UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.  12-cv-01956-WHO<br><br>**ORDER ON REQUEST TO DETERMINE PRIVILEGE**<br><br>Re:  Dkt. Nos. 162, 174 |

On July 9, 2013, the Court granted Apple Inc.'s ("Apple") Unopposed Administrative Motion for *In Camera* Review of Certain Documents (Dkt. No. 162).  Having reviewed *in camera* the one document Apple submitted, the Court finds that the second and third paragraphs in the body of the email from Jeff Risher to Scott Garner are protected by the attorney-client privilege.

**IT IS SO ORDERED.**

Dated:  July 12, 2013



WILLIAM H. ORRICK
United States District Judge