# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 31, 2013 | **Time:** 14 minutes<br>2:33 p.m. to 3:19 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 12-cv-01956-WHO | **Case Name:** Flatworld Interactives LLC v. Apple Inc. | |

**Attorney for Plaintiff:** Steve W. Berman and Mark S. Carlson
**Attorney for Defendant:** Robert Krupka and Ken Bridges

**Deputy Clerk:** Jean Davis         **Court Reporter:** FTR recording

## PROCEEDINGS

Parties heard as to Defendant's Motion to Disqualify Counsel. Motion taken under submission; written order to follow. Case Management Conference conducted. Dates for tutorial and Markman hearing discussed; parties to notify Courtroom Deputy as to expert availability.