UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**  **Date:** September 17, 2013
**UNITED STATES CHIEF MAGISTRATE JUDGE**

**Case No:**    C-12-01956

**Title:**    FLATWORLD INTERACTIVES v. APPLE INC.

**Attorneys:**    Mark S. Carlson            Michael Pieja

**Deputy Clerk:**    Lisa R. Clark

**Court Reporter:**            **Tape No.**

(Time: 2:12-2:34   )

**PROCEEDINGS:**                    **RULINGS:**

Motion to Compel                    Granted in Part

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:** [x]  Plaintiff  [ ]  Defendant  [ ]  Court

**Case Continued to:**

Notes: Oral Argument Held

cc: