1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | No. C 12-01956 WHO<br><br>ORDER GRANTING PARTIES LEAVE TO SET UP EQUIPMENT FOR DEMONSTRATION IN OCTOBER 21, 2013 TECHNICAL TUTORIAL |

1    Plaintiff FlatWorld Interactives LLC and Defendant Apple Inc. have requested leave to
2  bring into the courtroom and set up certain computer equipment as demonstration systems,
3  including back-up components in case of component failure, for the technical tutorial on October
4  21, 2013.  FlatWorld and Apple further requested access to the courtroom at 8:00 AM to set up and
5  test the demonstration systems.  The parties' request is GRANTED.
6    The Court grants FlatWorld leave to bring the following equipment into Courtroom 2, 17th
7  Floor:
8  **Computers:**
9    1 Power Computing PowerBase 240 computer
10   1 Power Macintosh 7100/66 computer
11   1 PowerBook 1400CS laptop
12   1 Power Macintosh G3/233MHz
13   1 Mac Mini
14  **Displays:**
15   1 Power Computing color CRT monitor
16   2 AppleColor high resolution RGB monitors
17   1 LCD flat panel display
18   1 Projector
19   1 projector screen
20  **Peripherals:**
21   Power computing ADB computer keyboard
22   AppleDesign ADB computer keyboard
23   Apple Desktop Bus Mouse II computer mouse Power Computing ADB computer mouse
24   USB keyboard for Mac Mini USB mouse for Mac Mini
25
26
27
28

ORDER GRANTING PARTIES
LEAVE TO SET UP EQUIPMENT
FOR TECHNICAL TUTORIAL

005012-11  646358 V1                                - 1 -                         Case No.: C 12-01956 WHO

**Input devices:**

    1 KeyTec 17" Magic Touch touchscreen

    1 KeyTec 14" Magic Touch touchscreen

    3 Edmark TouchWindow 14" touchscreens

    1 WACOM ArtPad tablet

    1 WACOM ArtPad II tablet

**Other:**

    Uninterruptable power supply

    External CD drive

The Court grants Apple permission to bring the following items into the courtroom:

    One Apple Macintosh 512K computer, with keyboard and mouse

    One Apple Newton handheld device

    One Apple PowerMac G4 Cube, with keyboard, mouse, and display

    One Keytec Magic Touch touchscreen

The Courtroom will be open for the parties to set up and test the above systems at 8:00 AM on October 21, 2013.

Done this 15th day of October, 2013

GRANTED

_____
The Honorable William H. Orrick
United States District Judge

ORDER GRANTING PARTIES
LEAVE TO SET UP EQUIPMENT
FOR TECHNICAL TUTORIAL

005012-11  646358 V1      - 2 -      Case No.: C 12-01956 WHO