| | |
|---|---|
| Rachel Krevans (SBN 116421) | James A. Shimota (admitted pro hac vice) |
| rkrevans@mofo.com | jshimota@bridgesmav.com |
| Wesley E. Overson (SBN 154737) | Aaron Taggart (SBN 258287) |
| woverson@mofo.com | ataggart@bridgesmav.com |
| Diana B. Kruze (SBN 247605) | Adam R. Brausa (admitted pro hac vice) |
| dkruze@mofo.com | abrausa@bridgesmav.com |
| John K. Blake, Jr. (SBN 262906) | BRIDGES & MAVRAKAKIS LLP |
| jblake@mofo.com | 180 N. LaSalle, Suite 2215 |
| MORRISON & FOERSTER LLP | Chicago, IL 60601 |
| 425 Market Street | Telephone: (312) 216-1620 |
| San Francisco, CA 94105-2482 | Facsimile: (312) 216-1621 |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | John J. Steele (SBN 122872) |
| | john.steele@johnsteelelaw.com |
| Kenneth H. Bridges (SBN 243541) | JOHN STEELE, ATTORNEY AT LAW |
| kbridges@bridgesmav.com | 2225 East Bayshore Road, Suite 200 |
| Michael T. Pieja (SBN 250351) | Palo Alto, CA 94303 |
| mpieja@bridgesmav.com | Telephone: (650) 320-7662 |
| Lawrence Lien (SBN 265851) | |
| llien@bridgesmav.com | |
| BRIDGES & MAVRAKAKIS LLP | |
| 3000 El Camino Real | |
| One Palo Alto Square, 2nd Floor | |
| Palo Alto, CA 94306 | |
| Telephone: (650) 804-7800 | |
| Facsimile: (650) 852-9224 | |

Attorneys for Defendant
APPLE INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>              Defendant. | Case No. 3:12-01956-WHO (EDL)<br><br>**APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO AND PORTIONS OF ITS MEMORANDUM IN SUPPORT OF ITS FIRST MOTION TO COMPEL** |

1     PLEASE TAKE NOTICE that Defendant Apple Inc. ("Apple") hereby respectfully

2 moves, pursuant to L.R. 7-11 and 79-5(d), for leave to file under seal:

3 - Exhibits 20-21, 23, and 25-27 to the Declaration of John K. Blake, Jr. in Support
4   of Apple's First Motion to Compel Discovery ("Blake Declaration"); and
5 - Portions of its Memorandum in Support of its First Motion to Compel that
6   reference Exhibits 20-21, 23, and 25-27 to the Blake Declaration.

7 Apple submits this motion because

8 - Exhibits 20-21, and 23 to the Blake Declaration were designated as Confidential
9   under the Protective Order in this action by FlatWorld; and
10 - Exhibits 25-27 to the Blake Declaration were designated as Confidential under the
11   Protective Order in this action by third-party Acacia.

12     Apple does not regard this material as confidential and therefore does not believe that
13 these documents should be filed under seal.

14     As required by Local Civil Rules 7-11 and 79-5(d), Apple will electronically file a
15 redacted version of its Memorandum in Support of its Motion to Amend. Apple will also lodge
16 unredacted versions of the Memorandum and Exhibits 20-21, 23, and 25-27 with the Court.
17 Because Exhibits 20-21, 23, and 25-27 were designated in their entirety as Confidential, Apple is
18 not filing a redacted version of these documents with the Court. Apple will notify third party
19 Acacia of the documents marked confidential pursuant to the protective order in this action by
20 Acacia, so that it may decide whether to file a declaration within four days in support of sealing
21 pursuant to L.R. 79-5(d)(1)(A). If no responsive declaration is filed, the designated material
22 becomes part of the public record.

Dated: October 15, 2013

/s/ Rachel Krevans
Rachel Krevans (SBN 116421)
rkrevans@mofo.com
Wesley E. Overson (SBN 154737)
woverson@mofo.com

| | |
|---|---|
| 1 | Diana B. Kruze (SBN 247605) |
| | dkruze@mofo.com |
| 2 | John K. Blake, Jr. (SBN 262906) |
| | jblake@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, CA 94105-2482 |
| | Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522 |

Kenneth H. Bridges (SBN 243541)
kbridges@bridgesmav.com
Michael T. Pieja (SBN 250351)
mpieja@bridgesmav.com
Lawrence Lien (SBN 265851)
llien@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

James A. Shimota (admitted pro hac vice)
jshimota@bridgesmav.com
Aaron Taggart (SBN 258287)
ataggart@bridgesmav.com
Adam R. Brausa (admitted pro hac vice)
abrausa@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
180 N. LaSalle, Suite 2215
Chicago, IL 60601
Telephone: (312) 216-1620
Facsimile: (312) 216-1621

John J. Steele (SBN 122872)
john.steele@johnsteelelaw.com
JOHN STEELE, ATTORNEY AT LAW
2225 East Bayshore Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 320-7662

Attorneys for Defendant Apple Inc.

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | The undersigned hereby certifies that a true and correct copy of the above and foregoing |
| 3 | document has been served on October 15, 2013, to all counsel of record who are deemed to have |
| 4 | consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1(h).  Any |
| 5 | other counsel of record will be served by electronic mail, facsimile and/or overnight delivery. |
| 6 | |
| 7 | By:   /s/ Rachel Krevans |
| 8 | Rachel Krevans |

APPLE'S ADMINISTRATIVE MOTION TO SEAL
Case No. 3:12-01956-WHO (EDL)
sf-3338553

1