# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

## CIVIL MINUTES

**Date:** October 21, 2013  **Time:** 1 hour, 6 minutes  **Judge:** WILLIAM H. ORRICK
 9:00 a.m. to 10:06 a.m.
**Case No.**: 12-cv-01956-WHO  **Case Name:** Flatworld Interactives LLC v. Apple Inc.

**Attorney for Plaintiff:** Steve Berman and Mark Carlson

**Attorney for Defendant:** Michael Pieja

**Deputy Clerk:** Jean Davis  **Court Reporter:** Kathy Sullivan

## PROCEEDINGS

Tutorial held.

| Time | Event |
|---|---|
| 9:02 a.m. | Plaintiff counsel makes introduction of expert (Steve Berman) |
| 9:03 a.m. | Expert Christian B. Hicks delivers presentation for Plaintiff |
| 9:33 a.m. | Defense counsel makes introduction of expert (Michael Pieja) |
| 9:33 a.m. | Expert Joseph A. Konstan delivers presentation for Defendant |
| 10:04 a.m. | Defense counsel demonstrates certain features of the Kiddie Face program (Michael Pieja) |
| 10:05 a.m. | Plaintiff responds to that demonstration |
| 10:06 am. | Defense replies. Court in recess |