UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | No. C 12-01956 WHO (EDL)<br><br>**ORDER GRANTING IN PART FLATWORLD'S SECOND MOTION TO COMPEL DISCOVERY**<br><br>**JURY TRIAL REQUESTED**<br><br>Date: September 17, 2013<br>Time: 2:00 PM<br>Courtroom: E, 15th Floor<br>Judge: Honorable Elizabeth D. LaPorte<br><br>DATE ACTION FILED: April 19, 2012 |

On September 17, 2013, a hearing was held before the undersigned Court on Plaintiff FlatWorld Interactives's Second Motion to Compel Discovery from Defendant Apple Inc. from twenty custodians. Now therefore, it is hereby ORDERED that the motion is GRANTED in part and DENIED in part, as follows:

 Apple agreed at oral argument that it does not dispute FlatWorld's motion with respect to the following seven Apple custodians and represented that it was producing some responsive documents: Raleigh Ledet, Kristen Forster, Bret Victor, Lalit Pathak, Bas Ording, Wayne Westerman, and Kenneth Kocienda. Accordingly, FlatWorld's motion is GRANTED as to Requests for Production Nos. 85 (Ledet), 86 (Forster), 87 (Victor), 89 (Pathak), 92 (Ording), 96 (Westerman), and 108 (Kocienda).

In addition, the Court finds FlatWorld made a sufficient showing with respect to Apple custodian David Carvalho. Accordingly, FlatWorld's motion is GRANTED as to Request for Production No. 98 (Carvalho), to the extent set forth below.

Finally, FlatWorld may choose one additional Apple custodian at its discretion and Apple shall comply with the custodian's associated document request. FlatWorld has chosen Craig Federighi. Accordingly, FlatWorld's motion is GRANTED as to Request for Production No. 91 (Federighi), to the extent set forth below.

In complying with this Order, Apple need not produce documents that it has previously produced, and documents that the Court has previously ordered need not be produced. For purposes of this Order, the scope of the allowed requests shall be further limited to documents dated within six years prior to the date the complaint herein was filed, and documents that refer or relate to the technology accused of infringement in FlatWorld's original and amended infringement contentions.

The parties are encouraged by the Court to exchange lists of their respective proposed search terms, then meet, confer, and agree upon appropriate search terms for Apple's production in response to this Order.

As to all other custodians that were the subject of FlatWorld's motion, the motion is DENIED without prejudice to renewal by FlatWorld if Apple's compliance with this order results in the production of substantial relevant non-duplicative documents.

DATED this 23 day of October, 2013.

HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

Presented on October 25, 2013 by:

HAGENS BERMAN SOBOL SHAPIRO LLP


By   /s/ *Steve W. Berman*
      Steve W. Berman (*Pro Hac Vice*)

Mark S. Carlson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

*Attorneys for Plaintiff*
*FlatWorld Interactives LLP*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING MOTION FLATWORLD'S SECOND
MOTION TO COMPEL DISCOVERY IN PART - 4
005012-11 642157 V1