UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No.  12-cv-01956-WHO   (JCS)<br><br>**ORDER VACATING DECEMBER 16, 2013 SETTLEMENT CONFERENCE AND SETTING TELEPHONIC SCHEDULING CONFERENCE** |

The Court having been advised that the parties have agreed to mediate this case, as well as other cases between the parties and certain non-parties in January before a private mediator, the settlement conference scheduled for **December 16, 2013, at 9:30 AM** is **VACATED.**  Counsel for Plaintiff and Defendant shall participate in a telephonic scheduling conference with this Court on **February 7, 2014, at 1:30 PM.**  Counsel shall establish a conference call number and circulate the information to all counsel and the Court by **February 3, 2014**.

    **IT IS SO ORDERED**.

Dated: December 12, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge