UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 12-cv-01956-WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 279 |

Based on the parties' representation that they have reached a settlement in principle subject to final documentation, their joint motion to continue the case management conference currently scheduled for February 4, 2014, to March 18, 2014, is GRANTED.

**IT IS SO ORDERED.**

Dated: February 3, 2014



WILLIAM H. ORRICK
United States District Judge