UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC,<br><br>    Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 12-cv-01956-WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 280 |

    Based on the parties' representation that they have reached a settlement in principle subject to final documentation, and on their further representation that the parties have made substantial progress but require additional time to complete the process, their joint motion to continue the case management conference currently scheduled for March 18, 2014 to April 8, 2014 is GRANTED.

    **IT IS SO ORDERED**

Dated: March 14, 2014.

    WILLIAM H. ORRICK
    United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1
Case No.: C 12-01956 JSW
005012-11  678211 V1