UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC, a Pennsylvania limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>        Defendant. | Case No. C 12-01956 WHO |

**ORDER OF DISMISSAL**

FlatWorld Interactives LLC and Apple Inc. have settled their respective claims for relief asserted in this cause.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by FLATWORLD INTERACTIVES LLC herein are dismissed with prejudice, and all counterclaims for relief asserted against FLATWORLD INTERACTIVES LLC by APPLE INC. are dismissed with prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

DATED:  __May 22_____, 2014_____

_____
The Honorable William H. Orrick
United States District Judge

ORDER OF DISMISSAL - 1
Case No.: C 12-01956 WHO
005012-11  691235 V1